**FILED,** Clerk of the Supreme Court, 14 Jul 2026, **092060**

**SUPREME COURT OF NEW JERSEY**
**M-974 September Term 2025**
**092060**

| | | |
|---|---|---|
| **In the Matter of** | : | |
| **Cecile Delrose Portilla** | : | **O R D E R** |
| **An Attorney at Law** | : | |
| **(Attorney No. 021212005)** | : | |

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law of **Cecile Delrose Portilla** of **East Orange**, who was admitted to the bar of this State in 2007;

And good cause appearing;

It is ORDERED that **Cecile Delrose Portilla** is temporarily suspended from the practice of law, effective immediately, and until further order of the Court; and it is further

ORDERED that respondent is restrained and enjoined from practicing law during the period of respondent's suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **Cecile Delrose Portilla** pursuant to Rule 1:21-6 shall be restrained from disbursement

**FILED,** Clerk of the Supreme Court, 14 Jul 2026, **092060**

except on application to this Court for good cause shown, pending further order of this Court; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 9th day of July, 2026.

**CLERK OF THE SUPREME COURT**