UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| CECILE DELROSE PORTILLA | : | 8:26-cv-09035(RMB) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

This Court having received notice that public discipline, consisting of temporary suspension, has been imposed upon CECILE DELROSE PORTILLA("Respondent"), by the Supreme Court of New Jersey, effective immediately, and until further order of the Court, for reason other than conviction of a crime, governed by L. Civ. R. 104.1(a),

And good cause appearing,

It is on this 22nd day of July, 2026,

ORDERED, pursuant to L. Civ. R. 104.1(b) and Standing Order 2023-01, that Respondent show cause, in writing, on or before 8/24/2026 why the imposition of identical, reciprocal discipline by this Court would be unwarranted and the reasons therefor.

Should the Respondent desire to file a written response, she must do so at least 10 days before the return date of the Order to Show Cause ("OSC"). No oral argument will be held unless so ordered by the Court.

Upon the failure of the Respondent to timely respond by the

return date of the OSC, this Court shall enter an Order imposing reciprocal discipline upon the Respondent and shall change her bar membership record with this Court and deactivate her CM/ECF Filing User account with this Court.

IT IS FURTHER ORDERED, that should the Respondent be temporarily suspended by this Court through the imposition of reciprocal discipline, her reinstatement shall be governed by the provisions of L. Civ. R. 104.1(g).

Hon. Renée Marie Bumb,
Chief U.S. District Judge