ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070 Fax: (973) 676-7356
Email: hwklaw@aol.com
Attorney for: Plaintiff

| | |
|---|---|
| IN RE CECILE D. PORTILLA, ESQUIRE | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**Case 8:26-cv-09035-RMB**<br><br>**NOTICE OF APPEARANCE OF ELDRIDGE HAWKINS ON BEHALF OF CECILE D. PORTILLA, ESQUIRE** |

PLEASE TAKE NOTICE that the undersigned attorney will represent Ms. Portilla in this matter.

Respectfully submitted,

/s/Eldridge Hawkins
ELDRIDGE HAWKINS, ESQUIRE

Dated: July 22, 2026