ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070 Fax: (973) 676-7356
Email: hwklaw@aol.com
Attorney for: Plaintiff

| | |
|---|---|
| IN RE CECILE D. PORTILLA, AN ATTORNEY AT LAW<br><br>______________________________<br>ELDRIDGE T. HAWKINS, ESQUIRE<br>CECILE D. PORTILLA, ESQUIRE<br><br>Plaintiff<br><br>VS<br><br>STUART RABNER, ANNE M. PATTERSON, FABIANA PIERRE - LOUIS, RACHEL WAINER APTER, DOUGLAS M. FASCIALE, MICHAEL NORIEGA, JOHN JAY HOFFMAN, AVION BENJAMIN, RICHARD T. SULES, CARMEN DIAZ, ESSEX COUNTY BAR ASSOCIATION, DANIEL DAVIS, JOHANNA BARBA JONES, JOHN OR JANE DOE 1-20<br><br>Defendants | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**Civil Action No. 2:26-cv-02303-EP-MAH (Case 8:26-cv-09035-RMB)**<br><br>**REQUEST FOR CECILE D. PORTILLA, ESQUIRE TO CONTINUE TO REPRESENT THE INTEREST OF HERSELF AND THE INTEREST OF ELDRIDGE HAWKINS, ESQUIRE BEFORE THE DISTRICT COURT** |

TO:

Hon. Judge Evelyn Padin, District Court Judge and Chief Judge Renee Bumb:

The undersigned respectfully requests that Cecile D. Portilla, Esquire, who represents our joint interest before this Court to be allowed to continue her representation of herself and the undersigned before the Hon. Evelyn Padin. Our cases are joined. We do not believe that the suspension Order should interfere without our ability to pursue our joint matters.

This is asked because a Case was just opened in the district Court under docket Number 8:26-cv-09035-RMB. The suspension Order was noted filed. That matter was assigned to Chief Judge Renee Bumb.

Ms. Portilla is a highly competent attorney who is the office manager for my firm and has authored and typed all the briefs before this Court. She has not engaged in any misconduct. She is being investigated because she complained of interferences on eCourts some of which were witnessed by the undersigned.

Our clients rely on her.

Thank you.

Respectfully submitted,

/s/ Eldridge Hawkins
ELDRIDGE HAWKINS, ESQUIRE

Dated: July 22, 2026