CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 419 2325 Fax (973) 669 3268
Attorney Id :021212005
Portillalaw@gmail.com

August 14, 2026

Chief Judge Renee Marie Bumb
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**IN RE CECILE D. PORTILLA, ESQUIRE**
**CIVIL DOCKET FOR CASE #: 8:26-cv-09035-RMB**

**REQUEST FOR CONSENT TO FILE OTSC BY MIDNIGHT ON 8/14/2025**

Dear Chief Judge Bumb:

I write to respectfully request a brief extension of time, until midnight tonight, August 14, 2026, to file my response to the Court’s Order to Show Cause.

Due to my current suspension, I am operating without support staff and facing severe financial constraints. While I am mindful that federal court filings must generally be submitted by 5:00 p.m. to be deemed timely on the date of filing, these logistical limitations prevent me from meeting that deadline today. I am, however, fully prepared to submit the response by midnight.

Because this matter involves an Order to Show Cause regarding reciprocal suspension, there are no opposing parties or defendants who would be prejudiced by this minimal delay. Furthermore, as my response was requested to be submitted ten days prior to August 24, a filing by midnight tonight will remain functionally timely and will not disrupt the Court's schedule.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ Cecile D. Portilla
CECILE D. PORTILLA, ESQUIRE