CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 419 2325 Fax (973) 669 3268
Attorney Id :021212005
Portillalaw@gmail.com

August 15, 2026

Chief Judge Renee Marie Bumb
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re: In re Cecile D. Portilla, Esquire**
**Civil Action No. 8:26-cv-09035-RMB**

Dear Chief Judge Bumb:

Please accept the enclosed Appendices referenced in the brief and certification filed earlier today. Unfortunately, the Appendices were not fully prepared for upload at the time the primary documents were submitted.

Because these materials are being filed within a few hours of the initial submission, we respectfully request that the Court accept them as timely filed. Alternatively, should the Court require a formal motion for leave to file out of time, we stand ready to submit the appropriate application immediately.

Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ *Cecile D. Portilla*
Cecile D. Portilla, Esquire