ELDRIDGE HAWKINS, LLC
60 Evergreen Place, Suite 510
East Orange, NJ 07018
Attorney ID No. 214731967
(973) 676-5070 Fax: (973) 676-7356
hwklaw@aol.com

| | |
|---|---|
| **IN THE MATTER OF CECILE DELROSE PORTILLA, ESQUIRE**<br><br>**AN ATTORNEY AT LAW OF THE STATE OF NEW JERSEY**<br><br>**(0121212005)** | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>**Civil Action No. 8:26-cv-09035-RMB** |

**APPENDIX OF RESPONDENT IN SUPPORT OF ORDER TO SHOW CAUSE WHY RECIPROCOL DISCIPLINE SHOULD NOT BE IMPOSED**

**VOLUME THREE OF FIVE (Ra356-562)**

---

_

**APPENDIX INDEX**

Certification of service of Suspension Order
dated July 14, 2026……………………………………………………………Ra001

Order of Suspension dated July 9, 2026…………………………………….Ra002

Alexandra Gitter's Notice of Motion for leave to file a
Reply June 18, 2026………………………………………………………… Ra004

Certification of Alexandra Gitter in Support of Motion to
to file a Reply Brief June 17, 2026………………………………………….Ra005

Reply Brief of Alexanda Gitter dated June 18, 2026……………………….Ra007

Email advising that Copy of Respondent' Opposition to OAE's
Petition for medical Exam was delivered to OAE and will be
Forwarded to DRB dated December 22, 2025……………… ……………..Ra025

June 10, 2025 letter with HIPAA form from OAE advising of
referral from the Supreme Court related to motions filed
on behalf of Lopez and Faulknor………………………………………....Ra027

July 2, 2025 letter from Hawkins to Ms. Gitter advising her that he
represents Respondent……………………………………………………..…Ra032

July 2, 2025 letter from Gitter to Hawkins acknowledging ……..…(same)Ra032

receipt of his letter of representation.

August 6, 2025 Email entitled 'Interview' from Attorney Hawkins to Alexanda Gitter requesting copies of the Faulknor and Lopez Motion documents to determine if Respondent Authored them……………Ra034

August 7, 2025 email from Gitter to Hawkins advising him that the documents are the same as those available to Ms. Portilla on eCourts and to feel free to compare them to Ms. Portilla's Original documents w/o OAE printing hundreds of pages……………………………Ra036

August 14, 2025 letter to Ms. Gitter requesting discovery and advising that he needed discovery for substantive due process and that he did not know what he is defending officially………………………..Ra036

August 18, 2025 email form Gitter to Hawkins advising him that Respondent is being Investigated for Paranoia………………………………Ra037

Alexandra Gitter's December 2, 2025 Petition for relief for medical and mental health examination and records……………………..……Ra038

Certification of Chopra 11/26/2025 with *attachments*..………………………………………………………..Ra041

*<u>Attached</u> Request for **Accommodation** in Upchurch and for Judicial Notice of previous July 2024 Appendices due to interference with current Appendices filed **2/27/2025** (See Ra570)*

*<u>Attached</u> Notice of Motion for **Accommodation** in Upchurch to paper file documents on eCourts filed 4/25/2025(See.Ra576)*

*<u>Attached</u> Notice of Motion to hold Faulknor's Petition in Abeyance Until the third Party Upload of Documents was properly investigated 2/13/25 (See Ra644)*

*<u>Attached</u> Certification in Faulknor's case in Support of Motion for Accommodation in the Supreme Court to paper file Faulknor's documents on eCourts 4/29/2025 (See Ra646)*

*<u>Attached</u> Complaint Against Essex County Prosecutor's Office FACS/Cyber Crime unit for Conversion and denial of equal Protection (See Ra815)* that *had Old NOC to show that six years SOL was met. Old NOC also had disclosures related to historical therapy for trauma caused by the cyber harassment that EPCO failed to investigate as agreed to do ECOP was not sued for the mental trauma as it did not cause my trauma (Ra842)*

*<u>Alleged</u> Transcripts of OAE Dec 11, 2025 interview – (Not attached as we were not allowed to record the interview And taping was done on Chopra's personal Device and no neutral Court reporter was present)*

*<u>Attached</u>* Report of Dr. Ejiofor dated June 28, 2025 (See Ra170)

Certification of Cecile D. Portilla, Esquire in response to

Chopra's Certification dated 12/09/2026……………………………….Ra071

****Certification of Dr. Ejiofor, APN regarding Cybercrimes affecting his practice, phones being controlled by others and tampering of his clients' prescriptions to different dosages including life threatening dosages……(**Ra805 replaced Ra152)**………..Ra152

Certification of Eldridge Hawkins, Esquire dated June 12, 2025……….. Ra156

Certification of Mario Portilla dated Nov 26, 2017…………………….... Ra162

Certification of Ronald Morrison dated December 2, 2025…..…………….Ra166

Report of Dr. Ejiofor, APN stating that not only is Ms. Portilla Mentally competent, she is diligent and purposeful in her career dated 6/28/25……………………………….……...Ra170

Certification of Latoya Borum dated June 28, 2025……….,,………..…..Ra171

Witness Statement on behalf of Eldridge Hawkins sent to
the OAE September 28, 2025………………………………..…..…..…..Ra177

Report of Computer Expert Richard Douglas
October 10, 2016……………………………………………………Ra168
.
Certification of Richard Douglas 10/10/2016………………….……… ….Ra197

Certification of Adam Portilla Feb 25,2026……………………… …….Ra198

..*Attachment 1*-to Certification of Adam Portilla
Upside down Appellate Brief of Keri Payne……….. ………….… …...Ra201

*Attachment 2*-to Certification of Adam Portilla Cover Page
Of Appendix of Carol Jakson demonstrating lack of active
Hyperlink first Appendix Cover page ………..……..……………..… .Ra204

*Attachment 3*-to Certification of Adam Portilla Cover Page
Of Appendix of Carol Jakson demonstrating active
Hyperlink triggered (little hand) on eCourts……………………………Ra207

*Attachment 4*-to Certification Geek Squad customer receipt
Wherein Geek quad Agent states he cannot see any active Hyperlinks
in Appendix in his computer while document is in the store…………....Ra210

Order by Timothy Ellis compelling exam and examination by
Medical doctor to determine Respondent's ability to
Practice law signed January 5, 2026……………………………………Ra212

Email to Ms. Gitter and Mr. Chopra January 14, 2026……….. ………Ra214

March 19, 2026 letter from Ms. Gitter to Benjamin with
proposed Order requesting that she assign counsel to
respondent……………………………………………………..…..Ra216

*Attached* Proposed Order……………….…………………….….……Ra218

Letter from Respondent to Judge Benjamin with copy
of Expert report of Dr. Ejiofor APN attached dated
March 19, 206 declining new counsel. ………………..………………..Ra219

*Exhibit A* to letter-Expert Report of Dr. Ejiofor

to letter from Respondent ……………………………………….……..Ra222

Order signed by Judge Benjamin on April 4, 2026
Appointing counsel to Respondent……………………………….… .Ra224

Brief[1] of Jay Rice asserting ADA Gateway factors
dated May 12, 2026………………………………………………… ..Ra225

Petition for Certification of Angel Lopez
filed October 24, 2024…………………………….……………… ...Ra231

Order denying Lopez Petition dated January 28,2025………………... .Ra258

Certification of Cecile D. Portilla filed in the Appellate
Division dated August 15, 2024 with concerns that Lopez
documents were rotating sideways/upside down and seeking relief
filing certain documents outside of the Appendices…… ……….…Ra259

Appellate Order denying relief regarding Lopez
documents dated August 29, 2024……………………… ..…………..…Ra264

Order dismissing Lopez Appeal dated September 17, 2024……..………… ..Ra265

[1] **Brief of Nagel Rice, Esq attached to show that he asserted federal defenses of Portilla to the OAE and advised the OAE of need to Comply with the ADA.**

Letter to Supreme Court Case manager in Lopez case dated October 17, 2024 advising that documents had to be filed under miscellaneous as options for proper filing was not available……………………………………………Ra266

Petition for Certification of Dr. Faulknor dated January 16, 2025…………………………………………………….Ra268

Order denying Judge D'Elia's recusal on 8/6/21 uploaded to the Supreme Court on January 31, 2025 by third party marked "**submitted in error"** by the Supreme Court Clerk"……………………………………………..…Ra297

Order denying reconsideration by Judge D'Elia on 8/6/21 uploaded to the Supreme Court on January 31, 2025 by third party marked "**submitted in error**" by the Supreme Court Clerk"……………. …………………………………………... Ra298

Amended Petition of Dr. Mavis Faulknor June 6, 2025…………………………………………………………..… Ra300

Appellate Motion brief on behalf of Dr. Faulknor advising clerk of documents turning sideways and upside down in the Appellate division and requesting relief Sept 30, 2022……………..… Ra334

Supplemental Certification of Dr. Faulknor advising Appellate Clerk of the problems with documents on eCourt filed September 30, 2022…………………………………………………. Ra350

Copy of the Faulknor Certification Appellate Certification that was filed Attached to Lopez motion brief filed on May 25, 2025……………………………………………………Ra357

Order dated November 12, 2025 denying Faulknor's petition……………..……Ra363

Letter to Appellate Clerk advising that Sutton's documents
were turning sideways and upside down on eCourt and
asking for relief March 13, 2022……………………………,,,….. ……Ra364

Appellate Order dismissing Faulknor and not
mentioning Rule 1:13-1 June 6, 2025…………………………..………Ra366

Lopez Rule 4:50-1 Motion Brief with exhibits to Vacate and
Reconsider-uploaded Feb 2025, Amend April 2025
filed May 30,2025…………………………………………………… …..Ra380

Opposition brief to Partial Summary Judgment in
matter of Upchurch v City filed February 19, 2025…………………… ..Ra563

Screen shot of Appendices noted on eCourts in Upchurch
matter with names that Respondent did not give to documents
indicating unlawful interference dated Feb 19,2025………………… ….Ra568

Screen shot of Previously filed Appendices dated 7/10/2024
with names given to past and then present
Upchurch Appendices……………………………..…………………..Ra569

Request for **Accommodation** in Upchurch and for Judicial
Notice of previous July 2024 Appendices due to interference[2]
with current Appendices filed **2/27/2025**………………………………… Ra570

Notice of Motion for **Accommodation** in Upchurch to paper
file documents on eCourts filed 4/25/2025…………………………..……...Ra576

Certification of Respondent in support of Request in Upchurch

[2] The Volumes of Appendices had different names from the names that were given to them on upload to eCourts.

for **Accommodation** to paper file documents on eCourts……………….Ra578

Request for **Accommodation** to OAE and DRB to allow
the Constitutional Issues to be resolved via Judicial review
Prior to surrendering sensitive medical information Feb 8, 2026 ……….**Ra589**

Proposed changes to the Workers' Compensation act
by Cecile D. Portilla, Esquire 9/12/24...................................................**Ra597**

Substantial Compliance by DSM-5-Turnover 2/17/26 Ra609

Exhibit B-Collateral witness list……………………………….……… **Ra612**

Amended Complaint filed against the Essex County
Prosecutor's Office dated September 16, 2025
(NO EMOTIONAL DISTRESS DAMAGES SOUGHT)
by Respondent…………………………………………………… Ra614

Certification of Cecile D. Portilla against Essex County
Prosecutor's Office July 7, 2025……………………………….………..Ra640

Notice of Motion to hold Faulknor's Petition in Abeyance
Until the third Party Upload of Documents
was properly investigated 2/13/25…………………………….……….. Ra644

Certification in Support of Motion for Accommodation in the
Supreme Court to paper file Faulknor's documents on eCourts
4/29/2025…………………………………..…………………Ra646

Email to case manager in Lopez regarding problem with
Upload and intent to make **motion to vacate** and reconsider
Feb 11, 2025……………………………………………………..Ra659

Certification allegedly of Portilla with the
word "CERTIFIED" not written by her regarding the petition
intent to reconsider the denial of Angel Lopez's petition

dated April 21, 2025……………………………………..……………..Ra660

*Exhibit* A- Supreme Court Case jacket……………………..…………..Ra665

*Exhibi*t B-Certification in support of Request
for Accommodation Request April 21, 2025
in Lopez case…………………………..…………….……………..Ra667

Email communication dated February 19, 2025 from
Paige Ennis advising Respondent that letter and copies
of documents were given to the Supreme Court Clerk…………………Ra679

Email communication from Respondent to Paige Ennis
advising of issues with the Lopez filing dated
February 20, 2025……………………………………………………….Ra681

January 9, 2025 communication to Judge Garder regarding
lack of receipt of Court Notifications after
Notice of Appearance filed………………………………………..Ra683

March 7, 2025 email from defense Counsel in Respondent's
case against Comcast showing that defense Counsel who
was formerly receiving Court Notification suddenly
stopped receiving Court Notifications…………………………..……..…...Ra685

Judge D'Elias decision in Faulknor v Hudson County
dated June 3, 2021 reflecting that he overlooked
(however caused or engineered) six notices of Claims
and Faulknor's CV ……………………………………………….………..Ra687

Cross Motion for Summary Judgment filed 3/30/2021…………….………..Ra691

Six Notices of Claims that Hawkins filed on 3/30/2021
on behalf of Faulknor in opposition to
Summary Judgment ……….. ……………………… …………..…Ra695-709

Cover letter to CV that Faulknor sent to the County on
September 2, 2014……………………………………………….……Ra710

Faulknor's CV that was filed in support of Summary
Judgment on 3/30/2021 that Judge D'Elia
could not see…………………………………….....………....…Ra711

APN Act upside down ……………………………..……..…....Ra728

Certification of Eldridge Hawkins in
support of motion for Reconsideration in Faulknor………………..… Ra731

Six Notices of Claims filed on behalf of Faulknor in Support
of Motion for Reconsideration on 7/1/2021………………….……Ra738-750

Hawkins letter communication to
Judge D'Elia on June 14, 2021Requesting that the
Order dismissing case on summary Judgment be filed
so that he can file his motion for reconsideration……………………Ra751

Order denying Reconsideration by Judge

D'Elia in Faulknor dated 8/6/2021…………………………….…Ra752

Order denying recusal of Judge D'Elia dated

August 6, 2021…………………………………………………….….Ra754

Order denying Hawkins Motion to Transfer Venue
in Faulknor matter September 24, 2021………………………......….Ra755

Order denying reconsideration of All Judge D' Elia's
prior rulings dated August 30, 2021……………………….………..Ra758

Police report #14045086 related to
the Respondent's home dated 12/11/2014…………………………… Ra762

Grievance and Request for Stay Pending Appeal
to Third Circuit Jan 28, 2026……………………………………………Ra764

Substantial Compliance of DSM-5 Turnover
letter Feb 17, 2026 ………………………………………………………Ra769
Attachment with List of names (See Ra612

Respondent's letter to Former Health +Care Employer
To discharge Patients to other agency for their safety 9/8/2013……….Ra772

Respondent's email letter to Former Health Care
Area Supervisor with concerns for Patient safety 4/30/2013……….…Ra775

Respondent's written Whistle Blower Complaint Against Maxim
to the OIG 9/23/2013……………………………………………………..Ra776

Respondent's letter to OIG with Concerns related to Maxim
and Agent to assigned to investigate Maxim 12/10/2013…………………Ra785

Letter to Police Officer Romano regarding errors in police
report 7/16/2014…………………………………………………… Ra787

Proof of service to Officer Ramano 7/16/17………………………………Ra790

Mario Portilla's documents related to
early observations 8/7/2014……………………………...…………Ra791

Letter from Eldridge Hawkins to US
Attorney's Office August 29, 2014……………………………………….Ra796

Response to Respondent Portilla from USPS
Regarding mail theft and tampering January 20, 2015……………..…… Ra797

DOF Justice News- Maxin to pay $150 million for
false billings related to 2011 common practice false billing……………. .Ra798

Response from US DOJ to Respondent
with info for FBI with info for FBI related to
wiretaps, stalking hacking of computers and
mail tampering February 10, 2016………………………………………Ra804

Certification of Dr. Ejiofor stating that his office phone and
Records were hacked and his phone fully controlled after he
Assisted Portilla 12/02/2025…………………………….……………….Ra805

Letter from Portilla to US Attorney Dec 6, 2015 related
to wiretaps and And cyber harassment December 6, 2015…………………..Ra808

Proof of Service of Correspondence with Police Report
To Captain Sanabria on 11/29/21…………………………………………..Ra810

Letter to Captain Sanabria from Portilla requesting
Status of Computers November 28 2021………………………………….. Ra811

Letter to Captain Sanabria seeking to know
status of computers……..10/18/16………………………………………… Ra814

****Correct March 3, 2025 copy of Portilla's
Complaint against the ECPO (replacement for Ra614)………………… ..Ra815

*****Note that plaintiff Portilla accused the ECPO
***of abandoning its rescue efforts* causing the cyber
crimes to worsen *making them liable***

********Portilla did not accuse the ECPO of the actual cyber crimes.She accused the EPCO of allowing it to happen by failing to act.***

**Portilla did not sue the ECOP for any emotional distress damages because in 2025 when the suit was brought she had no issues with emotional distress She sued the ECPO for injuries to her DAMAGED rights from the Denial of equal protection and related claims**

*******This OLD Notice of Claim dated April 2022***
was attached to the Amended Complaint solely to show that the 6 years SOL for conversion was satisfied against the County of Essex that *Chopra secretly retrieved* and attached to his certification. Chopra did not ask for explanations of statements made in the Notice of claim. He simply wrote parts of statements and came to conclusions………………Ra842

FILED, Clerk of the Supreme Court, 06 Jun 2025, 090218, AMENDED

**NOT FOR PUBLICATION WITHOUT THE APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0692-21

DR. MAVIS FAULKNOR,

Plaintiff-Appellant,

v.

COUNTY OF HUDSON, MEADOWVIEW PSYCHIATRIC, HOSPITAL, and DR. EDWARD CARUSO,

Defendants-Respondents,

and

JOANNE D. REILLY, PAT SHIELS, DARICE TOON, GERALD DRASHELF, DR. ALEXANDER DELGA, ARLENE DEANO, RODERICK T. BALTIMORE, ALEXANDER C. LOCATELLI, GEORGINA PALLITTO, ELINOR GIBNEY, and DR. MARIAN BEKHIT,

Defendants.

---

Submitted September 24, 2024 – Decided December 16, 2024

FILED, Clerk of the Supreme Court, 06 Jun 2025, 090218, AMENDED

Before Judges Susswein and Bergman.

On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Docket Nos. L-4336-17 and L-3792-18.

Cecile D. Portilla, Attorney at Law, LLC, attorney for appellant (Cecile D. Portilla and Eldridge T. Hawkins, on the briefs).

Chasan, Lamparello, Mallon & Cappuzzo, PC, attorneys for respondent County of Hudson (Cindy Nan Vogelman, of counsel and on the brief; Priscilla E. Savage, on the brief).

Lamb Kretzer, LLC, attorneys for respondent Dr. Edward Caruso (Robert D. Kretzer, on the brief).

PER CURIAM

This case arises from an employment discrimination lawsuit that plaintiff Dr. Mavis Faulknor, a former employee of Meadowview Psychiatric Hospital (Meadowview), filed against defendants Hudson County, Meadowview, Dr. Edward Caruso, and others. In this appeal, we address plaintiff's challenge to Assignment Judge Jeffrey R. Jablonski's September 24, 2021 Law Division order denying plaintiff's motion for reconsideration of Judge Anthony V. D'Elia's order denying reconsideration of his order granting defendants' motion for summary judgment dismissal. Plaintiff also appeals Judge Jablonski's order denying her motion to recuse Judge D'Elia and change venue to another county.

After carefully reviewing the record in light of the governing legal principles and parties' arguments, we affirm substantially for the reasons explained in Judge Jablonski's oral opinion.

I.

We summarize the facts and procedural history pertinent to the narrow issues presented in this appeal. In March 2015, Hudson County hired plaintiff to work part-time as an Advance Practice Nurse at Meadowview. She became a full-time employee in August 2015. While employed at Meadowview, plaintiff faced one minor disciplinary action and three major disciplinary actions.

In August 2017, a day before the scheduled hearing on one of the disciplinary actions, plaintiff filed a complaint against Hudson County, Meadowview, Dr. Edward Caruso, and other defendants alleging violations of the New Jersey Law Against Discrimination (NJLAD), N.J.S.A. 10:5-1 to -49, interference with plaintiff's economic interest, breach of the implied covenant of good faith and fair dealing, official deprivation of civil rights, defamation, abuse of process, and various constitutional violations. Plaintiff amended her complaint several times. In sum, plaintiff alleged that defendants created a hostile work environment and "treated [p]laintiff in a disparate fashion from the whites, East Indians and those which were not whistleblowers" at Meadowview.

In March 2021, Hudson County moved for summary judgment and dismissal of plaintiff's complaint. Plaintiff cross-moved for summary judgment. The parties entered a stipulation of dismissal as to all defendants other than Hudson County, Meadowview, and Dr. Caruso.

On June 3, 2021, Judge D'Elia entered an order granting defendants' motions for summary judgment and dismissing plaintiff's complaint with prejudice. In a written opinion, Judge D'Elia concluded that no facts in the record or plaintiff's opposition papers "could support a reasonable jury finding in favor of the [p]laintiff" or that any of "what occurred was related to race." With respect to plaintiff's retaliation claims, Judge D'Elia determined the record, even considered in a light most favorable to plaintiff, demonstrated that defendants acted permissibly in disciplining plaintiff and included no specific evidence supporting a retaliatory motive.

On June 23, 2021, plaintiff filed a motion for reconsideration of the June 3, 2021 order as well as a notice of motion to recuse Judge D'Elia, alleging that "Judge Delia [sic] has NOT been properly trained by the New Jersey Court system" and "NEVER CONSIDERED PLAINTIFF'S counsel's legal arguments."

FILED, Clerk of the Supreme Court, 06 Jun 2025, 090218, AMENDED

On August 6, 2021, Judge D'Elia entered two orders, one denying plaintiff's motions for reconsideration and the other denying plaintiff's motion for recusal.[1]

Plaintiff did not appeal Judge D'Elia's orders. Instead, on August 30, 2021, plaintiff filed a motion before Judge Jablonski to reconsider and vacate Judge D'Elia's orders, and seeking a change of venue. The motion was brought principally pursuant to Rules 4:49-2, 4:50-1, and 4:3-3.

On September 24, 2021, Judge Jablonski entered an order denying plaintiff's motions. In an oral decision on the record for September 23, 2021, Judge Jablonski explained that the motion to reconsider was time-barred under Rule 4:49-2. He also ruled that plaintiff's claims of judicial bias lacked support in the record, and that there was "no cause to transfer the matter out of Hudson County, . . . the venue in which it has been pending since 2017."

On November 5, 2021, plaintiff filed a notice of appeal. On February 24, 2022 and March 1, 2022, Dr. Caruso and Hudson County, respectively, filed

---

[1] Plaintiff's original notice of appeal and multiple amended case information statements incorrectly identified the date of entry of one or both of the August 6, 2021 orders as August 10, 2021. Both orders (denying reconsideration and denying recusal) are dated and stamped as filed on August 6, 2021. Plaintiff's final amended case information statement correctly identifies August 6, 2021 as the entry date of both orders.

motions to dismiss plaintiff's appeal as untimely. On April 18, 2022, we entered an order granting in part and denying in part defendants' motions to dismiss the appeal. Specifically, we dismissed the appeal of all orders except for the "September 24 and 27, 2021 orders"[2] in which Judge Jablonski denied plaintiff's motion to vacate Judge D'Elia's orders and transfer venue of the case to another county. Judge D'Elia's orders granting summary judgment to defendants, denying reconsideration, and denying plaintiff's motion for recusal, therefore, are not part of this appeal.

Plaintiff contends that Judge Jablonski abused his discretion by refusing to vacate Judge D'Elia's orders denying reconsideration and recusal, raising numerous specific examples of Judge D'Elia's rulings that plaintiff claims were erroneous.

II.

We first address plaintiff's contentions with respect to Judge Jablonski's order denying reconsideration of or to vacate Judge D'Elia's orders. Plaintiff's application to Judge Jablonski with respect to the orders previously entered by

[2] Plaintiff's notice of appeal mentioned a September 27, 2021 order denying a transfer of venue, however, plaintiff later corrected and amended the notice to reflect only September 24, 2021 as the date of the orders, including the venue transfer.

Judge D'Elia were made pursuant to Rules 4:50-1 and 4:49-2. We review a trial judge's decision on a motion for reconsideration under Rule 4:49-2 or a motion to vacate under Rule 4:50-1 for an abuse of discretion. Branch v. Cream-O-Land Dairy, 244 N.J. 567, 582 (2021); Hous. Auth. of Morristown v. Little, 135 N.J. 274, 283 (1994). "A court abuses its discretion when its 'decision is made without a rational explanation, inexplicably departed from established policies, or rested on an impermissible basis.'" State v. Chavies, 247 N.J. 245, 257 (2021) (quoting State v. R.Y., 242 N.J. 48, 65 (2020)). "[A] functional approach to abuse of discretion examines whether there are good reasons for an appellate court to defer to the particular decision at issue." R.Y., 242 N.J. at 65 (quoting Flagg v. Essex Cnty. Prosecutor, 171 N.J. 561, 571 (2002)). "When examining a trial court's exercise of discretionary authority," an appellate court will "reverse only when the exercise of discretion was 'manifestly unjust' under the circumstances." Newark Morning Ledger Co. v. N.J. Sports & Exposition Auth., 423 N.J. Super. 140, 174 (App. Div. 2011) (quoting Union Cnty. Improvement Auth. v. Artaki, LLC, 392 N.J. Super. 141, 149 (App. Div. 2007)).

Rule 4:49-2, governing motions for reconsideration, states:

> Except as otherwise provided by R. 1:13-1 (clerical errors), a motion for rehearing or reconsideration seeking to alter or amend a judgment or final order shall be served not later than [twenty] days after service of

> the judgment or order upon all parties by the party obtaining it. The motion shall state with specificity the basis on which it is made, including a statement of the matters or controlling decisions that counsel believes the court has overlooked or as to which it has erred, and shall have annexed thereto a copy of the judgment or final order sought to be reconsidered and a copy of the court's corresponding written opinion, if any.

Reconsideration under Rule 4:49-2 is intended only "for those cases which fall into that narrow corridor in which either (1) the [c]ourt has expressed its decision based upon a palpably incorrect or irrational basis, or (2) it is obvious that the [c]ourt either did not consider, or failed to appreciate the significance of probative, competent evidence." In re Belleville Educ. Ass'n, 455 N.J. Super. 387, 405 (App. Div. 2018) (alterations in original) (quoting Cummings v. Bahr, 295 N.J. Super. 374, 384 (App. Div. 1996)).

Here, plaintiff filed her motion to reconsider Judge D'Elia's orders on August 30, 2021, more than twenty days after Judge D'Elia entered the August 6, 2021 orders denying plaintiff's motions for recusal and reconsideration of the order granting summary judgment. Thus, the motion was not timely under Rule 4:49-2. Rule 1:3-4(c) expressly prohibits a court from enlarging the twenty-day time limit that Rule 4:49-2 imposes Judge Jablonski, therefore, did not abuse his discretion in denying plaintiff's motion as out-of-time.

Furthermore, we have expressed our disapproval of "the excessive use of motions for reconsideration." Palumbo v. Township of Old Bridge, 243 N.J. Super. 142, 147 n.3 (App. Div. 1990). "Motions for reconsideration were never meant to be a substitute for the filing of a timely appeal." Ibid. The proper course of action for plaintiff seeking to reverse Judge D'Elia's orders based on alleged errors of fact and law was an appeal to the Appellate Division, not a de facto appeal to the Assignment Judge.

We turn next to Rule 4:50-1, which governs motions to vacate a final judgment or order. The Rule provides:

> On motion, with briefs, and upon such terms as are just, the court may relieve a party or the party's legal representative from a final judgment or order for the following reasons: (a) mistake, inadvertence, surprise, or excusable neglect; (b) newly discovered evidence which would probably alter the judgment or order and which by due diligence could not have been discovered in time to move for a new trial under R. 4:49; (c) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (d) the judgment or order is void; (e) the judgment or order has been satisfied, released or discharged, or a prior judgment or order upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment or order should have prospective application; or (f) any other reason justifying relief from the operation of the judgment or order.

"Rule 4:50-1(f), the so-called catch-all," provides relief "in exceptional situations." DEG, LLC v. Township of Fairfield, 198 N.J. 242, 270 (2009) (quoting Court Inv. Co. v. Perillo, 48 N.J. 334, 341 (1966)). "The rule is limited to 'situations in which, were it not applied, a grave injustice would occur.'" US Bank Nat'l Ass'n v. Guillaume, 209 N.J. 449, 484 (2012) (quoting Little, 135 N.J. at 289). Importantly, "[s]ubsection (f) does not include those trial errors that normally form the basis for appeal." See Pressler & Verniero, Current N.J. Court Rules, cmt. 5.6.1. on R. 4:50-1 (2023). Thus, for example, "trial errors can never in themselves justify relief under subdivision (f)." Hodgson v. Applegate, 31 N.J. 29, 40 (1959).

As our Supreme Court has explained:

> The very purpose of a Rule 4:50 motion is not, as in appellate review, to advance a collateral attack on the correctness of an earlier judgment. Rather, it is to explain why it would no longer be just to enforce that judgment. The issue is not the rightness or wrongness of the original determination at the time it was made but what has since transpired or been learned to render its enforcement inequitable.
>
> [In re Guardianship of J.N.H., 172 N.J. 440, 476 (2002).]

We add, "[t]he motion should be made to the judge who entered [the final judgment or order] if still sitting in the same court unless temporarily

unavailable or the situation is emergent." Pressler & Verniero, Current N.J. Court Rules, cmt. 3 on R. 4:50-1 (2023) (citing Quagliato v. Bodner, 115 N.J. Super. 133 (App. Div. 1971)). Moreover, a motion pursuant to Rule 4:50-1(f) must "be made within a reasonable time." R. 4:50-2.

In this instance, plaintiff essentially sought to appeal Judge D'Elia's orders not to this court, but to the Assignment Judge, circumventing the time limit of Rule 4:49-2 and the purposes of both Rule 4:49-2 and Rule 4:50-1. While we have held that a party is "not automatically foreclosed from relief under R. 4:50-1 because they failed to make a timely motion under R. 4:49-1" for a new trial, we also made clear that "R. 4:50-1 cannot be used to circumvent the time limitations of R. 4:49-1." Baumann v. Marinaro, 95 N.J. 380, 392-93 (1984).

That same logic applies with even more force to a Rule 4:50-1 motion that could have been timely made as a Rule 4:49-2 motion, because "a motion to vacate is included within R. 4:49-2." Baumann, 95 N.J. at 391. Plaintiff acknowledges in her reply brief that her motion was brought pursuant to Rule 4:49-2 but seeks to avail herself of the time limit of Rule 4:50-2, stating that her motion "was timely filed . . . pursuant to Rule 4:50-1, 2," and she "specifically used the words vacate and reconsider and cited to Rule 4:50-1, 2 and Rule 4:49-

2." Thus, plaintiff argues that Judge Jablonski "inappropriately failed to reconsider [Judge D'Elia's] Orders under Rule 4:49-1, 2."

We are unpersuaded. Plaintiff's argument would, in practical effect, erase the time limit imposed in Rule 4:49-2—a time limit the rules do not allow to be extended, Rule 1:3-4(c)—because, again, "a motion to vacate is [already] included within R. 4:49-2." Id. at 391. Indeed, a "motion to vacate" that "request[s] reconsideration of the matter on its merits" is properly decided as a Rule 4:49-2 motion. Casino Reinvestment Dev. Auth. v. Teller, 384 N.J. Super. 408, 413 (App. Div. 2006).

Moreover, as a motion made independently under Rule 4:50-1 and not Rule 4:49-2, plaintiff's motion is far outside of the purpose and function of the rule. Plaintiff's arguments have nothing to do with anything that "ha[d] since transpired or been learned" following Judge D'Elia's orders, and everything to do with "the rightness or wrongness of the original determination at the time it was made." J.N.H., 172 N.J. at 476. Errors of fact and law are not "exceptional situations" justifying relief under Rule 4:50-1. DEG, LLC, 198 N.J. at 270 (quoting Perillo, 48 N.J. at 341). Rather, they are the ordinary bases for an appeal. We hold no "grave injustice," Little, 135 N.J. at 289, occurs when a

has been so prejudicial that a change of venue or foreign jury is required will not be disturbed on appeal except upon a showing of an abuse of discretion.").

Here, plaintiff argues that Judge Jablonski abused his discretion essentially because Judge D'Elia was biased and should have recused himself. However, plaintiff did not timely appeal or move for reconsideration of Judge D'Elia's order denying plaintiff's motion for recusal.

Plaintiff also argues that Judge Jablonski himself showed bias by voicing frustration with plaintiff's counsel and by failing to address Judge D'Elia's alleged "numerous errors of laws and facts." Plaintiff's principal argument that she could not receive a fair and impartial trial from any Hudson County judge is that "Judge Jablonski and other Hudson County Judges sees [sic] [p]laintiff's attorney as a complainer who does not like to lose." This argument is unpersuasive. The record by no means supports "substantial doubt" that most, let alone all, Hudson County judges could be fair or impartial to plaintiff.

We conclude Judge Jablonski did not act unreasonably or show bias in his assessment of the merits of plaintiff's motion. In the absence of any legal support or meaningful factual basis for plaintiff's contention that bias among Hudson County judges created substantial doubt that she could receive a fair

trial, Judge Jablonski did not abuse his discretion in denying plaintiff's motion to change venue.

To the extent we have not specifically addressed them, any remaining arguments raised by plaintiff lack sufficient merit to warrant discussion. R. 2:11-3(e)(1)(E).

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

CECILE D. PORTILLA, Attorney at Law LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072 Fax (862) 520 3433
Attorney Id :021212005- Email: Portillalaw@gmail.com

**SUPREME COURT OF NEW JERSEY:089878**

| | |
|---|---|
| Angel Lopez<br><br>Plaintiff<br><br>v<br><br>The Palisades LLC, Mr. Handyman, Inc, RSP Enterprises NJ, LLC., and ABC Corporation 1-10 (Fictitious Corporations)<br><br>Defendants | **Superior Court of New Jersey Appellate Division-A-001267-23**<br><br>On Petition for Certification of the Final Judgment of the Appellate Division Issued on **September 17, 2024**<br><br>Sat Below: Hon Peter G. Geiger, JSC<br>Superior Court of New Jersey<br>Law Division: Bergen County<br>Docket NO: BER-L-5926-20 |
| Angel Lopez, Kazue Koizumi<br>Plaintiffs<br><br>v<br><br>Edward Pec, The Palisades LLC, Mr. Handyman, INC., RSP Enterprises NJ, L.L.C., and ABC Corporation 1-10 (Fictitious Corporation(s).<br><br>Defendants | **Superior Court of New Jersey Appellate Division-A-001267-23**<br><br>On Petition for Certification of the Final Judgment of the Appellate Division Issued on **September 17, 2024**<br><br>Sat Below: Hon Peter G. Geiger, JSC<br>Superior Court of New Jersey<br>Law Division: Bergen County<br>Docket NO: BER-L-3575-22<br><br>**Submitted: February 13, 2025** |

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO RECONSIDER THE ORDER DENYING PETITION FILED ON 1/31/25 PURSUANT TO RULE 4:49-1,2; RULE 4:50-1,2 NEW JERSEY'S CONSTITUTION ARTICLE 1 PARA 1; *PEPER V PRINCETON*, 77 NJ 55 (1978), MOTION TO FILE OVER LENGTH BRIEF, MOTION TO FILE AS WITHIN TIME**

---



Cecile D Portilla

## TABLE OF CONTENTS

**Page**

**PRELIMINARY STATEMENT** 1

**PROCEDURAL HISTORY** 4

**STATEMENT OF FACTS** 7

**LEGAL ARGUMENT**

**POINT ONE**

**RECONSIDERATION OF PLAINTIFF'S PETITION SHOULD BE GRANTED PURSUANT TO RULE 4:50-1 (b) (c)** (Psa028-Psa035; Pa2297; Psa038; Psa008, Psa014-Psa35; Psa044; Psa047; Psa48-Psa057; Psa032; Psa033; Certification of Counsel; Psa036; Psa014; Psa040-Psa065) 21

**POINT TWO**

**PLAINTIFF IS ENTITLED TO RECONSIDERATION UNDER ARTICLE 1 PARA 1 OF THE NEW JERSEY CONSTITUTION**

(Psa042; Psa051, Psa047, Psa115; Psa001-Psa006; Psa092, Psa069, Psa001-Psa008; Psa042; Psa078; Psa092; Psa001-Psa065, Psa0078-Psa121) 27

**POINT THREE**

**ANGEL LOPEZ IS ENTITLED TO RECONSIDERATION UNDER RULE 4:50-1(f)** (Psa001-Psa008; Psa27, Psa040; Psa042; Psa047-Psa65; Psa069; Psa122, Psa123; Psa069, Certification of Cecile Portilla) 32



Cecile D. Portilla

a. **INTERFERING WITH DOCUMENTS ON THE STATE GOVERNMENT'S WEB SITE IS A CRIME** 32

b. **THE UNDERSIGNED'S WHISTLE BLOWER STATUS ALLOWS RELIEF TO ANGEL LOPEZ UNDER RULE 4:50-1(f); PEPER V PRINCETON77 N.J. 55, 79 (1978); CEPA AND THE NJLAD** 32

**CONCLUSION** 36

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

# TABLE OF AUTHORITIES

**Page Number**

## CASE LAW:

Abbamont v. Piscataway Twp. Bd. of Educ.,
138 N.J. 405, 431 (1994) 35

Boddie v. Connecticut,
401 U. S. 371, 379 (1971) 31

County of Sacramento v. Lewis,
523 U.S. 833, 849 (1998) 31

DeShaney v. Winnebago County Dept. of Social Services,
489 U.S. 189, 196 (1989) 28

Iannone v. McHale,
245 NJ. Super. 17, 28 (1990) 29, 33

Kolb v. Burns,
320 N.J. Super. 467, 477 (App. Div.1999) 35

Lippman v. Ethicon, Inc.,
432 N.J. Super. 378, 380 (App. Div. 2013) 35

N.J. Highway Authority v. Renner,
18 N.J. 485, 495 (1955) 36

Peper v. Princeton,
77 N.J. 55 32, 33

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

Reingold v. Harper,
6 N.J. 182, 190 (1951 ) 27

Rivkin v. Dover Twp. Rent Leveling Bd.,
143 N.J. 352, 366 (1978) 27

Rochin v. California,
342 U.S. 165, (1951) 28

US Bank Nat'l Ass'n v. Guillaume,
209 N.J. 449, 467 (2012) 22

Young v. Hobart W. Grp.,
385 N.J. Super. 448, 465 (App. Div. 2005) 35

*Washington* v. Glucksberg,
521 U.S. 702, 721 (1997) 28

## NEW JERSEY STATUTES

NJSA 10:1-2 25

CEPA 35

NJLAD 35

## NEW JERSEY COURT RULES

Rule 4:50-1,2 — 20
RULE 4:50-1 (c) — 26
Rule 4:49-1,2 — 20
RULE 4:50-1 (b) (c) — 21
RULE 4:50-1(b) — 21
Rule 4:50-(f) — 32, 36

## NEW JERSEY CONSTITUTION

Article 1 para 1 — 2, 3, 7, 20, 28, 29, 33

## UNITED STATES CONSTITUTION

US CONSTITUTION — 2

## TABLE OF JUDGEMENTS, ORDERS AND RULINGS

Order dismissing Petition dated 1/28/2025
Filed 1/31/2025 — Psa036

Order dismissing Appeal dated 9/17/2024 — Psa040

# APPENDIX INDEX


Notice of Claim against eCourts dated 9/11/2023 **Psa001**

Addendum to Notice of Claim dated September 20, 2023 **Psa002**

Notice of Claim against the State of New Jersey dated 8/18/2023 **Psa003**

Flyer to the NJ Bar requesting the Dismantlement of ECourts dated March 15, 2023 **Psa004**

Letter to Appellate Case Manager on Docket No. A-003715 20 T4 advising that documents were rotated sideways and were not so when we scanned them dated March 3, 2022 **Psa006**

Supplemental Certification in support of Faulknor's Motion **requesting relief** to paper file Due to her documents that were Rotating 90 degrees to 180 degrees on ecourts and freezing of web site on (Faulknor v County of Hudson et al) docket No. A-692-T filed September 30, 2022 **Psa008**

Case Jacket of Faulknor v County of Hudson et al) Showing the relief that we requested Appellate Matter No. A-692-T **Psa014**

Cover of Brief in support of Motion requesting paper filing on the Faulknor Matter dated September 30, 2022 **Psa026**

Order on motion in appellate Division **denying request for paper FILING on Faulknor** filing No. A-692-T Dated October 11, 2022 **Psa027**

Supreme Court Case Jacket Faulknor v County of Hudson With fraudulent upload 1/31/2025 NOT done by Counsel on Docket No: 090218. Showing upload with multiple Documents all identified as "**Appellate Division brief**" **Psa028**

<u>**Strange Exhibits**</u> accompanying the 1/31/2025 Upload of Appellate Division Documents that were NOT Uploaded by Plaintiff's attorney **Psa029**

*Exhibit*-Order Denying **Recusal of Judge D'Elia** Dated and filed stamp in the Appellate Division dated **November 11, 2021** (The dates stamps on the **documents identified a "Appellate Division Briefs" October 29, 2022** **Psa032**

*Exhibit*-Order **Denying reconsideration** by Judge D'Elia Dated and filed stamped in the Appellate Division dated **November 11, 2021** (The dates stamps on the **documents identified a " Appellate Division Briefs" October 29, 2022** **Psa033**

Print screen on case jacket of Faulknor v County of Hudson No: 090218 showing the three odd Exhibits that Were uploaded with the multiple "**Appellate Division Briefs**" **Psa035**

Order dismissing the Petition of Angel Lopez From the Supreme Court, filed January 31, 2025 **Psa036**

Supreme Court case Jacket of Angel Lopez
**N0: 089878** **Psa037**

Order from App. Div dismissing Angel Lopez's matter from the Appellate Division dated 1/28/25 filed 1/31/25 **Psa040**

Certification of Cecile D. Portilla, Esquire **seeking relief** On behalf of Angel Lopez in being able to file pages The pages separately since they were **repeatedly rotating sideways** once filed on ecourts filed August 15, 2024 **Pa042**

Order dated August 4, 2024 **denying relief** and advising that movant **shall file a brief Conforming** to the Court rules by September 16, 2024 pr the appeal shall be dismissed on the court's motion and without further notice **Psa047**

Deficiency Notice dated June 25, 2024, advising among others that documents are **scanned upside down** and have **active hyperlinks.** **Psa048**

Deficiency Notification dated July 30, 2024 advising among others that numerous documents were scanned upside down and that documents removed from the Appendix because ***they rotate sideways must be included in the Appendix.*** **Psa051**

Deficiency Notification dated September 4, 2024, advising among others that Multiple pages were ***scanned*** upside down and had ***active hyperlinks*** **Psa054**






Cecile D. Portilla

Deficiency Notification dated May 15, 2024, advising among others that documents had ***active hyperlinks.*** **Psa057**

*Appellate Division Case Jacket of Angel Lopez A-1267-23* **Psa061**

*Copy of Service Order receipt from geek squad wherein the Geek Squad Agent like Ms. Portilla also could* ***not see any Hyperlinks*** *in documents that were becoming activate only upon being submitted upon the Appellate Court sites.* **Psa066**

Copy of page cover of an Appendix that shows that Ms. Portilla's email address on the cover of an Appendix did not activate as a hyper link after it was put through the Adobe hyperlink deactivation App. **Psa067**

Cover of the Same Appendix that developed the little hand showing Ms. Portilla's email address became a hyper link after being uploaded to the Appellate Court **Psa068**

*Supreme Court Advisory Committee on Access and Fairness* ***Psa069***

Notice of Claim against the NJ Judiciary, the NJ Legislature and the Executive Branch related to multiple invalid strange strange unjustified ***failures to prosecute notifications*** (perceived to be Unlawful acts of the FBI) that were being issued against clients of Eldridge Hawkins, Esquire and Cecile D. Portilla, Esquire, that New Jersey failed to remedy and the Court's refusal to return the filing fees that Plaintiffs' had to pay repeatedly to have defendants reinstated. Dated December 20, 2024. **Psa078**

Copy of a sample case jacket (UNN-L-2902-23) showing a sample of the ***multiple unjustified failures to prosecute notifications*** being sent out by individuals perceived to be the FBI-Agents wherein the Court was **keeping the monies** related to the filing fees to reinstate the unlawful dismissals. **Psa082**

Court Order dated July 19, 2024, showing Judge refusing to reimburse filing fees after attorney was forced to file one of several motions to reinstate defendants being dismissed (based on acts of likely FBI Agents sending out false failures to prosecute to harass Ms. Portilla) **Psa085**

Order dismissing our client's Answer on docket number ESX-L-1066-24 whereby the Judge indicated that the motion was unopposed showing the Court's ACMS system was being given interference (presumed to be by the FBI) and that the Judge likely did not see our documents as reported by Ms. Portilla filed January 31, 2025 **Psa087**

Copy of ACMS on document number ESX-L-1066-24 showing that entries into the ACMS were being done in a disparate fashion (perceived to be the Act of the FBI) **Psa089**





Cecile D. Portilla

Ms. Portilla's Letter dated August 17, 2023 requesting Investigation of Criminal Activity on Ecourts to Union County Judges **Psa092**

Copy of email showing eCourts alert that the Case management system was not available to accept the plaintiff's brief and some exhibits on 8/16/23 at 11:43 PM on Docket Number UNN-L-45-21 after which the system disappeared and the brief could not be seen until the next day **Psa095**

Copy of Email print out showing the Case management on the same Docket No. above UNN-L-45-21 that was NOT available at 11:43 PM was suddenly available at 11:52 PM to accept the rest of the exhibits on Docket Number UNN-L-45-21 making them immediately visible while the ***brief* and the motion papers** still could not be seen and causing them to be *filed first in time* ***before the brief*** **and the motion papers.** **Psa097**

Copy of Case Jacket of UNN-L-45-21 **Psa100**

Ms. Portilla's Complaint letter to the Office of Attorney Ethics dated October 19, 2023 regarding crimes in Ecourts and attorney harassment [by individuals perceived to be FBI Agents retaliating against her] **Psa115**

Case Jacket for ESX-L-6774-14 (Portilla v Maxim) The case was closed <u>on 3/17/2018</u> that was accessed four years later on March 18, 2022 which showed **DELETED** Order Reconsideration at the fourth entry dated 12/15/2017 and had no attachment **Psa118**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

Same Case Jacket for ESX-L06774-14 (Portilla v Maxim) The Case was closed on 3/17/2018 that was accessed four years later again on April 23, 2022. On April 23, 2022. the fourth entry on page two now showed an **attachment beside** the words "Order Reconsider" Denied dated 12/15/2017. **Psa120**

Fax to OIG Hotline dated 12/22/2013, from Cecile D. Portilla expressing concerns about a Federal Special Agent and concerns about improper billing by Maxim Health Care Services (her former Employer) **Psa122**

Letter to Counsel for OIG expressing concerns about billing and Patient Neglect at Maxim health Care Services and a Concern about a Federal Special Agent. Date 12/10/2023 **Psa123**

Letter to New Jersey Attorney General from Attorney Eldridge Hawkins regarding Violation Against Cecile D. Portilla's Privacy by Others dated August 29, 2024 **Psa125**

Notice of Petition for Certification filed 9/19/2024 **Psa126**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

## PRELIMINARY STATEMENT

On February 3, 2025, Angel Lopez's attorney (a 2013 **Whistleblower** against an **FBI Agent**) shockingly discovered that someone (perceived by her to be the FBI) had uploaded documents on a Petition for Certification on another client's **matter -** ***Faulkner v County of Hudson*. No. 090218. (Psa028). The upload by others perceived to be the FBI, was an act of FRAUD and a CRIME upon the Court.**

**Upon reviewing the 1/31/25 upload,Whistle Blower Portilla** became aware that she did not upload the documents to the Appellate Division or the Supreme Court on Angel Lopez's matter. The Maxim "**fraud as to one, fraud as to all**" holds true. **Fraud as to Faulknor, is Fraud as to Angel Lopez.** Moreover, PDF documents can be edited in the same manner as word documents. The removal of one word or a conjunction from a paragraph can change its entire meaning.

Ms. Portilla had previously placed New Jersey Courts on Notice, that she was being denied proper access to the Courts by outrageous acts [by likely FBI Agents seeking retaliation] causing interferences and tampering documents on eCourts, thus she **requested ACCOMMODATION** from the Appellate Division to be allowed to **PAPER FILE her documents**. Pages of documents were noted upside down, rotating sideways, developing hyperlinks, numbers being erased, paragraphs redacted and faded, *pages dark, **after*** being filed on ecourts, causing repeated deficiency notices and rejections. The undersigned's Whistleblower's request for

Accommodation to the Appellate Division to allow **her to paper file her documents was denied**.

In 1963, Alabama Governor George Wallace attempted to **block** the enrollment of two Black students, Vivian Malone and James Hood, at the University of Alabama. Because of the US Constitution, President Kennedy granted public accommodation by Federalizing the National Guard who asked George Wallace to STEP ASIDE so that the Black Students could enter the University of Alabama.

In contrast, after the undersigned attorney provided Notice to New Jersey Courts since 2023, that others [perceived to be Hostile FBI Agents] were actively **blocki**ng this whistle blower's ability to have cases properly heard in the New Jersey Appellate Division, New Jersey failed to grant accommodation and failed to ask the those seeking to block her Access to step aside, even after the undersigned filed a NOTICE OF CLAIM against the State of New Jersey and eCourts. While the dismantlement of eCourts as requested by the undersigned Whistle Blower in 2023 may be an extreme remedy, accommodating this Whistle Blower by allowing her to paper file her documents was a reasonable way of allowing her to enjoy the privileges accorded to her under Article 1 para 1 of the NJ Constitution.

The 1884 Amendment to the New Jersey Constitution (amended in 1947), was **not a dictatorial decree,** but an agreement by **THE PEOPLE of the State of New Jersey through their delegates**. **THE PEOPLE of New Jersey made clear**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

**their** intent that **only Judges** should exercise the Powers of the Court and that any act of the Court is considered an act of the State Government. **Presumed FBI Agents, by taking active steps to manipulate the outcome of cases at the trial Court level, at the Appellate Division level and at the Supreme Court level by causing interference with Court documents, have in fact TAKEN OVER THE POWER OF GOVERNMENT of the State of New Jersey, that was entrusted to trained Judges, which should be considered a hostile act, akin to TREASON.**

After blowing the whistle, Plaintiff's attorney was subjected to a "Random Audit" of her Offices. She became plagued by volumes of mail, bogus phone calls, faxes flooding through her fax machine, emails Ads from which she could not unsubscribe warranting notices to cease and quit, pop ups advising her that this would be her ***last year as a lawyer*** and that she would not be on *the list.* Documents on eCourts were being given outrageous interference. eCourts would frequently abort during filing and documents force filed under the wrong descriptions, making clear that she needed Whistle Blower protection and Accommodation to survive the hostilities clearly being imposed upon her by the FBI who threatened to destroy her.

**Refusal to grant Whistle Blower Accommodation** and Lack of Safeguards, led to the dismissal of Angel Lopez's Appeal, causing him to file a petition for Certification to the Supreme Court that was dismissed against him. New Jersey failed to put safe guards in place and acquiesced to Acts that are akin to **TREASON.**

## PROCEDURAL HISTORY

Plaintiff Lopez is a disabled male of Puerto Rican National Origin. **(CPa010-CP[1]a13, Pa[2]578, Pa586-Pa610)** On 11/06/2023, his matter alleging, Negligence, Constitutional and NJLAD violations among others, was dismissed from the Begen County Superior Court after the Court adopted the defendants' contentions that he was an obstructionist. **(1T48-4 to 15, Pa2395, Pa23097, Pa2399*).*** Angel Lopez's motion for reconsideration was denied on December 8, 2023. (**Pa2440, Pa2442, Pa2445, 2T48-4-11).** On May 15, 2024, Plaintiff Lopez was issued his first deficiency notification from the Appellate Division, because his documents had issues such as pages rotating sideways **after** they were uploaded on ecourts and developed strange hyperlinks. **(Ps[3]a057; See Psa001-Psa008, Psa42, Psa027, Psa67, Psa66).** On June 25, 2024, Angel Lopez was issued his second deficiency Notification because his documents were rotating upside down and sideways after they were uploaded to the Appellate site. **(Psa048).**

On July 30, 2024, Plaintiff was issued his third deficiency notification because among other things his documents were rotating sideways and developing hyperlinks after being uploaded to eCourts. **(Psa051)** On August 15, 2023, the undersigned **attorney filed a motion seeking relief to not include the** documents that were

---

[1] Refers to the Confidential Appendix
[2] Refers to the Plaintiff's Appendix
[3] Refers to the Current Supreme Court Appendix attached hereto

mobilizing on their after being uploaded to the Court site and requested to file those pages separately. **(Psa042).** On September 4, 2024, at 12:00 PM the Court issued an Order **denying relief,** and advising that the movant **shall file a brief Conforming** to the Court rules by September 16, 2024 or the appeal **shall be** dismissed on the court's motion and without further notice. **(Psa047).** Later that same day on September 4, 2023, at 4:05 PM, the undersigned received a deficiency Notice GIVING plaintiff 15 DAYS TO CORRECT THE DEFICIENCIES THAT INCLUDED, PAGES UPSIDE DOWN, ROTATING SIDEWAYS AND DEVELOPING ACTIVE HYPERLINKS. **(Psa054).** The case manager advised that the pages that were rotating sideways must be included in Appendix **(Psa054**).

On 9/17/2024, the undersigned while praying and doing the best she could under dire circumstances, received a notification from the Appellate Division advising her that the Appeal was dismissed prior to the 15 days stated by the deficiency notice, that was received last in time from the Appellate Division. **(Psa040; Psa054)**. On 9/19/2024, the Plaintiff filed a petition for certification with the Supreme Court. (**Psa037**). On January 28, 2025, an order dismissing the petition was signed that was filed on January 31, 2025. **(Psa036).**

On February 3, 2025, the undersigned discovered that someone who was NOT her, had uploaded multiple documents on her other Supreme Court Matter docketed at No.090218 -*Faulknor v County of Hudson.* **(Psa028-Psa035).** All the documents

were unloaded under the with same name "Appellate Division Briefs" **with the exception of three loose pages identified as "Exhibits" (Psa028-Psa35).** One of the three "Exhibits," was an Order **denying the recusal** of the trial Judge, (Hon. Anthony V. D'Elia). **(Psa032).** Another "Exhibit" was Judge D'Elia's order denying reconsideration. **(Psa033).** The undersigned, becoming perturbed, sent out a communication on Supreme Docket No: 090218 (Faulknor v County of Hudson), starting that she would be investigating all her cases. **(Psa028-Psa29).**

The undersigned recalled that on October 17, 2024, upon trying to upload Angel Lopez's Appellate Brief to the Supreme Court site, that she had severe difficulty. **(Psa038**). She was finally forced to upload her Appellate Division Brief as well as the Appendices under a different description due to the web site resisting and fighting her. **(Psa038).**

The conduct of the upload differed from the way that she had observed the upload on her very first Supreme Court matter. **(Certification of Counsel).** Upon going back to review Angel Lopez's documents that were in the Appellate Division, the undersigned because certain that someone else upload the documents and not HER, as the deficiencies included page range numbers on the volume covers that were strangely cut off. (**See Example Appendix Volume IVX OF XV**). Pages were faded when she had an ample supply of ink. **(See Example Pa2297).** On February 10, 2025, the undersigned requested to place her other Supreme Court matter

No.090218 -*Faulknor v County of Hudson* in abeyance due to outrageous fraud upon the Courts- Supreme Docket No: 090218**. (Psa028).** This motion follows.

## STATEMENT OF FACTS

On 9/19/2024, Angel Lopez was forced to file a petition for certification after being issued multiple deficiency notices eventually resulting in the dismissal of his case from the Appellate Division. **(Psa037-Psa039-Psa040; Psa126; Psa48-Psa57).** On February 3, 2025, after examining our documents that were uploaded on January 31, 2025 to the Supreme Court on another petition for certification (Faulknor v County Hudsoresistingn-090218), the undersigned noted that the uploads strangely included **two suspicious loose pages uploaded as "exhibits" that were not part of the Appendices**. **(Psa028-Psa035, Psa032, Psa33).** Plaintiff's attorney became shockingly aware that she was NOT the one who had uploaded the documents on No.090218 -*Faulknor v County of Hudson, that she was advised by the case Manager to upload.* **(Ps0a28-Pas029).**

The documents were uploaded by others with the clear intent to **sabotage** Mavis Faulknor's petition for certification, because an Order requesting Judge D'Elia's *recusal* and Judge D'Elia' s order denying reconsideration, that had different date stamps over a year old that did not match the multiple documents all

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

identified as "Appellate Division Brifs" were part of the upload. **(Psa008; Pasa32-Psa33). The Appellate Division date stamp on the order for recusal is November 11, 2021, while the date on the multiple documents all identified as "Appellate division Briefs" is October 29, 2022. (Psa032; See Volume uploaded as Appellate Division Briefs).** The undersigned upon becoming concerned, immediately posted a communication advising that she had concerns because she did not upload the Appellate Brief and Appendices on January 31, 2025 on docket No: 090218 nor did she believe that they were uploaded by the case manager. **(Psa28-Psa29).**

On February 3, 2025, the undersigned expressed in a communications on Docket No. 090218, that she would be looking into other uploads in the Supreme Court after seeing those uploads. **(Psa028-Psa029).** The only other current Supreme Court matter was Lopez v The Palisades et al (or so she thought). Upon going to the Supreme Court site, the undersigned noticed that Plaintiff s Lopez's matter was in fact closed in the Supreme Court since 1/28/2025. **(Psa036-037).** Upon the undersigned going through Eldridge Hawkins email with his consent, there were no notifications from the Supreme Court regarding the dismissal of Angel Lopez's Complaint. **(Psa036-037, Certification Counsel)**

Even more shocking is that upon reviewing Lopez's documents in the Supreme Court, the undersigned because aware that Lopez's Appellate Documents

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

could not have been uploaded by her! **(Psa037).** Simply put, Angel Lopez's documents were uploaded under her name to the Appellate Division by someone NOT her, which is an act of fraud and a **crime.** (**Psa028-Psa029**). **To be clear, one may think that they uploaded documents, but due to technology, the documents that they thought they uploaded went elsewhere and other documents arrived at the designated destination in their stead.** (**Psa028-Psa029**). **This is the age of technological advancement. Had the undersigned not seen the bogus exhibits attached to the multiple "Appellate Division Briefs" that were uploaded on Faulknor v County of Hudson (No.90218), she would have thought that she actually uploaded the other documents identified as "Appellate Division Briefs." (Psa028-Psa035)**

Plaintiff Lopez's documents were rejected FOUR times by the Appellate Division based on the same reasons that had caused multiple deficiency notifications letters to be issued on several other Appeals. (**Psa048-Psa057**). The undersigned had repeatedly brought it to the attention of others that **crimes** were being committed on New Jersey's eCourts. **(Psa001-Psa008; Psa014; Psa115, Psa118; Psa092; Psa048-Psa057).** In 2022, the undersigned became shockingly aware that individuals perceived to be FBI Agents seeking to sabotage her, were causing documents to rotate sideways and upside down in eCourts to trigger deficiency notifications. (**Pa006).**

Documents do not turn sideways and upside down on their own after being filed which she brought to the case managers' attention. **(Pa006)**.

**On September 30, 2022, Ms. Portilla filed a motion in the Appellate Division on docket No. A692-21T, requesting ACCOMMODATION to PAPER FILE HER DOCUMENTS on Faulknor v Hudson County No. A692-21T,. (Psa008, Psa026, Psa014), On October 11, 2022, the Appellate Division denied Ms. Portilla's motion to paper file documents on the Faulknor matter (Psa027). Mavis Faulknor's Appellate case Jacket looks very similar to Angel Lopez' Appellate case Jacket. A-001267-23. (Psa014-Psa025; Psa061-Psa065). The undersigned attorney for both Faulknor and Lopez's was denied Accommodation by the Appellate a Court. (Psa027; Psa047; Psa037-Psa039; Psa028-035)**

**If the undersigned thought things were bad, things only got worse! Ms. Portilla became BRUTALLY** aware, that based on information and belief, the **FBI was hacking Post** Offices in New Jersey! **(Certification of Ms. Portilla).** Ms. Portilla while being attended to by the postal Clerk in the West Orange Post Office, observed the clerk gasp and stepped back exclaiming "WHAT THE HECK!" The postal clerk appeared as if she were in shock and was staring *wide eyed intently* at the postal computer with Ms. Portilla's documents that she was processing.

On another occasion, one postal Clerk got very excited and went to call another employee, telling him that *some thing was wrong* with the machine as the screen on the machine was moving rapidly and giving all types of invalid address and refusing to recognize the address to which Ms. Portilla's mail was addressed.

Ms. Portilla became so angry that she filed a NOTICE OF CLAIM against the United States Postal Services and the United States. **(Certification of counsel.** She has also filed multiple Notices of Claims against the FBI. **Ms. Portilla had NO IDEA that the post office could be hacked. (Certification of counsel)**

**Upon becoming profoundly aware that the United Sates Postal Services was COMPROMISED, Ms. Portilla started to use a Courier whom she trusted to deliver her mail. (Certification of counsel). The Courier soon reported that he was being followed and stalked by the police in different cities. The Courier advised her that going to a car dealership to buy a car, he discovered that he listed him in the credit reporting system as deceased. (Certification of Cecile Portilla). He was blocked from buying the new car he desired since he had already died and had no need for a car. (Certification of counsel)**

Upon seeing the magnitude of the outrageous crimes and realizing the citizens of New Jersey had no idea that these things were taking place on the eCourt site, the Undersigned went as far as filing a Notice of Claim (NOC) against the State of New Jersey and eCourts on August 18, 2023 and September 11, 2023, and an addendum

to the NOCs on September 20, 2023 **(PsaP001-Psa003). Prior to that, on March 15, 2023,** Ms. Portilla with help, sent out flyers to the various counties all over New Jersey asking for the dismantlement of eCourts **(Psa004). The undersigned even sent a letter to the offices of Attorney Ethics advising that she was harassed and reporting the crimes on eCourts. (Psa115)**

**Ms. Portilla discovered that filing on Courts after the courts are closed, became difficult. (Certification of counsel). The individuals perceived to be FBI agents will cause an alert that "the system is not available at this time" for some documents and not others even though the documents are being uploaded as part of the same submission" (See Pa095-Pa097). eCourts will disappear and some documents that are uploaded cannot be seen until the next day. (Certification of Cecile D. Portilla).**

**The documents when viewed the next day may appear haphazard and incompetently filed with, for example, miscellaneous documents and exhibits filed first before the motion papers or the certification and brief that they support.**

On 8/16/23 at 11:43 PM on Docket Number UNN-L-45-21 an alert was given that the *case management system was not available at this time* to accept the plaintiff's brief. After which eCourts disappeared and the brief could not be seen in the system as filed. **(Psa095)** Upon the plaintiff becoming concerned and

aborting then trying again at 11:52 PM the system was strangely available to accept those documents which were shown on eCourts as filed while the brief could not be viewed until the next day. **(Psa097)**

After seeing the ridiculousness and wanton assault upon the court by perceived FBI Agents upon docket number UNN-45-21, the undersigned sent a letter to the assignment Judge requesting that he investigate the crimes on eCourts and suggesting that eCourts be dismantled**. (Psa092).**

Upon the last Appellate Division deficiency notification being issued against Angel Lopez, he made a Motion to file as within time and **requested accommodation by being able to file the pages** that were rotating upside down and sideways, separately from the appendix**. (Psa042).**

On **September 4, 2024 at 12:17 Pm,** the Appellate **Division Judge denied the request and advised** that his Appeal would be dismissed if Angel Lopez did not file a brief that conformed with the NJ Court rules by September 16, 2024. **(Psa047; Psa061). On September 4, 2024 at 4:05 PM,** plaintiff later received another notification from the Appellate Clerk that gave him **15 days as opposed to 7 days to correct the deficiencies [most that were being maliciously caused by the FBI as perceived by Ms. Portilla] (Certification of Counsel sa054; Psa061).** On September 17, 2024, Plaintiff's counsel received a notification that his Appeal was dismissed before the expiration of the fifteen days. **(Psa40; Psa051).** Prior to the

dismissal, plaintiff' counsel received a suspicious communication that stated "three strikes you are out!"(**Certification of Counsel**)

It should be noted that the second deficiency notification to Angel Lopez has a line under the words "**second notice**" and that the date on the third deficiency notification is in red which might just be a coincidence. **(Psa051; Psa048).** On 10/17/2024, the undersigned had struggled to have Angel Lopez's Appellate Division documents attached to Ecourts causing the undersigned to attempt to file under a different filing description. **(Psa037).** On 10/16/2024, upon trying to upload the Appellate Brief and Appendices from the Appellate Division, the odd behavior of the documents, prior to filing under a different description, was similar to what she had observed on January 31 2025 after which it later became apparent that documents on her other Supreme Court matter were NOT uploaded by her but by others. **(Psa28-Psa35; Certification of Counsel)**

The FBI Agent against whom the undersigned blew the whistle, had threatened to destroy her to make her work for FREE and become homeless. (**Certification of counsel).** Last week those perceived to be the FBI threatened the undersigned by advising her to think about "collections" regarding whatever plans she has. (**Certification of counsel).** Thus, the undersigned is reasonable in her beliefs that the FBI Agent against whom she blew the whistle, and accomplices, are responsible for the filing problems on eCourts, and triggering the numerous

*In the early years, many of the harassing calls* were identified as incoming from "USA." *(***Certification of Counsel).** In 2014 there was another audit upon her law offices that Ms. Portilla knew was bogus. (**See Psa115; Certification of Counsel).** Since 2022, the plaintiff's attorney has been having extreme difficulties in having her documents accepted by the Appellate Division. **(Psa001-Psa008; Psa001-Psa026; Psa0042-065) Certification of Counsel).** Pages of documents were turning sideways ***after*** they are upload the eCourts. **(Psa001-Psa008; Psa001-Psa026; Psa0042-065) Certification of Counsel).**

Pages of documents are rotated upside down ***after*** they are filed on the court site. **(Psa001-Psa008; Psa001-Psa026; Psa0042-065) Certification of Counsel).** Hyperlinks including those in email addresses are triggered ***after*** they are uploaded to ecourts. **(Psa0047-Psa058;** Certification of Counsel). On January 28, 2025, upon taking her documents to Geek squad after hyperlinks were activated on eCourts, the Geek squad agent who examined her files, advised that the links were not active at their store. **(Psa066, Psa067, Psa068).**

Thusly, it was crystal clear that the hyperlinks were being deliberately triggered on eCourts. Since the Appellate case managers have no duty to deactivate the hyperlinks, rejection of the appeal is the only result**. (Psa040, Psa048-Psa057; Psa001-Psa125, Certification of Counsel).** Page range on volumes of Appendices are cut off ***after*** they are uploaded to ecourts. **(Psa001-Psa125, Certification of**

**Counsel).** PDF documents are faded and cannot be read after they are uploaded. Parts of important paragraphs are strangely redacted. **(Psa001-Psa125, Certification of Counsel).**

The plaintiff's attorney found that filing documents on eCourts at the trial level was even worse. **(Certification of Counsel**). Ms. Portilla would be repeatedly disconnected from eCourts during filing, causing her to log into the web site repeatedly. (**Certification of Counsel** ) Documents were forced filed under the wrong document descriptions. (**Certification of Counsel**). Many times, the documents would not even attach to the court site and she was forced to try repeatedly.**(Certification of Counsel).** Ms. Portilla found that she would ask her son to stand by her side for emotional support while she efiled and that efiling documents in support of a simple motion with attachments would take forever. **(Certification of Counsel).**

The individuals perceived to be FBI Agents know that:

> ***The Appellate Clerk does not accept documents that are turned sideways; The Appellate Clerk does not accept documents that are turned upside down; The Appellate Clerk does not accept documents that have hyperlinks that are active on the court site; The Appellate Clerk does not accept documents that have missing pages; The Appellate Clerk does not accept documents with bate stamped numbers that are partially erased or rubbed away; The Appellate Division wants documents that are legible.***



cecil J Portilla

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

In 2024, upon visiting one County Court, plaintiff saw that one of her flyers was posted on what seemed to be a bulletin board. **(Certification of Counsel).** Thus New Jersey is fully aware of the undersigned concerns and failed to Act which led to Angel Lopez's documents being thrown out of the Appellate Court. The undersigned even had a flyer delivered to the Offices of Attorney Ethics so that it could understand how attorneys could be placed in false light by hostile individuals such as the FBI **(Certification of Counsel)**

Individuals perceived to be the FBI communicate with plaintiff's attorney in various ways advising her that others thought that she was "deficient" after they themselves were casting her in that false light. **(Certification of Counsel).** The Individuals perceived to be FBI Agents hacked H&R block and placed a multi million dollars fraudulent cost in plaintiff's tax documents, that the undersigned could never have explained had the accountant not caught it. **(Certification of Counsel). This is a reflection of their character and the types of malicious tampering that likely occurs on eCourts.**

At the same time, individuals perceived to be FBI Agents are also casting Eldridge Hawkins in false light by causing multiple deficiency notifications all over the case jackets of his clients. **(Certification of Counsel).** Exhibits attached to his documents would disappear on eCourts, and his documents are often forced filed under the wrong descriptions. **(Certification of Counsel).**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

The undersigned watched as Eldridge Hawkins tried to efile an opposition to a Motion for summary judgment and was blocked by individuals perceived to be FBI Agents. **(Certification of Counsel).**The eCourts system was caused to give an alert that he had insufficient funds in his account, although he had $500.00 in the account. **(Certification of Counsel).** Thus, he was unable to oppose the motion. Upon trying to explain to the Motion Judge what had occurred, the Judge did not seem interested in the explanation. **(Certification of Counsel).**

The undersigned has been told more than once that lawyers were unable to see her documents that were filed on eCourts. **(Certification of Counsel).** Another attorney advised the undersigned that after filing her documents on eCourts she was told that her documents were never received by the Judge. **(Certification of Counsel).** That same lawyer told Ms. Portilla that as of late, when she opens PDF documents on eCourts, the documents open directly under her documents in her computer and that that was not previously the case.

Conclusive proof that judges are being blocked from seeing documents on Courts can be found in ESX-L-1066-24. **(Psa087).** On 1/31/2025, the trial judge in that case, upon dismissal of the case, stated that the motion was **unopposed** by our defendant client, even though we filed an opposition, which means that the Judge did not see our documents. **(Psa087).** The ACMS system (that we quicky copied

before it was revised) shows that the **plaintiff's reply was entered into the ACMS before** the defendant's document, which the reply addressed. **(Psa089)**

Evidence shows that New Jersey Courts have unknowing or even unwillingly become **an** accomplice in the denial of access to Courts to the undersigned. New Jersey has acquiesced to the tampering of eCourts that has affected many citizens including Angel Lopez. **(Psa001-Pa008, Psa026, Psa027, Psa042; Psa092; Psa115).** Plaintiff's attorney became aware that ***notifications that included multiple bizarre failure to prosecute notifications*** were being sent out (after answers were filed) by OTHERS perceived to be FBI agents, to harass the undersigned. **(Psa072; Psa082; Psa85).**

The undersigned tried to get the County Courts to stop the egregious violations but the notifications kept being sent out. (**Certification of Counsel**). Upon the undersigned requesting to get reimbursed for the filing fees for filing MULTIPLE unjustified motions to correct clerical errors, she was denied. **(See Psa085).**

On December 4, 2024, upon individuals (presumed to be the FBI Agents) communicating with her, and indicating that she was being laughed at regarding the repeated failures to prosecute, Eldridge Hawkins and the undersigned decided that it was in the best interest of the public to file a notice of claim against the State of New Jersey and its three branches of government. **(Psa078).** The Judiciary insisted on keeping the filing fees generated from the invalid failures to prosecute, that

requires motion practice to reinstate defendants. **(See Pa086).** This is considered enabling (albeit unintentionally) of the **criminal acts** of these individuals perceived to be FBI Agents. **(Psa086).**

Paper filing accommodation and accommodation by being allowed to file "mobile page" separately from the Appendices to prevent rejection of deficiency notices, were denied to the undersigned which was **necessary** to allow Angel Lopez proper access to the New Jersey Courts. **(Psa008; Psa026- Psa027, Psa042, Psa047**).

The undersigned's shocking discovery on February 3, 2025, that ENTIRE DOCUMENT uploads, (not just tampering and interference) is occurring on eCourts at the Supreme Court and Appellate Court by others, also indicating that it is likely occurring at the trial level, warrant reconsideration of this matter under Rule 4:50-1,2; Rule 4:49-1,2 and Article 1 para 1 of the New Jersey Constitution.

The undersigned is aware FBI Agents are ***masters at deflection and covers ups.*** Thus, she needs to make clear that her computers, devices and router are not infected because she has had them checked repeatedly. **(Certification of Cecile D. Portilla, Esquire)**

Viruses, trojan horses, worms and malware have no way of knowing how much money she spends at various store, even when she uses cash, and were not the ones texting her to let her know that they knew what she bought, and how money

she spent on items at various stores. Viruses, trojan horses, worms and malware are not the ones hacking PNC Bank's ATM and locking her out as they please. **(Certification of Cecile D. Portilla, Esquire)**

Viruses, trojan horses, worms and malware have no way of making arrangements with prison guards at Northen State Prison to have her locker switched, her handbag searched, and her diary tampered while she visited with a prisoner. **(Certification of Cecile D. Portilla, Esquire)**

Viruses, trojan horses, worms and malware were not the ones who broke into her home and placed the camera in her **bedroom and bathroom, and made her aware that they were observing her** , while she had sex with her husband and while she used the toilet in her own home. **(Certification of Cecile D. Portilla, Esquire)**

## POINT ONE

**RECONSIDERATION OF PLAINTIFF'S PETITION SHOULD BE GRANTED PURSUANT TO RULE 4:50-1 (b) (c) (Psa028-Psa035; Pa2297; Psa038; Psa008, Psa014-Psa35; Psa044; Psa047; Psa48-Psa057; Psa032; Psa033; Certification of Counsel; Psa036; Psa014; Psa040-Psa065)**

Rule 4:50-1 (b) allows relief based on newly discovered evidence which would probably alter the judgment or order and which by due diligence could not have been discovered in time to move for a new trial under Rule. 4:49; section (c) allows relief for fraud (whether heretofore denominated intrinsic or extrinsic),

misrepresentation, or other misconduct of an adverse party, section (f) allows relief any other reason justifying relief from the operation of the judgment or order. The rule is "designed to reconcile the strong interests avoiding an **unjust result** in any given case." US Bank Nat'l Ass'n v. Guillaume, 209 N.J. 449, 467 (2012) (quoting Mancini v. EDS, 132 N.J. 330, 334 (1993)).

On February 3, 2025, the plaintiff's Counsel, discovered that there was fraud upon her and Supreme Court, whereby documents were uploaded by others IN HER NAME in another Supreme Court matter at docket No. 090218-*Faulknor v County of Hudson*. **(Psa028-Psa035).** The maxim "**FRAUD AS TO ONE, FRAUD AS TO ALL"** holds true. Simply put, if there was fraud upon Ms. Faulknor's documents, **logic** dictates that there was fraud upon Angel Lopez' documents.

Moreover, the features on the Adobe Acrobat App makes it clear that PDF documents can be edited and changed just like word documents. Removing or adding a single word or a conjunction, can change the entire meaning of a paragraph. For example, using Adobe PDF to redact the word "no " from the statement "**the defendant has no guns**" can make the difference between false imprisonment and the enjoyment of one's liberty.

The Court having now been provided with information that hostile persons are in fact uploading documents in the undersigned's name, cannot reasonably expect the undersigned to flip through thousands of pages to check whether changes

were made on each page. Reasonable minds should conclude that the documents uploaded by others (perceived to be malicious FBI Agents) was for the clear purpose of manipulating the outcome of Ms. Falknor's case and that the **SAME** was done on Angel Lopez's matter.

After the February 3, 2025 discovery, a very concerned plaintiff 's Counsel went to check on the Angel Lopez documents in the Appellate Division and noted that page range on a volume of an Appendix was cut off and too faded to make any type of sense. **(See Example Volume VIX of XV of the Appellate Division Appendices).** The undersigned uses a leased printer from a company that provides her with an adequate supply of ink. **(Certification of Counsel)** Thus, the undersigned's printer could not have been the last place from which the Appendices in the Appellate Division originated. **(See Example Pa2297).** Upon attempting to upload the Appendices from the Appellate Division to the Supreme Court, ***there was resistance*** that made no sense. **(Certification of counsel).** On 10/17/2024, the undersigned documented on Angel Lopez's Supreme Court case jacket that the undersigned was having problems with the upload and mentioned the unexplainable fight that she had previously had in the Appellate Division **(Psa038)**

Moreover, in 2022, the undersigned discovered that proof of efiling data from any Appellate document, can be copied and pasted to any blank document. Thus, when plaintiff's Counsel sits down to print out hard copies of documents that

are allegedly attached to the Appellate Court site, there is **NO** guarantee that the pages that are coming out of her printer are actually coming from the Appellate Division, and not from a ***redirect web*** *site in Washington DC or Virginia.*

Angel Lopez's documents and Dr. Faulknor's documents had suffered the same fate with pages rotating sideways and upside down ***after*** they were filed on the appellate Court site. **(Psa008, Psa014, Psa026; Psa027, Psa044, Psa047; Psa48-Psa057).** The loose page "Exhibits" that were uploaded by others on January 31, 2025, on the undersigned's other Supreme Court matter (Faulknor v County of Hudson-Docket No: 90218) (**Psa028-Psa035**) (presumably by the FBI) included an ***Order denying recusal of Judge D'Elia*** that had an Appellate date stamp of November 11, 2021. (**Psa032; Psa033: Psa028-Psa035**).

In stark contrast, the multiple volumes of documents all identified as "Appellate Division Brief" that were uploaded on the Faulknor matter, were date stamped October 29, 2022. (**Psa028-Psa035**; **Psa032; Psa033). (See Appendices Volumes 1-15 of the Appellate Division Appendices uploaded on 1/31/2025).**

Upon seeing the bizarre "Exhibit" of the Order to recuse Judge D'Elia, *magically sitting on eCourts by itself*, outside of an Appendix, it was immediately apparent to the undersigned that a *very thin skinned person* (presumed to be an FBI Agent who felt disrespected after the undersigned reported him) wanted others to know that Eldridge Hawkins, Esquire, who assisted the whistle blower, is the type

of lawyer who seeks to get Judges recused, and trying to get the Supreme Court to punish his client.

It should NOT be overlooked that on the **same day (January 31, 2025)** that the Order was filed dismissing Angel Lopez's petition for Certification from the Supreme Court, individual(s) perceived to be FBI Agents, uploaded the loose pages of the recusal Order denied by Judge D'Elia.. **(Psa032, Psa028-Psa035; Psa036). This was a** clear attempt to achieve the same outcome on Faulknor i.e. **the dismissal of her petition. (Psa028-Psa035; Psa036).**

It must be emphasized that the NJ Rules of Court that govern the recusal of Judges, were approved by the New Jersey Supreme Court. Thus, New Jersey saw a need for those rules. Ironically, a review of Judge D'Elia's decision that led to Eldridge Hawkins becoming disturbed and requesting his recusal, will reveal that it was clearly orchestrated by individuals presumed to be the FBI, who based on information and belief, blocked Judge D'Elia from seeing the plaintiff's most critical documents on Ecourts, that led him to rule as he did, causing Eldridge Hawkins to cry foul and accuse him of bias.

Thus, the clear purpose of uploading an "Exhibit" **of an order to recuse Judge D' Elia, who sat on the Faulknor case at the trial level**, to the Supreme Court, showing that Eldridge Hawkins had asked for his recusal, was a *hostile*

*attempt* to improperly influence the Supreme Court's decision in Faulknor's case. **(Psa028-Psa035; Psa032; Psa033).**

Similarly, in 2016, a letter was sent to the trial Judge in a case that involved the undersigned, advising that Judge to please be aware that Eldridge Hawkins previously requested the recusal of another sitting judge [under a recusal rule that was approved by the Supreme Court]. (**Certification of Counsel**). Again, in approximately 2021, upon Eldridge Hawkins uploading hard copy Exhibits of case laws to eCourts, someone switched one of the cases and substituted it with State v McCabe (a leading case regarding the standard for recusal of Judges). Thus, the intent of others to sabotage his cases is crystal clear.

Consequently, the NEW DISCOVERY by the undersigned that others, presumed to be hostile FBI agents, are doing FULL UPLOADS of documents on Appellate and Supreme Court matters, warrants that the plaintiff be granted relief under Rule 4:50-1(b).

The **shocking fraudulent nature of such an act** also allows relief under **RULE 4:50-1 (c).** Simply put, **fraud vitiates everything**! Fraud as to one, Fraud as to all. **Fraud as to Ms. Faulknor is Fraud as to Angel Lopez. (Psa008, Psa014-Psa035; Psa040-Psa065).** Because these acts were preventable, had the Appellate Division granted this Whistle blower Accommodation when she requested it, Angel

Lopez's matter would NOT have been dismissed from the Appellate Division. **(Psa008, Psa026; Psa027, Psa040, Psa042, Psa047).**

**<u>POINT TWO</u>**

**<u>PLAINTIFF IS ENTITLED TO RECONSIDERATION UNDER ARTICLE 1 PARA 1 OF THE NEW JERSEY CONSTITUTION</u>**

**(Psa042; Psa051, Psa047, Psa115; Psa001-Psa006; Psa092, Psa069, Psa001-Psa008; Psa042; Psa078; Psa092; Psa001-Psa065, Psa0078-Psa121).**

"Due process compels authorities to act within defined boundaries, ensuring that the pursuit of justice does not waver into the realm of injustice. It necessitates clear procedures, transparent actions, and unbiased decisions. This process, akin to the checks and balances within a democratic system, ensures that the scales of justice remain balanced, free from undue influence or prejudice."

Principles of substantive due process are found in Article I para I of the New Jersey Constitution of 1947, as well as in the Federal Constitution, <u>Reingold v. Harper</u>, 6 N.J. 182, 190 (1951). The Supreme Court has expressed, that substantive due process is reserved for the most egregious governmental abuses against liberty or property rights, abuses that 'shock the conscience or otherwise offend ... judicial notions of fairness .... <u>Rivkin v. Dover Twp. Rent Leveling Bd</u>., 143 N.J. 352, 366 (1978).

The Substantive due process rights found in Article 1 paragraph 1 of the New Jersey Constitution, were intended to prevent government 'from abusing [its] power, or employing it as an instrument of oppression.' See DeShaney v. Winnebago County Dept. of Social Services, 489 U.S. 189, 196 (1989). Simply put, it is to prevent arbitrary and discriminatory acts of government officials.

Under Article I, Paragraph 1 of New Jersey's Constitution, as under the 14th Amendment's substantive due process analysis, determining whether right exists involves a two-step inquiry. First, the asserted fundamental liberty interest must be clearly identified. *See Washington* v. Glucksberg, 521 U.S. 702, 721 (1997). The second step is whether it is an objective firmly rooted right or entitlement rooted. Id.

Plaintiff's right as an attorney to petition the Court on behalf of her clients, is firmly rooted in Article 1 para 1 of the New Jersey Constitution. The interference with this right was an egregious interference with her substantive due process rights. Because circumstantial evidence allows the reasonable inference that the interference that is being given to documents on ecourts are acts of FBI Agents, this egregious interference with liberty and substantive rights, under color of law **'shocks the conscience or otherwise offends justice.'**

In the case of Rochin v. California, 342 U.S. 165, (1951), Justice Frankfurter equated substantive due process violations with governmental abuses that "are ... too

close to the rack and the screw to permit of constitutional differentiation." Id. Additionally, New Jersey has expressed that the right to access our Courts should not be infringed upon. Iannone v. McHale, 245 NJ. Super. 17, 28 (1990).

Blocking Ms. Portilla's ability to access eCourts is an unlawful unconstitutional infringement upon the rights to Access our Courts and ... too close to the rack and the screw to permit of constitutional differentiation.

The Appellate Division upon being told that Ms. Portilla's rights under Article 1 para 1 were being violated refused to grant Accommodation, thusly reinforcing and facilitating the denial of her substantive due process rights that impacted Angel Lopez' appeal from being heard in the Appellate Court.

On August 14, 2024, in response to the July 30, 2024, deficiency Notice in the Lopez case, Ms. Portilla made a motion asking for relief in being allowed to upload certain pages that *literally became mobilized* upon being uploaded in the Appendices. **(Psa042; Psa051).**

Ms. Portilla prepared a Certification advising as follows in part:

> [T] he Court Notifications uploaded earlier, are helpful to the plaintiff's case, but they somehow turn sideways after uploaded to eCourt causing us to remove them from the Appendices to prevent the volumes from being rejected. . .there is good cause to allow the Court notification to be uploaded outside of the Appendices in the interest of justice. . . .

**(Psa042)**

On August 29, 2024, the Appellate Division ***denied relief*** and advised the Whistle Blower as follows:

> Movant ***shall*** file a brief conforming to our Court Rules by September 16, 2024, or the Appeal ***shall*** be dismissed on the Court's motion and without further notice. **(Emphasis added)**

**(Psa047)**

Interpreted in a different way, what the Appellate Judge was saying without understanding the situation, was that Ms. Portilla *should find a way, any way possible,* to get pass the FBI Agents who have unlawfully taken custody and control of New Jersey's Courts and have placed stumbling blocks in her path to retaliate against her.

New Jersey has been told **repeatedly** that individuals [perceived to be FBI Agents] have been engaging in outrageous criminal acts on eCourts. (**Psa115; Psa001-Psa006; Psa092, Psa115**). Ms. Portilla sent letters to State Officials, Served Notices of Claims upon New Jersey, distributed Flyers, made multiple trips to the Appellate Division in Trenton, complained to Judges, Complained to Case Management, Complained to Ombudsmen, yet NOTHING was done to help her gain **equal** access to the Appellate Division and the Supreme Court. (**Psa115; Psa001-Psa006; Psa092, Psa115**).

Ms. Portilla even made sure to direct the State to her personal Complaint

against Comcast Docketed at ESX-L-007496-24 so that everyone could get a true picture and understand why her words were credible.

The United States Supreme Court has expressed that when institutional officials have "**time to make unhurried judgments, upon the chance for repeated reflection, largely uncomplicated by the pulls of competing obligations,**" **deliberate indifference** will suffice for substantive-due-process liability. County of Sacramento v. Lewis, 523 U.S. 833, 849 (1998). Thus, when "extended opportunities to do better are teamed with protracted failure even to care, **indifference is truly shocking.**" **Id.**

The duty to accommodate is perfectly consistent with the well-established due process principle that, within the limits of practicability, a State must afford to ***all individuals*** a ***meaningful opportunity*** to be heard in its courts. Boddie v. Connecticut, 401 U. S. 371, 379 (1971).

New Jersey had ample time to review the requests for accommodations, the various complaints about problems on the web site and the Notices of claims outlining the problems. **(Psa001-Psa008; Psa042; Psa078; Psa115, Psa092).** New Jersey even has an article published on its web site that is entitled in part "Access and fairness" **(Psa069). Angel Lopez has not experienced the Access and the fairness that New Jersey purports to offer.**

There is no way to **sugar coat** this. New Jersey denied **REASONABLE**



**Ra423**

**ACCOMMODATION** to a Whistle Blower to be Allowed to Paper File Documents to an identified Whistle Blower (Cecile D. Portilla, Esquire) causing Angel Lopez to be denied of a meaningful opportunity to be heard, which directly resulted in that dismissal of his appeal, ***which shocks the conscience.***

**POINT THREE**

**ANGEL LOPEZ IS ENTITLED TO RECONSIDERATION UNDER RULE 4:50-1(f) (Psa001-Psa008; Psa27, Psa040; Psa042; Psa047-Psa65; Psa069; Psa122, Psa123; Psa069, Certification of Cecile Portilla)**

Rule 4:50-(f) allows relief for **any other reason** justifying relief from the operation of the judgment or order.

**a. INTERFERING WITH DOCUMENTS ON THE STATE GOVERNMENT'S WEB SITE IS A CRIME**

Allowing relief under Rule 4:50 section (f) by vacating the denial of petition and allowing plaintiff Lopez to paper file his appeal, sends a powerful message to those who are engaging in these **crimes** against eCourts. That message will allow those committing the crimes on eCourts to know that **no one is above the law. This is a very good reason.**

**b. THE UNDERSIGNED'S WHISTLE BLOWER STATUS ALLOWS RELIEF TO ANGEL LOPEZ UNDER RULE 4:50-1(f); PEPER V PRINCETON77 N.J. 55, 79 (1978); CEPA AND THE NJLAD**

Peper v Princeton stands for the principle among others, that persons who are being subjected to discrimination due to *any class status* (not just the historical

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

suspect classifications) are also being denied equal protection under Article 1 para 1 of the New Jersey Constitution. See Id. 77 N.J. 55, 79 (1978).

The undersigned upon blowing the whistle related to patient endangerment and Medicare/billing Fraud, became a member of a Whistle Blower Class of persons. **(See Psa122, Psa123)**

NJSA 10:1-2 states as follows:

> **All persons** within the jurisdiction of this state **shall** be entitled to the full and equal accommodations, advantages, facilities and privileges of any places of public accommodation, resort or amusement, subject only to the conditions and limitations established by law and applicable alike to all persons.

Id.

The equal protection of laws means that **no individual** or group is denied the same legal protections that are enjoyed by others in similar circumstances. See Article 1 para 1 New Jersey Constitution. (All persons are by nature free and independent, and have certain natural and unalienable rights, among which are those of enjoying and defending life and liberty, of acquiring, possessing, and protecting property, and of pursuing and obtaining safety and happiness)

In Peper v. Princeton, the Supreme Court expressed that "the judicial obligation to protect the fundamental rights of individuals is as old as this country." 77 N.J. 55. The Appellate Division has also expressed that the right to access the NJ Courts is **fundamental.** See. Iannone v. McHale, 245 NJ. Super. 17, 28 (1990).

**Angel Lopez's right to access the NJ Courts through his attorney is fundamental.**

In 2024, New Jesey published on its web site that access and fairness is an integral part of its core values **(Psa069).** Upon the undersigned, requesting accommodation in being allowed to paper file her documents, New Jersey denied the accommodation and allowed hostile individuals (presumed to be FBI Agents seeking retaliation) to tamper, cause interference with, and upload documents in the undersigned's name, thusly denying the undersigned and Angel Lopez of equal accommodation, equal protection, equal access to Courts, access and fairness, causing Angel Lopez's Appellate Documents to thrown out of the Appellate Court. **(Psa001-Psa008; Psa27, Psa040; Psa042; Psa047-Psa65, Psa069).)**

Moreover, being required to certify to a lack of confidential personal identifiers in documents *prepared by hostile individuals*, places attorneys at risk and is also a violation of ethical principles. It is unjust to deny paper filing accommodation to the undersigned whistle blower who is at risk from the *most hostile of enemies* (aka-FBI as she perceives) seeking to destroy her, then ask her to sign a certification of lack of confidential personal identifiers related to documents likely uploaded by the enemy. In fact, upon the undersigned trying to use the self generated confidential identifier form in one matter, she was blocked with an alert that stated "*you are not allowed to use this form,*" which ***clearly shows*** that individuals perceived to be

FBI are controlling eCourts.

Individuals perceived to be FBI Agents, hacked H&R Block with the undersigned's tax documents, and injected a multi-million dollars cost in them. **(Certification of Cecile Portilla).** Had the enemy placed the multi million dollars cost in the undersigned documents immediately after she completed her review of her tax documents, and prior to her signing off, how would she have gone about explaining the multimillion dollars to the IRS? The FBI can similarly inject any fraudulent information or personal identifiers into her documents on eCourts to set her up. A certification is supposed to mean something.

Both the NLAD and CEPA make it illegal for any person to take reprisals against another because that person has opposed any practices that are injurious to others. Abbamont v. Piscataway Twp. Bd. of Educ., 138 N.J. 405, 431 (1994); Dzwonar v. McDevitt, 177 N.J. 451, 461 (2003); Young v. Hobart W. Grp., 385 N.J. Super. 448, 465 (App. Div. 2005); Lippman v. Ethicon, Inc., 432 N.J. Super. 378, 380 (App. Div. 2013).

CEPA, like [LAD], seek to protect the civil rights of citizens. See Kolb v. Burns, 320 N.J. Super. 467, 477 (App. Div.1999).

The above cited cases make clear that Whistle Blowers have a place in New Jersey. While Citizen Portilla could not stop those who chose to violate their oath of office, by placing a camera in her bathroom to harass and retaliate against her

and insult her, **by reminding her to wash her hands after she used her toilet,** New Jersey had a duty to take steps to protect her fundamental right to access the Courts because **that is the role of Government.**

Thus, because justice is **the** polestar as stated by N.J. Highway Authority v. Renner, 18 N.J. 485, 495 (1955), the Supreme Court should Reconsider and Vacate its dismissal of Angel Lopez's petition for certification and allow the undesigned to paper file her documents at both the Appellate Division and Supreme Court levels, and at the trial level if she chooses, in accordance with Rule 4:50-(f)

## CONCLUSION

Based on all the foregoing, Angel Lopez's motion for reconsideration and Motion to vacate the Order dismissing his Petition for Certification should be granted. The undersigned's motion to file as within time and to file an overlength brief should also be granted, as the matter is one of great public importance to the people of New Jersey. It is also a matter of significant Constitutional magnitude.

/s/ Cecile D. Portilla
CECILE D. PORTILLA, ESQUIRE

Dated: February 11, 2025

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

CECILE D. PORTILLA, Attorney at Law LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072 Fax (862) 520 3433
Attorney Id :021212005- Email: Portillalaw@gmail.com

**SUPREME COURT OF NEW JERSEY: 089878**

| | |
|---|---|
| Angel Lopez<br><br>Plaintiff<br><br>v<br><br>The Palisades LLC, Mr. Handyman, Inc, RSP Enterprises NJ, LLC., and ABC Corporation 1-10 (Fictitious Corporations)<br><br>Defendants | **Superior Court of New Jersey**<br>**Appellate Division-A-001267-23**<br><br>On Petition for Certification of the Final Judgment of the Appellate Division Issued on **September 17, 2024**<br><br>Sat Below: Hon Peter G. Geiger, JSC<br>Superior Court of New Jersey<br>Law Division: Bergen County<br>Docket NO: BER-L-5926-20 |
| Angel Lopez, Kazue Koizumi<br>Plaintiff<br><br>v<br><br>Edward Pec, The Palisades LLC, Mr. Handyman, INC., RSP Enterprises NJ, L.L.C., and ABC Corporation 1-10 (Fictitious Corporation(s).<br>Defendants | **Superior Court of New Jersey**<br>**Appellate Division-A-001267-23**<br><br>On Petition for Certification of the Final Judgment of the Appellate Division Issued on **September 17, 2024**<br><br>Sat Below: Hon Peter G. Geiger, JSC<br>Superior Court of New Jersey<br>Law Division: Bergen County<br>Docket NO: BER-L-3575-22<br><br>**Submitted: February 13, 2025** |

**APPENDIX IN SUPPORT OF MOTION TO RECONSIDER ORDER DISMISSING THE PETITION FOR CERTIFICATION FILED ON 1/31/2025**

**VOLUME I of I (Psa001-Psa0126)**

---

# APPENDIX INDEX


| | |
|---|---|
| Notice of Claim against eCourts dated 9/11/2023 | **Psa001** |
| Addendum to Notice of Claim dated September 20, 2023 | **Psa002** |
| Notice of Claim against the State of New Jersey dated 8/18/2023 | **Psa003** |
| Flyer to the NJ Bar requesting the Dismantlement of ECourts dated March 15, 2023 | **Psa004** |
| Letter to Appellate Case Manager on Docket No. A-003715 20 T4 advising that documents were rotated sideways and were not so when we scanned them dated March 3, 2022 | **Psa006** |
| Supplemental Certification in support of Faulknor's Motion **requesting relief** to paper file Due to her documents that were Rotating 90 degrees to 180 degrees on ecourts and freezing of web site on (Faulknor v County of Hudson et al) docket No. A-692-T filed September 30, 2022 | **Psa008** |
| Case Jacket of Faulknor v County of Hudson et al) Showing the relief that we requested Appellate Matter No. A-692-T | **Psa014** |
| Cover of Brief in support of Motion requesting paper filing on the Faulknor Matter dated September 30, 2022 | **Psa026** |

Order on motion in appellate Division **denying request for paper FILING on Faulknor** filing No. A-692-T Dated October 11, 2022 **Psa027**

Supreme Court Case Jacket Faulknor v County of Hudson With fraudulent upload 1/31/2025 NOT done by Counsel on Docket No: 090218. Showing upload with multiple Documents all identified as "**Appellate Division brief**" **Psa028**

**Strange Exhibits** accompanying the 1/31/2025 Upload of Appellate Division Documents that were NOT Uploaded by Plaintiff's attorney **Psa029**

*Exhibit*-Order Denying **Recusal of Judge D'Elia** Dated and filed stamp in the Appellate Division dated **November 11, 2021** (The dates stamps on the **documents identified a "Appellate Division Briefs" October 29, 2022** **Psa032**

*Exhibit*-Order **Denying reconsideration** by Judge D'Elia Dated and filed stamped in the Appellate Division dated **November 11, 2021** (The dates stamps on the **documents identified a " Appellate Division Briefs" October 29, 2022** **Psa033**

Print screen on case jacket of Faulknor v County of Hudson No: 090218 showing the three odd Exhibits that Were uploaded with the multiple "**Appellate Division Briefs**" **Psa035**

Order dismissing the Petition of Angel Lopez From the Supreme Court, filed January 31, 2025 **Psa036**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**


Supreme Court case Jacket of Angel Lopez
**N0: 089878** **Psa037**

Order from App. Div dismissing Angel Lopez's matter from the Appellate Division dated 1/28/25 filed 1/31/25 **Psa040**

Certification of Cecile D. Portilla, Esquire **seeking relief** On behalf of Angel Lopez in being able to file pages The pages separately since they were **repeatedly rotating sideways** once filed on ecourts filed August 15, 2024 **Pa042**

Order dated August 4, 2024 **denying relief** and advising that movant **shall file a brief Conforming** to the Court rules by September 16, 2024 pr the appeal shall be dismissed on the court's motion and without further notice **Psa047**

Deficiency Notice dated June 25, 2024, advising among others that documents are **scanned upside down** and have **active hyperlinks.** **Psa048**

Deficiency Notification dated July 30, 2024 advising among others that numerous documents were scanned upside down and that documents removed from the Appendix because ***they rotate sideways must be included in the Appendix.*** **Psa051**

Deficiency Notification dated September 4, 2024, advising among others that Multiple pages were ***scanned*** upside down and had ***active hyperlinks*** **Psa054**

Deficiency Notification dated May 15, 2024, advising among others that documents had ***active hyperlinks.*** **Psa057**

*Appellate Division Case Jacket of Angel Lopez A-1267-23* **Psa061**

*Copy of Service Order receipt from geek squad wherein the Geek Squad Agent like Ms. Portilla also could **not see any Hyperlinks** in documents that were becoming activate only upon being submitted upon the Appellate Court sites.* **Psa066**

Copy of page cover of an Appendix that shows that Ms. Portilla's email address on the cover of an Appendix did not activate as a hyper link after it was put through the Adobe hyperlink deactivation App. **Psa067**

Cover of the Same Appendix that developed the little hand showing Ms. Portilla's email address became a hyper link after being uploaded to the Appellate Court **Psa068**

*Supreme Court Advisory Committee on Access and Fairness* ***Psa069***

Notice of Claim against the NJ Judiciary, the NJ Legislature and the Executive Branch related to multiple invalid strange strange unjustified ***failures to prosecute notifications*** (perceived to be Unlawful acts of the FBI) that were being issued against clients of Eldridge Hawkins, Esquire and Cecile D. Portilla, Esquire, that New Jersey failed to remedy and the Court's refusal to return the filing fees that Plaintiffs' had to pay repeatedly to have defendants reinstated. Dated December 20, 2024. **Psa078**

Copy of a sample case jacket (UNN-L-2902-23) showing a sample of the ***multiple unjustified failures to prosecute notifications*** being sent out by individuals perceived to be the FBI-Agents wherein the Court was **keeping the monies** related to the filing fees to reinstate the unlawful dismissals. **Psa082**

Court Order dated July 19, 2024, showing Judge refusing to reimburse filing fees after attorney was forced to file one of several motions to reinstate defendants being dismissed (based on acts of likely FBI Agents sending out false failures to prosecute to harass Ms. Portilla) **Psa085**

Order dismissing our client's Answer on docket number ESX-L-1066-24 whereby the Judge indicated that the motion was unopposed showing the Court's ACMS system was being given interference (presumed to be by the FBI) and that the Judge likely did not see our documents as reported by Ms. Portilla filed January 31, 2025 **Psa087**

Copy of ACMS on document number ESX-L-1066-24 showing that entries into the ACMS were being done in a disparate fashion (perceived to be the Act of the FBI) **Psa089**



Cecile D Portilla

Ms. Portilla's Letter dated August 17, 2023 requesting Investigation of Criminal Activity on Ecourts to Union County Judges **Psa092**

Copy of email showing eCourts alert that the Case management system was not available to accept the plaintiff's brief and some exhibits on 8/16/23 at 11:43 PM on Docket Number UNN-L-45-21 after which the system disappeared and the brief could not be seen until the next day **Psa095**

Copy of Email print out showing the Case management on the same Docket No. above UNN-L-45-21 that was NOT available at 11:43 PM was suddenly available at 11:52 PM to accept the rest of the exhibits on Docket Number UNN-L-45-21 making them immediately visible while the ***brief* and the motion papers** still could not be seen and causing them to be *filed first in time* ***before the brief*** **and the motion papers.** **Psa097**

Copy of Case Jacket of UNN-L-45-21 **Psa100**

Ms. Portilla's Complaint letter to the Office of Attorney Ethics dated October 19, 2023 regarding crimes in Ecourts and attorney harassment [by individuals perceived to be FBI Agents retaliating against her] **Psa115**

Case Jacket for ESX-L-6774-14 (Portilla v Maxim) The case was closed <u>on 3/17/2018</u> that was accessed four years later on March 18, 2022 which showed **DELETED** Order Reconsideration at the fourth entry dated 12/15/2017 and had no attachment **Psa118**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**


Same Case Jacket for ESX-L06774-14 (Portilla v Maxim)
The Case was closed on 3/17/2018 that was accessed four years later again on April 23, 2022. On April 23, 2022. the fourth entry on page two now showed an **attachment beside** the words "Order Reconsider" Denied dated 12/15/2017. **Psa120**

Fax to OIG Hotline dated 12/22/2013, from Cecile D. Portilla expressing concerns about a Federal Special Agent and concerns about improper billing by Maxim Health Care Services (her former Employer) **Psa122**

Letter to Counsel for OIG expressing concerns about billing and Patient Neglect at Maxim health Care Services and a Concern about a Federal Special Agent. Date 12/10/2023 **Psa123**

Letter to New Jersey Attorney General from Attorney Eldridge Hawkins regarding Violation Against Cecile D. Portilla's Privacy by Others dated August 29, 2024 **Psa125**

Notice of Petition for Certification filed 9/19/2024 **Psa126**

DocuSign Envelope ID: AC46451B-7A3B-438C-B51E-21EB53CB9647
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

RE: ADDENDUM TO NOTICE OF CLAIM

20230908153628

Plaintiff

vs

N/A

Defendant

__________ Court Of __________

________________ Venue

Docket Number: N/A

**Person to be served** (Name and Address):
ECOURTS
20 WEST STATE STREET
TRENTON NJ 08608
**By serving:** RISK MANAGEMENT, ATTN: ATTORNEY GENERAL

**Attorney:** CECILE D. PORTILLA, ESQ.

**Papers Served:** ADDENDUM TO NOTICE OF CLAIM, EXHIBITS,

**Service Data:** [X] Served Successfully [ ] Not Served

Date/Time: 9/11/2023 1:49 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ ____.___

Name of Person Served and relationship/title:

THOMASENE CHOJNOWSKI

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: F AGE: 36-50 HEIGHT: 5'4"-5'8" WEIGHT: 161-200 LBS. SKIN: WHITE HAIR: BROWN OTHER: ______

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on: Date/Time: ______
Date/Time: ______
Date/Time: ______

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

______ day of ______, 20 ____

Notary Signature: __________

________ Name of Notary    ________ Commission Expiration

**Docusign Court Approved E-Signature**

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:
JANE NUNN
3EF390A732C0441...

Signature of Process Server    09/11/2023 Date

Name of Private Server: JANE NUNN Address: 2009 Morris Avenue UNION, NJ 07083 Phone: (800) 672-1952

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072 Fax (862) 520 3433
Attorney Id :021212005
Portillalaw@comcast.net

September 20, 2023

**ADDENDUM TO NOTICE OF CLAIM AGAINST ECOURTS AND THE STATE OF NEW JERSEY**

COVERED PERIOD:
ONGOING

Dear State of New New Jersey and ECourts:

Plaintiff further adds to her Notice of claim that was previously filed, that on many occasions she is required to authenticate her ability to access eCourts by waiting for a code number to be sent to her phone.

Unlike other systems that require authentication, a full phone number"551 347-0690" sends a pass code to plaintiff's cell phone. The phone number is identified as originating out of Jersey City, sometimes Union City and at other times Englewood.

On many occasions after entering the pass code provided by 551 347-0690, plaintiff is still given an "system error exception" and blocked from entering eCourts.

Upon calling the 551 number, plaintiff received a voice mail that states that "this number only sends text messages." Interestingly, callers to this 551 number are given the option to "OPT out" of receiving this text messages from this phone number.

Did Ecourts negligently allow itself to be hyperjacked by these criminals?

The citizens of New Jersey are entitled to a crime free web based eCourt filing system.

Plaintiff is being denied due process by being subjected to this type of harassment caused by the States failure to secure eCourts.

/s/ Cecile D. Portilla
CECILE D. PORTILLA, ESQUIRE

DocuSign Envelope ID: C3AF5CF0-90B9-420B-85D8-A5429897595A
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

N/A

Plaintiff

vs

N/A

Defendant

20230817153618

__________ Court Of __________

________________ Venue

Docket Number: N/A

**Person to be served** (Name and Address):
STATE OF NEW JERSEY, ATTN: NEW JERSEY ATTORNEY GENERAL
20 WEST STATE STREET
TRENTON NJ 08608
**By serving:** RISK MANAGEMENT

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ ____.___

**Attorney:** CECILE D. PORTILLA, ESQ.

**Papers Served:** NOTICE OF CLAIM

**Service Data:** [X] Served Successfully [ ] Not Served

Date/Time: 8/18/2023 1:23 PM __________

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

JACKSON PHILLIPS

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: M AGE: 36-50 HEIGHT: 5'9"-6'0" WEIGHT: 161-200 LBS. SKIN: WHITE HAIR: BROWN OTHER: ________

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on: Date/Time: ________
Date/Time: ________
Date/Time: ________

Other:

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this

________ day of ________, 20 ____

Notary Signature: ________________

________ Name of Notary    ________ Commission Expiration

**Docusign Court Approved E-Signature**

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:
JANE NUNN
B74C6E3D266142E...

Signature of Process Server    08/18/2023
Date

Name of Private Server: JANE NUNN Address: 2009 Morris Avenue UNION, NJ 07083 Phone: (800) 672-1952

NEW JERSEY'S WEB BASED ECOURTS FILING SYSTEM **"ECOURTS"** IS BEING CONTROLLED BY HACKERS. THE CYBER CRIMINALS ARE ACTIVELY HACKING ECOURTS AND ARE ABLE TO DETERMINE THE OUTCOME OF LITIGATION

OUTRAGED CITIZENS OF NEW JERSEY

MARCH 15, 2023

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

MARCH 15, 2023- LEGAL NOTICE TO THE BAR

TO: COURT ADMINISTRATOR

## DEMAND FOR THE DISMANTLEMENT OF NEW JERSEY'S WEB BASED ELECTRONIC FILING SYSTEM OTHERWISE KNOWN AS "ECOURTS" DUE TO NEW JERSEY'S NEGLEGENCE IN ALLOWING HACKERS TO HAVE TAKEN OVER CONTROL OF ECOURTS

WE THE PEOPLE OF NEW JERSEY, WHO FEEL UNREPRESENTED BY GOVERNMENT, BECAUSE IT HAS DENIED ITS PEOPE OF A COURT SYSTEM WHERE CITIZENS MAY SEEK MEANUNGFUL REDRESS, ARE DEMANDING THAT ECOURTS BE DISMANTLED IN ITS ENTIRETY AND THAT NEW JERSEY RETURNS TO A NORMAL PAPER FILING PROCEDURE.

WE ARE ORGANIZING AND WILL BE ENGAGING IN PEACEFUL PROTESTS THROUGHOUT THE STATE OF NEW JERSEY

1. NEW JERSEY IS AWARE THAT ECOURTS IS BEING HACKED BECAUSE INFORMARION WAS PROVIDED TO GOVERNMENT AGENTS.

NEW JERSEY IS ALLOWING:

- DOCUMENTS FILED ON ECOURTS TO BE TAMPERED AND CHANGED, DOCUMENTS SWITCHED, FALSE EVIDENCE ADVERSE TO PARTIES INJECTED, INACCURATE LAWS, STATUTES, AND CONSTITUTIONAL PROVISIONS INSERTED, EVIDENCE REMOVED, PAGES OF BRIEFS YANKED OUT, FALSE FACTS INSERTED, PARAGRAPHS OF BRIEFS ALTERED, ERASED OR FADED OUT, POINT HEADINGS OF BRIEFS REMOVED, INACCURATE INFORMATION INSERTED, DATES AND PAGES NUMBERS CHANGED TO SABOTAGE LITIGANTS
- ORDERS SIGNED BY JUDGES REMOVED AND SUBSTITUTED.
- ADVERSARIES UNABLE TO SEE DOCUMENTS THAT ARE FILED. CAUSING DEFAULTS AGAINST LITIGANTS WHO DO NOT RESPOND
- CYBER CRIMINALS TO DETERMINE THE OUTCOME OF LITIGATION.

FILED, Clerk of the Appellate Division, March 14, 2022, A-003715-20, AMENDED
FILED, Clerk of the Supreme Court, 30 May 2025, 089878

ELDRIDGE HAWKINS, LLC
ATTORNEY AY LAW
60 Evergreen Place, Suite 510
East Orange, NJ 07018
Phone: (973) 676 Fax: (973) 676 7356
Attorney ID: 214731967
hwklaw@aol.com

March 13, 2022

Ms. Stacy Whitehead, Case Manager
Appellate Division
Superior Court of New Jersey
Hughes Justice Complex
25 West Market Street
P.O. Box 971
Trenton, New Jersey 08625

RE: Anthony Sutton v. Newark Beth Israel Et. Al
DOCKET NO: A-003715-20T4

Dear Ms. Whitehead:

Please be advised that we were forced to break down our appendices into 11 small volumes, because the system would not accept them as originally prepared. The volumes that are being rejected are the same volumes that were previously submitted to the Appellate Division, that were previously accepted without problems, from which we have removed multiple duplicate pages. The system is alerting us that the volume sizes are now too large despite our removal of numerous pages. It is unclear why removal of pages (as opposed to adding pages) would cause dramatic increase in megabytes.

Please also be advised, that volume five as per the computer, has pages that are rotated ninety degrees. These pages self-rotate back to the 90 degree positions each time we try to rotate them back to their proper positions.

We have no control over how the pages in volume five or other volumes will show up. The volumes were originally scanned into the computer by Mr. Hawkins. I observed Attorney Hawkins when he scanned the volumes. The pages were not turned sideways nor were they upside down when he scanned them. Our scanner is a relatively new leased equipment, that

is professionally maintained by the company that leased the equipment to us.

We have done everything in our power to do what was required of us.

Please accept the documents as submitted.

Thank you.

Very truly yours,

/s/ Cecile D. Portilla
Cecile D. Portilla, Esq.

FILED, Clerk of the Appellate Division, September 30, 2022
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO: A-000692-21T2

| | |
|---|---|
| DR. MAVIS FAULKNOR<br><br>PLAINTIFF-APPELLANT<br><br>vs.<br><br>COUNTY OF HUDSON MEADOWVIEW PSYCHIATRIC HOSPITAL, JOANNE D. REILLY DR. EDWARD CARUSO, PAT SHIELS HEAD DOE, JOHN DOE and HARRY (identities unknown)<br><br>DEFENDANTS-RESPONDENTS | <u>CIVIL ACTION</u><br><br>Sat Below<br><br>Honorable Anthony V. D'elia<br>Dkt. No:. Below : HUD-L-3792-18<br>Consolidated with: HUD-L-4336-17<br><br>**Supplemental Certification** of Cecile D. Portilla in support of Motion to File as within Time and to allow option of Paper filing of Documents |

I, Cecile D. Portilla hereby certify as follows:

1. I am an attorney at law of the State of New Jersey.
2. I am familiar with the facts of this case and able to make this certification.
3. I assisted the attorney of record, in preparing the brief and appendices on this matter.

4. A communication was sent to the Case manager advising her that we had difficulty uploading documents on September 8, 2022 due to freezing of the system. (Pa002).
5. On September 9, 2022, the case manager advised us via communication to make a motion to file our brief and appendices as within time. (Pa003).
6. This certification supplements the very short certification that was previously submitted advising the Appellate Court that a malfunction had occurred. (Pa004).
7. The malfunction that occurred on 9/8/2022, was in the form of freezing of the efiling system, whereby we could not get the system to respond, and it would not allow us to enter any items. (Pa002).
8. The system somehow became responsive right after midnight at approximately 12:02 AM which actually took us into September 9, 2022.
9. Our brief and appendices were due on September 8, 2022. (Pa001).
10. We usually efile documents during evening hours because it is more convenient for us.
11. On September 9, 2022, Plaintiff's attorney filed Plaintiff's brief and Appendices along with the motion to file as within time.

12. On September 10, 2022, Plaintiff filed another brief on ecourts after noticing that the brief that was uploaded did not appear to be the last version of the brief that her attorney had prepared. (Pa010).
13. On September 12, 2022, Plaintiff sent another communication to the Appellate Court upon noticing that the Appendix index did not correspond to the brief and appendices that were submitted. (Pa002).
14. Plaintiff had significant problems with the index that supported our documents that had required extensive briefing as even acknowledged by the defendants. (See Pa017).
15. Plaintiff had removed numerous duplicate items that had been submitted to the trial court repeatedly by the parties.
16. The last major problem was that certain particular documents, were noted on ecourts to be rotated to 90 to 180 degrees. We rotated all documents to their proper positions prior upon becoming aware that prior submissions on ecourts were noted in this condition.
17. Documents that had rotated on previous submissions were identified as being "incorrectly scanned" by the case manager. (Pa020). These documents were in fact properly scanned.

FILED, Clerk of the Appellate Division, September 30, 2022
FILED, Clerk of the Supreme Court, 30 May 2025, 089878

18. On July 1, 2022, Plaintiff's attorney was sent a deficiency notice that his submissions were deficient in part because documents were noted sideways in the appendix. (Pa020).
19. The deficiency notice instructed Plaintiff's attorney to properly scan documents. The notice identified several documents that were rotated side-ways in the appendix. (Pa020).
20. Said attorney properly scanned all documents and had no control over documents that rotated sideways in the appendix.
21. Plaintiff's attorney made a note of all documents that had rotated to 90 or 180 degree angles after prior submissions, and placed them back in their proper vertical positions prior to refiling these documents on ecourts.
22. Specifically Pa01791 and Pa01795 of our previous appendices were noted to be rotated to 180 degrees upon viewing them on ecourts. (Pa024; Pa025).
23. On June 17, 2022 all documents were noted in their proper vertical positions prior to submitting the appendices to ecourts.
24. The same documents were noted to be rotated after multiple filings, thus to prevent the same deficiency, over which Plaintiff's attorney had no control, Plaintiff's attorney removed the documents that had previously rotated.

25. Plaintiff's attorney decided to add foot notes identifying the pages that were intentionally removed, to allow the defendants to insert these documents in their own appendices if they needed them.

26. The documents that we removed due to rotation problems, were not necessary for our brief nor did they prevent the Appellate Court from properly reviewing the case.

27. The documents that were previously corrected regarding the rotation of documents and resubmitted to ecourts had been noted with the same rotation problems after resubmission to ecourts.

28. We believe that these problems are occurring after they exit our computers and are in transit to ecourts.

29. Based on this, **our request to exercise the option as deemed necessary, to submit documents on paper, as opposed to electronic filing** is based on good cause.

30. Paper filing will allow the Appellate Division to have immediate hard copies of documents that correspond to the same hard copies in our possession.

31. There is also good cause to allow our brief and appendices to be filed as within time, as we had no control over the freezing of the electronic filing system when we tried to use it on 9/8/2022.

I certify that the above statements made above by me are true. I am aware that if they are willfully false that I am subject to punishment.

/s/ Cecile D. Portilla

Dated: September 20, 2022
CECILE PORTILLA, ESQ

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

File **NEW** Case | My Case List | Logout | Help |

You are currently logged in as **CECILE DELROSE PORTILLA** (021212005)

Home
**My Profile**
Update Email
**Search**
Case Search (For Substitutions & New Movants)
My Case List
**Quick Reference**
Appellate Division Rules
Emergent Application Information
Notices to the Bar
**Customer Support**
**eCourts Appellate**
Help Line:
609-815-2950 x 52590
Email:
AppellateT7.mailbox@njcourts.gov
**Pre-trial Detention Appeals (PDA)**
Help Line:
609-815-2950 x 52580
Email:
AppellatePDA.mailbox@njcourts.gov

**Docket Information for A-000692-21 Case Team: TEAM 02 File Manager: PAMELA MARSH(609-815-2950 x 52670)**

| DATE SUBMITTED | FILING PARTY | SUBMISSION TYPE | DOCUMENTS/ACTIONS | TRANSACTION ID | DATE REVIEWED |
|---|---|---|---|---|---|
| 1/23/2025 3:34:32 PM | Court | Deficient Substitution of Attorney/Notice of Appearance. | | E1676776-01232025 | 1/23/2025 3:34:32 PM |
| 1/23/2025 3:04:59 PM | EDWARD CARUSO - COUNTY OF HUDSON ALBERICO GIANLUCA DE PIERRO (RESPONDENT) | Substitution of Attorney/Notice of Appearance. | PROOF OF SERVICE, SUBSTITUTION OF ATTORNEY/NOTICE OF APPEARANCE | E1676776-01232025 | 1/23/2025 3:34:29 PM |
| 12/16/2024 9:12:44 AM | Court | Court Issued Document Sync Back | REGULAR OPINION (OPN-AFFIRMED) | N/A | 9/20/2024 12:55:28 PM |
| 10/29/2024 9:15:33 AM | Court | eCourts Appellate Communication | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA: Good morning. The appeal was scheduled for 09/24/24. An Opinion has not been issued yet and it could take some time before it is. I am unable to provide an estimate as to when the Opinion will be issued. Thank you. | N/A | 10/29/2024 9:15:33 AM |
| 10/28/2024 6:23:23 PM | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | eCourts Appellate Communication | Hello Case Manager:<br><br>Attorney Eldridge Hawkins would like you to respond via this Court site and provide all parties with the same notice as to the status of this case that has been pending in the Appellate Division for such a very long time.<br><br>Thank you. | N/A | 10/28/2024 6:23:23 PM |
| 10/27/2024 9:17:28 PM | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | eCourts Appellate Communication | Dear Case Manager:<br><br>When will this matter be heard by the Appellate Court?<br><br>Cecile D. Portilla, Esquire | N/A | 10/27/2024 9:17:28 PM |
| 8/2/2023 3:41:26 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Substitution of Attorney/Notice of Appearance. | PROOF OF SERVICE, SUBSTITUTION OF ATTORNEY | E1576624-08022023 | 8/2/2023 4:07:11 PM |
| 8/2/2023 9:28:27 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: The sub of attorney letter has been marked deficient. The spelling of Arlene Deano last name on the substitution of attorney letter doesn't match the Trial Court Order. Please correct the case caption on the substitution of attorney letter and resubmit as amended. Juanita Ward ext. 52590 | N/A | 8/2/2023 9:28:27 AM |
| 8/2/2023 9:24:44 AM | Court | Deficient Substitution of Attorney/Notice of Appearance. | | E1576445-08012023 | 8/2/2023 9:24:44 AM |
| 8/1/2023 6:56:02 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Substitution of Attorney/Notice of Appearance. | PROOF OF SERVICE, SUBSTITUTION OF ATTORNEY | E1576445-08012023 | 8/2/2023 9:24:44 AM |
| 6/26/2023 8:00:07 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS : your documents uploaded on 6/23/23 are rejected. They do not belong in this case and as instructed in A-2333-22 you should have contacted the HELP DESK. 609-815-2950 ext 52590. You cannot at your discretion upload documents that do not belong in other unrelated matters. | N/A | 6/26/2023 8:00:07 AM |
| 6/25/2023 2:34:50 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | eCourts Appellate Communication | Ms. Marsh:<br><br>The Brief, Appendices and Motion documents file here on 6/23/2023, belongs to another case, because the edit button was missing from that other case preventing us from adding the documents there.<br><br>We felt that we had no option but to file | N/A | 6/25/2023 2:34:50 PM |

| | | | | | |
|---|---|---|---|---|---|
| | | | the other Appellant's documents her, so that she would not miss the filing dead line. We will be reaching out to the Case Manager for that other case to advise same of what we were forced to do.<br><br>Thank you.<br><br>Eldridge Hawkins, Esquire | | |
| 6/23/2023 11:43:15 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), APPELLANTS APPENDIX (Vol. 10), APPELLANTS APPENDIX (Vol. 11), APPELLANTS APPENDIX (Vol. 13), APPELLANTS APPENDIX (Vol. 12), APPELLANTS APPENDIX (Vol. 14), APPELLANTS APPENDIX (Vol. 15), MOTION, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1569833-06232023 | 6/26/2023 8:51:34 AM |
| 5/25/2023 12:01:29 PM | Court | eCourts Appellate Communication | Title of document updated for ease of court. | N/A | 5/25/2023 12:01:29 PM |
| 5/25/2023 12:01:26 PM | MAVIS FAULKNOR (APPELLANT) | Clerk Office Changes | | E1564889-05252023 | 5/25/2023 12:01:26 PM |
| 5/10/2023 11:24:36 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Your REPLY brief has been approved and filed. Please submit 3 copies of the FILED STAMPED brief, WITH BUFF COVERS, (if a formal brief), to the case manager within 7 days. All documents submitted should be securely fastened, either bound along the left margin or stapled in the upper left hand corner. Clips, rubber bands, binders and glassine/plastic covers are not permissible. R.2:6-10. Please submit E-FILED STAMPED copies to the Appellate Clerks Office, P.O. Box 006, Trenton, NJ 08625 to the attention of the case manager. If you have any questions, please contact the case manager, Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | N/A | 5/10/2023 11:24:36 AM |
| 5/10/2023 11:22:20 AM | Court | Court Issued Document Sync Back | ORDER (RESERVED) | N/A | 5/10/2023 11:22:02 AM |
| 4/21/2023 4:38:35 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | REPLY BRIEF, MOTION FOR (RESERVED), PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1558684-04212023 | 4/28/2023 12:23:55 PM |
| 4/21/2023 12:36:34 PM | Court | eCourts Appellate Communication | Document type amended for ease of court | N/A | 4/21/2023 12:36:34 PM |
| 4/21/2023 12:36:30 PM | MAVIS FAULKNOR (APPELLANT) | Clerk Office Changes | | E1558532-04212023 | 4/21/2023 12:36:30 PM |
| 4/6/2023 11:35:35 PM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 4/6/2023 2:01:47 PM |
| 4/5/2023 10:12:49 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | REPLY BRIEF, PROOF OF SERVICE, LETTER OF COMMUNICATION, MISCELLANEOUS SUBMISSIONS | E1555668-04052023 | 4/6/2023 2:29:50 PM |
| 3/21/2023 12:48:14 PM | Court | Briefing Due Dates: | BRIEF-REPLY BRIEF: Due Date 04/05/23 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS ) | N/A | 3/21/2023 12:48:14 PM |
| 3/21/2023 12:33:50 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, LETTER REQUEST FOR EXTENSION OF TIME TO FILE BRIEF | E1552752-03212023 | 3/21/2023 12:47:09 PM |
| 3/8/2023 3:04:35 PM | Court | Briefing Due Dates: | BRIEF-REPLY BRIEF: Due Date 03/22/23 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS ) | N/A | 3/8/2023 3:04:35 PM |
| 3/8/2023 3:04:17 PM | Court | eCourts Appellate Communication | LAMB KRETZER LLC - ROBERT D KRETZER: Your brief/appendix has been approved and filed. Please submit 3 copies of the FILED STAMPED brief/appendix, WITH BLUE COVERS, (if a formal brief), to the case manager within 7 days. All documents submitted should be securely fastened, either bound along the left margin or stapled in the upper left hand corner. Clips, rubber bands, binders and glassine/plastic covers are not permissible. R.2:6-10. Please submit | N/A | 3/8/2023 3:04:17 PM |

| | | | | | |
|---|---|---|---|---|---|
| | | | E-FILED STAMPED copies to the Appellate Clerks Office, P.O. Box 006, Trenton, NJ 08625 to the attention of the case manager. If you have any questions, please contact the case manager, Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | | |
| 3/8/2023 3:02:17 PM | Court | eCourts Appellate Communication | CHASAN LAMPARELLO MALLON & CAPPUZZO, PC - CINDY N VOGELMAN: Your brief/appendix has been approved and filed. Please submit 3 copies of the FILED STAMPED brief/appendix, WITH BLUE COVERS, (if a formal brief), to the case manager within 7 days. All documents submitted should be securely fastened, either bound along the left margin or stapled in the upper left hand corner. Clips, rubber bands, binders and glassine/plastic covers are not permissible. R.2:6-10. Please submit E-FILED STAMPED copies to the Appellate Clerks Office, P.O. Box 006, Trenton, NJ 08625 to the attention of the case manager. If you have any questions, please contact the case manager, Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | N/A | 3/8/2023 3:02:17 PM |
| 3/8/2023 11:05:33 AM | EDWARD CARUSO - LAMB KRETZER LLC ROBERT D KRETZER (RESPONDENT) | Add document. | RESPONDENTS BRIEF AND APPENDIX, RESPONDENTS APPENDIX, RESPONDENTS APPENDIX, PROOF OF SERVICE | E1550566-03082023 | 3/8/2023 2:56:34 PM |
| 3/8/2023 9:06:54 AM | EDWARD CARUSO - LAMB KRETZER LLC ROBERT D KRETZER (RESPONDENT) | Add document. | RESPONDENTS BRIEF AND APPENDIX, PROOF OF SERVICE | E1550510-03082023 | 3/8/2023 2:45:56 PM |
| 3/3/2023 3:55:11 PM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN (RESPONDENT) | Add document. | RESPONDENTS BRIEF AND APPENDIX, PROOF OF SERVICE | E1549860-03032023 | 3/8/2023 2:31:07 PM |
| 2/28/2023 11:24:14 AM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 2/21/2023 8:00:53 AM |
| 2/28/2023 11:24:14 AM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 2/21/2023 9:29:12 AM |
| 2/13/2023 8:34:28 PM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN (RESPONDENT) | Add document. | RESPONDENTS BRIEF AND APPENDIX, PROOF OF SERVICE | E1546557-02132023 | 2/21/2023 7:35:06 AM |
| 2/13/2023 7:05:04 PM | EDWARD CARUSO - LAMB KRETZER LLC ROBERT D KRETZER (RESPONDENT) | Add document. | RESPONDENTS BRIEF, PROOF OF SERVICE | E1546552-02132023 | 2/21/2023 1:38:27 PM |
| 2/13/2023 3:16:32 PM | EDWARD CARUSO - LAMB KRETZER LLC ROBERT D KRETZER (RESPONDENT) | Add document. | RESPONDENTS APPENDIX (Vol. 1), PROOF OF SERVICE | E1546473-02132023 | 2/21/2023 9:28:09 AM |
| 2/13/2023 2:32:32 PM | EDWARD CARUSO - LAMB KRETZER LLC AMANDA M ROCHOW (RESPONDENT) | Substitution of Attorney/Notice of Appearance. | | E1546448-02132023 | 2/13/2023 2:32:32 PM |
| 1/4/2023 11:10:06 AM | Court | Briefing Due Dates: | BRIEF-RESPONDENTS BRIEF: Due Date 01/13/23 (HUDSON COUNTY COUNSEL - MICHAEL L DERMODY ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 02/13/23 (LAMB KRETZER LLC - AMANDA M ROCHOW ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 02/13/23 (CHASAN LAMPARELLO MALLON & CAPPUZZO, PC - CINDY N VOGELMAN ) BRIEF-REPLY BRIEF: Due Date 02/27/23 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS ) | N/A | 1/4/2023 11:10:06 AM |
| 1/4/2023 10:33:11 AM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC PRISCILLA E SAVAGE (RESPONDENT) | Add document. | PROOF OF SERVICE, LETTER REQUEST FOR EXTENSION OF TIME TO FILE BRIEF | E1538946-01042023 | 1/4/2023 11:04:00 AM |
| 1/4/2023 8:22:28 AM | EDWARD CARUSO - LAMB KRETZER LLC AMANDA M ROCHOW (RESPONDENT) | Add document. | PROOF OF SERVICE, LETTER REQUEST FOR EXTENSION OF TIME TO FILE BRIEF | E1538773-01042023 | 1/4/2023 11:04:52 AM |
| 1/3/2023 2:23:49 PM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & | Add document. | PROOF OF SERVICE, LETTER REQUEST FOR EXTENSION OF TIME TO FILE BRIEF | E1538693-01032023 | 1/3/2023 4:04:26 PM |

| | | | | | |
|---|---|---|---|---|---|
| | CAPPUZZO, PC PRISCILLA E SAVAGE (RESPONDENT) | | | | |
| 12/21/2022 7:59:21 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, LETTER OF COMMUNICATION, LETTER OF COMMUNICATION | E1537143-12212022 | 12/22/2022 2:06:08 AM |
| 12/20/2022 2:12:02 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | eCourts Appellate Communication | There is an automated message that a transfer cannot be made to your extension. Is your extension broken?<br><br>It is 2:11 PM on 12/20/2022. Please call us at 973 676 5051. We are trying to reach you. | N/A | 12/20/2022 2:12:02 PM |
| 12/14/2022 8:19:49 AM | Court | Briefing Due Dates: | BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 01/13/23 (LAMB KRETZER LLC - AMANDA M ROCHOW )<br>BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 01/13/23 (CHASAN LAMPARELLO MALLON & CAPPUZZO, PC - CINDY N VOGELMAN )<br>BRIEF-RESPONDENTS BRIEF: Due Date 01/13/23 (HUDSON COUNTY COUNSEL - MICHAEL L DERMODY )<br>BRIEF-REPLY BRIEF: Due Date 01/27/23 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS ) | N/A | 12/14/2022 8:19:49 AM |
| 12/14/2022 8:19:10 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Your brief/appendix has been approved and filed. Please submit 3 copies of the FILED-STAMPED brief/appendix and 3 copies of the FILED STAMPED transcript(s) (if any) to the case manager within 7 days. All documents submitted should be securely fastened, either bound along the left margin or stapled in the upper left hand corner. Clips, rubber bands, binders and glassine/plastic covers are not permissible. R.2:6-10. Please submit E-FILED STAMPED copies to the Appellate Clerks Office, P.O. Box 006, Trenton, NJ 08625 to the attention of the case manager. If you have any questions, please contact the case manager, Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | N/A | 12/14/2022 8:19:10 AM |
| 12/12/2022 12:50:21 PM | Court | Court Issued Document Sync Back | ORDER (GRANTED) | N/A | 12/12/2022 12:50:06 PM |
| 11/17/2022 1:11:18 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: The brief/appendix you recently uploaded have been rejected. Please refile the documents in the correct appeal, i.e., A-003641-21. Thank you. | N/A | 11/17/2022 1:11:18 AM |
| 11/16/2022 10:45:12 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF AND APPENDIX, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), PROOF OF SERVICE | E1530632-11162022 | 11/17/2022 12:51:14 AM |
| 11/10/2022 8:57:50 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION TO FILE APPELLANT'S BRIEF AS WITHIN TIME, MOTION APPENDIX (Vol. 1), PROOF OF SERVICE, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1529711-11102022 | 11/16/2022 10:08:37 AM |
| 11/10/2022 8:14:01 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION TO FILE AS WITHIN TIME, MOTION APPENDIX (Vol. 1), PROOF OF SERVICE, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1529709-11102022 | 11/16/2022 10:12:34 AM |
| 11/7/2022 10:47:33 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Your motion for as within time relief has been marked deficient, as it requests the incorrect relief. You have created a motion to file a motion for leave to appeal as within time, which is used for interlocutory motions. The correct relief is a motion to file your brief/appendix as within time. Please submit an amended motion to reflect the appropriate relief. Thank you. | N/A | 11/7/2022 10:47:33 AM |
| 11/2/2022 10:10:21 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION FOR LEAVE TO FILE MOTION FOR LEAVE TO APPEAL AS WITHIN TIME, MOTION APPENDIX (Vol. 1), PROOF OF SERVICE, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1527899-11022022 | 11/7/2022 10:45:54 AM |
| 11/1/2022 7:04:23 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T | eCourts Appellate Communication | On 11/1/2022, we drove to the Appellate Division in Trenton to get information regarding why our briefs and appendices are listed on the document submisson page on ecourts as submitted on | N/A | 11/1/2022 7:04:23 PM |

| | | | | | |
|---|---|---|---|---|---|
| | HAWKINS (APPELLANT) | | 10/28/2022 yet they are listed as filed on 10/29/2022? We were told that despite the submission date of 10/28/2022 as documented in one section of ecourts, the documents did not actually reach the requisite area for filing until after midnight.<br><br>Our Motion to file as within time will follow. | | |
| 10/31/2022 10:16:38 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | OTHER, PROOF OF SERVICE, LETTER OF COMMUNICATION | E1527587-10312022 | 11/1/2022 8:43:00 AM |
| 10/31/2022 8:06:16 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | eCourts Appellate Communication | A BRIEF AND TEN (10) APPENDICES WERE FILED ON 10/28/2022. THEY WERE TIMELY FILED ON 10/28/2022 AS REQUIRED.<br><br>We corrected the TWO items that were marked deficient on 10/29/2022 and 10/30/2022. WE SUBSTANTIALLY COMPLIED.<br><br>THE APPELLATE DOCKET SHEET SHOWS THAT ALL DOCUMENTS WERE FILED ON 10/28/2022.<br>PLEASE SEE THE DOCKET SHEET WHERE DOCUMENTS WERE MARKED RECEIVED ON 10/28/2022 AND THEREAFTER ON 10/29/2022 AND 10/30/2022 TWO MARKED DEFICIENT WHICH WE CORRECTED. | N/A | 10/31/2022 8:06:16 PM |
| 10/31/2022 10:57:29 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Your brief/appendix, due on 10/28/22, were filed late. Please submit a motion to file same as within time. Thank you. | N/A | 10/31/2022 10:57:29 AM |
| 10/30/2022 2:18:54 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS APPENDIX (Vol. 10), PROOF OF SERVICE | E1527295-10302022 | 10/30/2022 3:58:21 PM |
| 10/30/2022 1:41:08 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS APPENDIX (Vol. 10), PROOF OF SERVICE | E1527294-10302022 | 10/31/2022 5:59:58 AM |
| 10/30/2022 1:13:43 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, LETTER OF COMMUNICATION | E1527293-10302022 | 10/31/2022 10:45:20 AM |
| 10/29/2022 11:50:24 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, PROOF OF SERVICE | E1527292-10292022 | 10/31/2022 6:29:35 AM |
| 10/29/2022 12:00:24 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), APPELLANTS APPENDIX (Vol. 10), PROOF OF SERVICE | E1527254-10292022 | 10/29/2022 1:27:28 PM |
| 10/13/2022 8:38:48 AM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 9/11/2022 1:07:05 PM |
| 10/11/2022 3:57:20 PM | Court | Briefing Due Dates: | BRIEF-APPELLANTS BRIEF AND APPENDIX: Due Date 10/28/22 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS )<br>BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 11/28/22 (LAMB KRETZER LLC - AMANDA M ROCHOW )<br>BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 11/28/22 (CHASAN LAMPARELLO MALLON & CAPPUZZO, PC - CINDY N VOGELMAN )<br>BRIEF-RESPONDENTS BRIEF: Due Date 11/28/22 (HUDSON COUNTY COUNSEL - MICHAEL L DERMODY )<br>BRIEF-REPLY BRIEF: Due Date 12/12/22 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS ) | N/A | 10/11/2022 3:57:20 PM |
| 10/11/2022 3:44:49 PM | Court | Court Issued Document Sync Back | ORDER (DENIED) | N/A | 10/11/2022 2:24:42 PM |

| | | | | | |
|---|---|---|---|---|---|
| 3:44:49 PM | | Court Issued Document Sync Back | ORDER (GRANTED AND OTHER) | N/A | 10/11/2022 3:44:31 PM |
| 10/10/2022 3:41:45 PM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN (RESPONDENT) | Add document. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1523324-10102022 | 10/11/2022 11:34:44 AM |
| 9/30/2022 7:29:33 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, MOTION- BRIEF, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1521807-09302022 | 10/5/2022 12:43:14 PM |
| 9/26/2022 11:13:18 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: The motion brief and certification received on 9/21/22 in support of motion number M-132-22 have been marked deficient for the following reason: The font is not in compliance with Rule 2:6-10 Format of Briefs and Other Papers. Please correct the font to reflect Times New Roman in 14 pt with character spacing expanded by .3 points and re-submit the brief and certification as soon as possible. Thank you | N/A | 9/26/2022 11:13:18 AM |
| 9/22/2022 1:59:25 PM | Court | eCourts Appellate Communication | ELDRIDGE T HAWKINS : Please be advised that the substitution(s) of attorney were marked deficient because it was not properly submitted. You selected "add document" and uploaded your document but the correct procedure is to select "I am adding SUBSTITUTION OF ATTORNEY". Scroll down to the attorney info, search by entering the attorney's name and click the search button. After the new attorney has been added as the attorney of record, they can then add co-counsel by selecting "I am adding/editing attorneys". If you need technical support, please call eFiling helpline at ext. 52590. Thanks, Yamina Crosland. | N/A | 9/22/2022 1:59:25 PM |
| 9/21/2022 4:18:56 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | eCourts Appellate Communication | Ms. Marsh:<br>As was discussed, please add the last set of documents filed today to our motin to file as within time, that is being heard on 9/23/22. We added a supplemental certification, a brief, and an appendix specifically for the motion to file as within time.<br><br>The brief, supplemental certification and motion appendix were filed a miscellaenous. Please make sure that the judge that will be reviewimg the motio, gets these documents.<br><br>That same brief, motion appendix and supplemental certification also supports our added motion requesting permission to paper file documents as an option to efiling. | N/A | 9/21/2022 4:18:56 PM |
| 9/21/2022 3:56:43 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, MISCELLANEOUS SUBMISSIONS, MISCELLANEOUS SUBMISSIONS, MISCELLANEOUS SUBMISSIONS, SUBSTITUTION OF ATTORNEY | E1519737-09212022 | 9/22/2022 3:09:52 PM |
| 9/21/2022 3:05:28 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION FOR, MOTION APPENDIX (Vol. 1), PROOF OF SERVICE, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT, MOTION CERTIFICATION/SUPPORTING DOCUMENT, SUBSTITUTION OF ATTORNEY | E1519668-09212022 | 9/26/2022 11:07:50 AM |
| 9/21/2022 9:59:51 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Your Sub was rejected because 1. It was filed improperly 2. attorneys' names must be printed below/above signature and should indicate if they are the withdrawing or superseding attorney. Please contact eFiling (Dee) 609-815-290 Ext 52590, for assistance on how to properly file the Sub. | N/A | 9/21/2022 9:59:51 AM |
| 9/20/2022 7:42:23 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, SUBSTITUTION OF ATTORNEY | E1519552-09202022 | 9/21/2022 9:04:50 AM |
| 9/14/2022 8:33:15 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS | E1518117-09142022 | 9/14/2022 11:27:00 AM |

| | | | | | |
|---|---|---|---|---|---|
| | HAWKINS (APPELLANT) | | APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), APPELLANTS APPENDIX (Vol. 10), PROOF OF SERVICE | | |
| 9/12/2022 8:11:34 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | eCourts Appellate Communication | You advised us to submit a conforming brief with Appendices.<br><br>We submitted a brief and appendices on September 9, 2022. The Appendix Index that we used, did not belong to the current submission and is not CONFORMING. We did not realize that this had happened<br><br>Due to the large number of pages, we are quickly trying to untangle ourselves, and should submit a CONFORMING brief and appendices by 1PM today, in compliance with your request to make a CONFORMING submission.<br><br>The Motion to extend was already made on September 9, 2022.<br><br>Thank you. | N/A | 9/12/2022 8:11:34 AM |
| 9/10/2022 4:50:16 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF AND APPENDIX, PROOF OF SERVICE | E1517558-09102022 | 9/11/2022 1:01:54 PM |
| 9/9/2022 11:59:14 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 001) , APPELLANTS APPENDIX (Vol. 002), APPELLANTS APPENDIX (Vol. 003), APPELLANTS APPENDIX (Vol. 004), APPELLANTS APPENDIX (Vol. 005), APPELLANTS APPENDIX (Vol. 006), APPELLANTS APPENDIX (Vol. 007) , APPELLANTS APPENDIX (Vol. 009), APPELLANTS APPENDIX (Vol. 008), APPELLANTS APPENDIX (Vol. 010), APPELLANTS APPENDIX (Vol. 011), APPELLANTS APPENDIX (Vol. 012), APPELLANTS APPENDIX (Vol. 013), APPELLANTS APPENDIX (Vol. 014), MOTION TO EXTEND TIME, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1517548-09092022 | 9/14/2022 9:41:39 AM |
| 9/9/2022 9:34:32 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Further to your 09/09/22 edata communication, please submit a conforming brief and appendix with a motion to file as within time. Thank you. | N/A | 9/9/2022 9:34:32 AM |
| 9/9/2022 12:01:04 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | eCourts Appellate Communication | It is just after midnight ecourts froze on us an we wer unable to submit | N/A | 9/9/2022 12:01:04 AM |
| 8/24/2022 4:11:34 PM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 7/19/2022 2:19:16 PM |
| 8/24/2022 4:08:39 PM | Court | Court Issued Document Sync Back | ORDER (DENIED) | N/A | 8/24/2022 4:08:20 PM |
| 8/24/2022 4:08:39 PM | Court | Court Issued Document Sync Back | ORDER (DENIED) | N/A | 8/24/2022 4:08:23 PM |
| 8/24/2022 4:08:39 PM | Court | Court Issued Document Sync Back | ORDER (DENIED) | N/A | 8/24/2022 4:08:27 PM |
| 8/11/2022 3:11:16 PM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Your motion captioned FIL O/L REP BR FOR LEAVE TO REPLY AND FILE OPPOSION TO STRIKE (M-006720-21 ) has been approved and filed and is over the 75 page limit for printing by the court. Please submit 2 collated sets of the "APPROVED E-FILED stamped" Notice of Motion and all supporting documents within 5 days. All documents submitted should be collated, securely fastened, either bound along the left margin or stapled in the upper left hand corner. Clips, rubber bands, binders and glassine/plastic covers are not permissible. R.2:6-10. Please submit E-FILED STAMPED copies to the Appellate Division Clerks Office, P.O. Box 006, Trenton, NJ 08625 attention of the case manager. If you have any questions, please contact the case manager. Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | N/A | 8/11/2022 3:11:16 PM |

| | | | | | |
|---|---|---|---|---|---|
| 3:02:33 PM | | eCourts Appellate Communication | All counsel, please be advised that the motion captioned FIL O/L REP BR FOR LEAVE TO REPLY AND FILE OPPOSION TO STRIKE (M-006720-21 ), has been accepted for filing and the time to submit answers will run from 8/11/22. Thank you, Johanna G. Hendrix, Staff Attorney | N/A | 8/11/2022 3:02:33 PM |
| 8/11/2022 8:54:58 AM | Court | eCourts Appellate Communication | Document title changed to motion appendix for ease of court. | N/A | 8/11/2022 8:54:58 AM |
| 8/11/2022 8:54:57 AM | MAVIS FAULKNOR (APPELLANT) | Clerk Office Changes | | E1511892-08112022 | 8/11/2022 8:54:57 AM |
| 8/10/2022 11:10:17 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS On 7/19/22 you uploaded a motion to file overlength brief; this motion was approved and scheduled to court. Then on 8/8/22 you uploaded 3 more motions to submit an overlength brief. Please identify in a written email which of the four motions you would like to have sent to court as we cannot burden the panel with duplicate papers. Thank you, Johanna G. Hendrix, Staff Attorney | N/A | 8/10/2022 11:10:17 AM |
| 8/8/2022 8:59:44 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | OTHER, MOTION TO FILE OVERLENGTH REPLY BRIEF, MOTION TO FILE OVERLENGTH REPLY BRIEF, MOTION TO FILE OVERLENGTH REPLY BRIEF, MOTION APPENDIX, MOTION APPENDIX, MOTION APPENDIX, MOTION APPENDIX, PROOF OF SERVICE, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1507948-08082022 | 8/10/2022 11:04:26 AM |
| 8/1/2022 10:41:53 AM | EDWARD CARUSO - LAMB KRETZER LLC AMANDA M ROCHOW (RESPONDENT) | Add document. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1509926-08012022 | 8/1/2022 11:42:15 AM |
| 7/29/2022 3:45:29 PM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN (RESPONDENT) | Add document. | MOTION TO STRIKE, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1509815-07292022 | 7/29/2022 4:13:33 PM |
| 7/29/2022 3:39:36 PM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN (RESPONDENT) | Add document. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1509773-07292022 | 8/1/2022 8:42:11 AM |
| 7/21/2022 4:29:27 PM | Court | eCourts Appellate Communication | Document uploaded as 'Exhibit' changed to 'Letter of Communication.' | N/A | 7/21/2022 4:29:27 PM |
| 7/21/2022 4:29:26 PM | MAVIS FAULKNOR (APPELLANT) | Clerk Office Changes | | E1508442-07212022 | 7/21/2022 4:29:26 PM |
| 7/19/2022 7:24:03 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION TO FILE OVERLENGTH BRIEF, MOTION TO FILE OVERLENGTH BRIEF, PROOF OF SERVICE, LETTER OF COMMUNICATION, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1507945-07192022 | 7/20/2022 11:51:49 AM |
| 7/18/2022 9:57:04 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, PROOF OF SERVICE | E1507688-07182022 | 7/19/2022 2:16:39 PM |
| 7/18/2022 8:53:34 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, APPELLANTS BRIEF AND APPENDIX, PROOF OF SERVICE | E1507687-07182022 | 7/19/2022 2:41:34 PM |
| 7/1/2022 10:49:41 AM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 6/22/2022 9:09:50 AM |
| 6/20/2022 10:10:20 AM | Court | eCourts Appellate Communication | ELDRIDGE T. HAWKINS: Please be advised the transcript you have submitted dated 9/23/21 was rejected because it is a duplicate. The transcript was already filed 2/7/22 and available in eCourts Appellate. Thank you, Yamina Crosland, eFiling Unit, ext. 52590. | N/A | 6/20/2022 10:10:20 AM |

| | | | | | |
|---|---|---|---|---|---|
| 8:18:17 PM | ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, MOTION (Vol. 1) (09/23/2021) | E1502606-06172022 | 6/20/2022 9:59:47 AM |
| 6/17/2022 7:50:51 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), APPELLANTS APPENDIX (Vol. 10), APPELLANTS APPENDIX (Vol. 11), APPELLANTS APPENDIX (Vol. 12), APPELLANTS APPENDIX (Vol. 13), APPELLANTS APPENDIX (Vol. 14), APPELLANTS APPENDIX (Vol. 15), APPELLANTS APPENDIX (Vol. 16), APPELLANTS APPENDIX (Vol. 17), MOTION ANSWER/OPPOSITION, PROOF OF SERVICE, MISCELLANEOUS SUBMISSIONS | E1489348-06172022 | 6/22/2022 11:45:50 AM |
| 5/25/2022 2:32:03 PM | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN (RESPONDENT) | Add or Delete Designated Attorney. | New Attorney: PRISCILLA E SAVAGE | E1497642-05252022 | 5/25/2022 2:32:03 PM |
| 5/2/2022 4:18:10 PM | Court | Court Issued Document Sync Back | SCHEDULING ORDER E FILED APPEAL | N/A | 5/2/2022 3:47:22 PM |
| 5/2/2022 4:18:10 PM | Court | Court Issued Document Sync Back | SO SAMPLES AND DIRECTIONS | N/A | 5/2/2022 3:47:55 PM |
| 4/29/2022 3:01:27 PM | COUNTY OF HUDSON - HUDSON COUNTY COUNSEL MICHAEL L DERMODY (RESPONDENT) | Substitution of Attorney/Notice of Appearance. | PROOF OF SERVICE, SUBSTITUTION OF ATTORNEY | E1492383-04292022 | 4/29/2022 3:04:52 PM |
| 4/25/2022 10:17:34 AM | Court | Briefing Due Dates: | BRIEF-APPELLANTS BRIEF AND APPENDIX: Due Date 05/26/22 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 06/27/22 (WEINER LAW GROUP LLP - JACQUELINE A DE GREGORIO ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 06/27/22 (HUDSON COUNTY COUNSEL - MICHAEL L DERMODY ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 06/27/22 (LAMB KRETZER LLC - AMANDA M ROCHOW ) BRIEF-REPLY BRIEF: Due Date 07/07/22 (ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS ) | N/A | 4/25/2022 10:17:34 AM |
| 4/19/2022 8:57:43 AM | Court | Court Issued Document Sync Back | ORDER (GRANTED IN PART / DENIED IN PART) | N/A | 4/19/2022 8:57:24 AM |
| 4/19/2022 8:57:43 AM | Court | Court Issued Document Sync Back | ORDER (GRANTED IN PART / DENIED IN PART) | N/A | 4/19/2022 8:57:28 AM |
| 4/19/2022 8:57:43 AM | Court | Court Issued Document Sync Back | ORDER (GRANTED) | N/A | 4/19/2022 8:57:32 AM |
| 4/13/2022 2:43:12 PM | Court | eCourts Appellate Communication | Re-associated a motion supporting document to the correct motion number. No action from counsel is required. Thank you. | N/A | 4/13/2022 2:43:12 PM |
| 4/13/2022 2:43:11 PM | MAVIS FAULKNOR (APPELLANT) | Clerk Office Changes | | E1489763-04132022 | 4/13/2022 2:43:11 PM |
| 4/11/2022 6:55:48 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1489347-04112022 | 4/13/2022 2:53:52 PM |
| 4/11/2022 5:37:55 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, LETTER OF COMMUNICATION | E1489338-04112022 | 4/13/2022 2:53:07 PM |
| 3/24/2022 9:40:04 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1486200-03242022 | 3/28/2022 3:27:28 PM |
| 3/18/2022 9:28:13 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS - M-003848-21 - EXT TIM/ MISC TO FILE OPPOSITION/MOTION | N/A | 3/18/2022 9:28:13 AM |

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

| | | | | | |
|---|---|---|---|---|---|
| | | | ANSWER has been marked deficient because it was not accompanied by a supporting certification setting forth good cause for the requested extension. Further, an eCourts Case Summary was uploaded in lieu of the motion supporting certification without explanation. Is this document intended to be a motion exhibit? Please upload a motion supporting certification within 10 days to avoid dismissal of the motion. Thank you, Johanna G. Hendrix, Staff Attorney | | |
| 3/17/2022 9:53:23 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION TO EXTEND TIME, PROOF OF SERVICE, MISCELLANEOUS SUBMISSIONS | E1484622-03172022 | 3/18/2022 9:21:15 AM |
| 3/16/2022 10:33:56 AM | Court | eCourts Appellate Communication | ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS: Further to your 3/15/22 letter of communication, please note that you must make a motion for an additional 30 day extension of time to submit motion answers. The Clerk's office does not have the authority to grant more than an additional 7 days to answer, and that is permitted only on consent. If you have any questions, please contact the case manager, Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | N/A | 3/16/2022 10:33:56 AM |
| 3/15/2022 7:06:15 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, LETTER OF COMMUNICATION | E1484323-03152022 | 3/16/2022 10:24:55 AM |
| 3/3/2022 11:44:08 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1481734-03032022 | 3/4/2022 9:37:29 AM |
| 3/2/2022 10:25:25 AM | COUNTY OF HUDSON - HUDSON COUNTY COUNSEL MICHAEL L DERMODY (RESPONDENT) | Add document. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1481256-03022022 | 3/2/2022 10:56:14 AM |
| 3/2/2022 9:40:03 AM | Court | eCourts Appellate Communication | HUDSON COUNTY COUNSEL - MICHAEL L DERMODY: Your cross motion to dismiss appeal has been filed. Please upload your motion supporting certification as a MOTION ANSWER to M-3436-21 as well. If you have any questions, please contact the case manager, Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | N/A | 3/2/2022 9:40:03 AM |
| 3/1/2022 3:09:51 PM | COUNTY OF HUDSON - HUDSON COUNTY COUNSEL MICHAEL L DERMODY (RESPONDENT) | Add document. | MOTION TO DISMISS APPEAL, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1481186-03012022 | 3/2/2022 8:54:41 AM |
| 3/1/2022 3:01:54 PM | COUNTY OF HUDSON - HUDSON COUNTY COUNSEL MICHAEL L DERMODY (RESPONDENT) | Add document. | PROOF OF SERVICE, CASE INFORMATION STATEMENT | E1481179-03012022 | 3/8/2022 8:50:56 AM |
| 2/25/2022 10:09:29 AM | Court | eCourts Appellate Communication | LAMB KRETZER LLC - AMANDA M ROCHOW: Your Motion has been approved and filed and is over the 75 page limit for printing by the court. Please submit 2 collated sets of the "APPROVED E-FILED stamped" Notice of Motion and all supporting documents within 3 days. All documents submitted should be collated, securely fastened, either bound along the left margin or stapled in the upper left hand corner. Clips, rubber bands, binders and glassine/plastic covers are not permissible. R.2:6-10. Please submit E-FILED STAMPED copies to the Appellate Division Clerks Office, P.O. Box 006, Trenton, NJ 08625 attention of the case manager. If you have any questions, please contact the case manager. Pamela Marsh, at (609) 815-2950 Ext: 5-2670. Thank you. | N/A | 2/25/2022 10:09:29 AM |
| 2/24/2022 4:47:07 PM | JOANNE D REILLY - WEINER LAW GROUP LLP JACQUELINE A DE GREGORIO (RESPONDENT) | Add document. | LETTER OF NON-PARTICIPATION, PROOF OF SERVICE | E1480460-02242022 | 2/25/2022 10:09:52 AM |
| 2/24/2022 10:39:57 AM | EDWARD CARUSO - LAMB KRETZER LLC | Add document. | MOTION TO DISMISS APPEAL, PROOF OF SERVICE, MOTION | E1480189-02242022 | 2/24/2022 4:07:52 PM |

| | | | | | |
|---|---|---|---|---|---|
| | ROCHOW (RESPONDENT) | | CERTIFICATION/SUPPORTING DOCUMENT, MOTION CERTIFICATION/SUPPORTING DOCUMENT | | |
| 2/24/2022 10:27:02 AM | EDWARD CARUSO - LAMB KRETZER LLC AMANDA M ROCHOW (RESPONDENT) | Add document. | CASE INFORMATION STATEMENT RESPONDENT UPLOAD, PROOF OF SERVICE | E1480188-02242022 | 2/25/2022 10:15:11 AM |
| 2/14/2022 10:46:16 AM | Court | Court Issued Document Sync Back | SCHEDULING ORDER E FILED APPEAL | N/A | 2/14/2022 10:45:07 AM |
| 2/14/2022 10:46:16 AM | Court | Court Issued Document Sync Back | SO SAMPLES AND DIRECTIONS | N/A | 2/14/2022 10:45:34 AM |
| 2/7/2022 8:58:14 AM | Court | Court Issued Document Sync Back | CERTIFICATION OF TRANSCRIPT COMPLETION AND DELIVERY | N/A | 2/7/2022 8:56:36 AM |
| 2/7/2022 8:58:14 AM | Court | Court Issued Document Sync Back | MOTION (Vol. 001) (09/23/2021) | N/A | 2/7/2022 8:58:10 AM |
| 1/31/2022 10:32:27 AM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Amend appeal. | PROOF OF SERVICE, TRIAL COURT ORDER/JUDGMENT/DECISION, TRIAL COURT ORDER/JUDGMENT/DECISION, CASE INFORMATION STATEMENT, MISC-AMENDED NOTICE OF APPEAL | E1475734-01312022 | 2/9/2022 11:25:24 AM |
| 1/21/2022 4:26:48 PM | Court | Court Issued Document Sync Back | ORDER (GRANTED) | N/A | 1/21/2022 4:26:32 PM |
| 1/20/2022 2:48:59 PM | EDWARD CARUSO - LAMB KRETZER LLC AMANDA M ROCHOW (RESPONDENT) | Add document. | PROOF OF SERVICE, NOTICE OF APPEARANCE | E1473841-01202022 | 1/25/2022 3:33:09 PM |
| 1/20/2022 2:44:22 PM | EDWARD CARUSO - LAMB KRETZER LLC AMANDA M ROCHOW (RESPONDENT) | Substitution of Attorney/Notice of Appearance. | | E1473836-01202022 | 1/20/2022 2:44:22 PM |
| 1/6/2022 6:51:11 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | MOTION, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1471456-01062022 | 1/11/2022 8:12:37 AM |
| 1/3/2022 12:00:21 PM | Court | Court Issued Document Sync Back | ORDER (DISMISSED COURT INITIATED ORDER) | N/A | 1/3/2022 11:59:52 AM |
| 12/3/2021 4:06:11 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, FINALITY RESPONSE | E1465534-12032021 | 12/6/2021 6:59:28 AM |
| 11/30/2021 10:59:27 AM | Court | Court Issued Document Sync Back | NON FINALITY LETTER(B) | N/A | 11/30/2021 9:38:02 AM |
| 11/22/2021 5:31:56 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Amend appeal. | PROOF OF SERVICE, CASE INFORMATION STATEMENT, CASE INFORMATION STATEMENT, MISCELLANEOUS SUBMISSIONS, MISC-AMENDED NOTICE OF APPEAL | E1462928-11222021 | 11/23/2021 10:33:08 AM |
| 11/15/2021 8:58:41 AM | Court | eCourts Appellate Communication | APPELLANT ATTORNEY: Your appeal is still deficient due to the following: Failure to comply with the caption and/or format required by R. 1:4-1. An Amended Notice of Appeal, Amended Case Information Statement and Amended Transcript Request Form (if applicable) are required with the correct caption. The caption must conform exactly to the caption on the Order being appealed and also the word Plaintiff must be removed. The appeal is deficient due to the following: Failure to add ALL parties listed in the caption to the appeal. An Amended Notice of Appeal and Amended Case Information Statement are required to be submitted with the correct information. You have submitted 2 Case Information Statements; only 1 is permitted. Finally, the appeal is deficient due to the following: Failure to upload a copy of the all the Orders you are appealing as required by R. 2:5-1. Please upload same. NOTE ALL the order dates must be correctly listed on the Notice of Appeal and the Case Information Statement. The dates you have do not match. You have submitted orders/opinions that are not listed on the moving papers, and some that are listed are not submitted. It is the appellant's responsibility to ensure the dates and orders are correct that they wish to appeal. The noted deficiencies must be corrected within 5 days. Select the option to file an amended NOTICE OF APPEAL from the edit case popup; make the required changes on the pages that follow. To initiate an amended Case Information Statement, on the List of Documents page click the ADD | N/A | 11/15/2021 8:58:41 AM |

| | | | | | |
|---|---|---|---|---|---|
| | | | DOCUMENT button. For the category select APPELLATE DOCUMENTS and for document type select CASE INFORMATION STATEMENT. Check the box for AMENDED and enter the reason. Once completed, click continue. The data entered previously will populate, click continue through all of the screens to generate an amended case information statement. When returned to the List of Documents page, it should show the status as ready to submit and you can proceed with submitting your filing. Should you have any questions, please contact Suzanne Tobin at 609-815-2950, ext. 52612. Thank you. | | |
| 11/11/2021 4:43:03 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Amend appeal. | OTHER, OTHER, ORDER (MISCELLANEOUS), PROOF OF SERVICE, TRIAL COURT ORDER/JUDGMENT/DECISION, TRIAL COURT ORDER/JUDGMENT/DECISION, TRIAL COURT OPINION, TRIAL COURT OPINION, TRIAL COURT OPINION, CASE INFORMATION STATEMENT, CASE INFORMATION STATEMENT, MISC-AMENDED NOTICE OF APPEAL | E1461162-11112021 | 11/15/2021 8:55:35 AM |
| 11/10/2021 3:21:32 PM | Court | eCourts Appellate Communication | Your notice of appeal in the above matter has been filed. The appeal is deficient due to the following: Failure to comply with the caption and/or format required by R. 1:4-1. An Amended Notice of Appeal, Amended Case Information Statement and Amended Transcript Request Form (if applicable) are required with the correct caption. The caption must conform exactly to the caption on the Order being appealed and also the word Plaintiff must be removed. The appeal is deficient due to the following: Failure to add ALL parties listed in the caption to the appeal. An Amended Notice of Appeal and Amended Case Information Statement are required to be submitted with the correct information. Finally, the appeal is deficient due to the following: Failure to upload a copy of the all the Orders you are appealing as required by R. 2:5-1. Please upload same. NOTE ALL the order dates must be correctly listed on the Notice of Appeal and the Case Information Statement. The dates you have do not match. It is the appellant's responsibility to ensure the dates and orders are correct that they wish to appeal. The noted deficiencies must be corrected within 10 days. Select the option to file an amended NOTICE OF APPEAL from the edit case popup; make the required changes on the pages that follow. To initiate an amended Case Information Statement, on the List of Documents page click the ADD DOCUMENT button. For the category select APPELLATE DOCUMENTS and for document type select CASE INFORMATION STATEMENT. Check the box for AMENDED and enter the reason. Once completed, click continue. The data entered previously will populate, click continue through all of the screens to generate an amended case information statement. When returned to the List of Documents page, it should show the status as ready to submit and you can proceed with submitting your filing. Should you have any questions, please contact Suzanne Tobin at 609-815-2950, ext. 52612. Thank you. | N/A | 11/10/2021 3:21:32 PM |
| 11/8/2021 11:45:47 AM | Court | Court reviews and ACCEPTS submission with deficiency. Updated eCourts Appellate case status to Accepted with Deficiency. | Case docketed. | N/A | 11/8/2021 11:45:47 AM |
| 11/5/2021 3:23:51 PM | MAVIS FAULKNOR - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (APPELLANT) | Case initiation. | NOTICE OF APPEAL, PROOF OF SERVICE, TRIAL COURT ORDER/JUDGMENT/DECISION (09/24/2021), TRIAL COURT OPINION, TRIAL COURT OPINION, CASE INFORMATION STATEMENT, TRANSCRIPT REQUEST FORM | E1459862-11052021 | 11/8/2021 11:45:47 AM |

Return to Case List

eCourts Appellate Communication

© Copyright NJ Judiciary 2012.

FILED, Clerk of the Appellate Division, September 30, 2022
FILED, Clerk of the Supreme Court, 30 May 2025, 089878

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO: A-000692-21T2

DR. MAVIS FAULKNOR

PLAINTIFF-APPELLANT

CIVIL ACTION

vs.

Sat Below

Honorable Anthony V. D'elia
Docket No. Below: HUD-L-3792-18
Consolidated with: HUD-L-4336-17

COUNTY OF HUDSON
MEADOWVIEW PSYCHIATRIC
HOSPITAL, JOANNE D. REILLY
DR. EDWARD CARUSO, PAT SHIELS
HEAD DOE, JOHN DOE and HARRY
(identities unknown)

DEFENDANTS-RESPONDENTS

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE AS WITHIN TIME AND TO ALLOW PAPER FILING AS AN OPTION**

ELDRIDGE HAWKINS, LLC
ATTORNEY AT LAW
ATTORNEY ID.NO: 214731967
60 EVERGREEN PLACE, SUITE 510
EAST ORANGE, NEW JERSEY 07018
PHONE (973) 675 FAX(973)676 7356
HWKLAW@AOL.COM

ELDRIDGE HAWKINS, ESQ.
CECILE D. PORTILLA, ESQ.
021212005: On the Brief

FILED, Clerk of the Appellate Division, October 11, 2022
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

ORDER ON MOTION

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-000692-21T2
MOTION NO. M-000371-22
BEFORE PART C
JUDGE(S): ALLISON E. ACCURSO

DR. MAVIS FAULKNOR
VS.
COUNTY OF HUDSON, MEADOWVIEW PSYCHIATRIC HOSPITAL, JOANNE D. REILLY, DR. EDWARD CARUSO, PAT SHIELS,
DARICE TOON, GERALD DRASHELF, DR. ALEXANDER DELGA, ARLENE DEANO, RODERICK T. BALTIMORE, ELINOR GIBNEY, HEAD DOE, JOHN DOE AND HARRY (IDENTITIES UNKNOWN)

MOTION FILED: 09/21/2022 BY: MAVIS FAULKNOR

ANSWER(S) FILED:

SUBMITTED TO COURT: October 06, 2022

ORDER

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS, ON THIS 11th day of October, 2022, HEREBY ORDERED AS FOLLOWS:

MOTION BY APPELLANT

MOTION FOR ALLOWING PAPER FILING OF DOCUMENTS AS AN OPTION **DENIED**

SUPPLEMENTAL:

FOR THE COURT:

Allison E. Accurso

ALLISON E. ACCURSO, P.J.A.D.

HUD 3792-18
HUD L 3792-18
HUD-L-3792-18 HUDSON
ORDER - REGULAR MOTION
PM

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

File New Case | My Case List | Logout | Help |

You are currently logged in as **CECILE DELROSE PORTILLA** (021212005)

**Home**
**My Profile**
Update Email/Address
Update Password/Security Question Section
**Search**
Case Search
**Quick Reference**
Schedule of Fees
FAQs
Common Filing Deficiencies
Court Rules
**Support**
609-815-2955
Option 3
or
SupremeCteFiling.mailbox@njcourts.gov

**QUICK TIPS**

This page lists all submissions and communications related to the case.

**Docket Information for 090218 DR. MAVIS FAULKNOR V. COUNTY OF HUDSON, ET AL.**
**File Manager: YURI P ALBERTAO (609-815-2955)**

| DATE POSTED | DATE SUBMITTED | FILING PARTY | SUBMISSION TYPE | DOCUMENTS | TRANSACTION ID |
|---|---|---|---|---|---|
| 2/10/2025 8:31:46 AM | 02/10/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (PLAINTIFF) | eFiling Communication | I am making a motion to hold this matter in Abeyance until after my other motion for reconsideration of my other Supreme Court matter is heard. The fact that others uploaded documents in my name that included two loose exhibits with Appellate Court date stamps that is a year older than the Appellate date stamps on the multiple documents identified as "Appellate Division Briefs" proves my point that this site is being controlled by others.<br><br>The upload is an act of fraud and a crime. I am a whistle blower and was unjustly denied accommodation to paper file my documents in the Appellate Division. My documents were thrown out after they were turning side ways and upside down after they were submitted on the Court site. My documents were developing hyperlinks after they were uploaded to the Court site which led to the multiple deficiency notifications that eventually led me to the Supreme Court.<br><br>The very fact that I was blocked from using the no personal Confidential Identifiers form with an alert that " you are not allowed to use this form" the blocked from using it proves my point that ecourts is controlled.<br><br>PDF documents can be edited just like work documents thus I have no assurance that documents uploaded by others are not edited and thins addedd to influence the outcome.<br><br>I chose to write this info here since documents on ecourts are being blocked to prevent Judges and lawyers from seeing them as occured a few days ago when a judge dismissed one of my cases indicating that no opposition was filed.<br><br>My previous communication was just erased by others which makes me very upset. Now I am typing this communication all over again. | N/A |
| 2/4/2025 5:04:49 PM | 02/04/2025 | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN | Add Document | CERTIFICATION OF CONFIDENTIAL IDENTIFIERS, ANSWERING BRIEF (LETTER), CERTIFICATION OF SERVICE | E1052370-02042025 |
| 2/3/2025 1:09:12 AM | 02/03/2025 | MAVIS FAULKNOR - CECILE D | eFiling Communication | I Have concerns about the Appellate briefs and Appendices that were | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | | PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (PLAINTIFF) | | uploaded on January 31, 2025. I did not upload them, and I suspect that the Case Manager did not upload them with those Exhibits attached.<br><br>I am looking into other uploads in the Supreme Court after seeing those uploads. | |
| 2/2/2025 9:20:26 PM | 02/02/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | CERTIFICATION OF CONFIDENTIAL IDENTIFIERS, LETTER OF COMMUNICATION, CERTIFICATION OF SERVICE | E1052332-02022025 |
| 2/1/2025 1:04:15 AM | 02/01/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | MOTION FOR LEAVE TO FILE + AS WITHIN TIME, AFFIDAVIT/CERTIFICATION IN SUPPORT OF MOTION, CERTIFICATION OF SERVICE | E1052326-02012025 |
| 1/31/2025 11:52:02 PM | 01/31/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | CERTIFICATION OF CONFIDENTIAL IDENTIFIERS, PETITION FOR CERTIFICATION(Amended), MISCELLANEOUS WITH APPENDIX WITH APPENDIX, MISCELLANEOUS WITH APPENDIX WITH APPENDIX, CERTIFICATION OF SERVICE | E1052323-01312025 |
| 1/31/2025 11:34:26 PM | 01/31/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, APPELLATE DIVISION BRIEF, EXHIBITS, EXHIBITS, EXHIBITS, CERTIFICATION OF SERVICE | E1052322-01312025 |
| 1/31/2025 7:14:57 PM | 01/31/2025 | EDWARD CARUSO - COUNTY OF HUDSON ALBERICO GIANLUCA DE PIERRO | Add Document | CERTIFICATION OF CONFIDENTIAL IDENTIFIERS, RESPONDENT BRIEF (LETTER), CERTIFICATION OF SERVICE | E1052320-01312025 |
| 1/31/2025 12:31:23 PM | 01/31/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (PLAINTIFF) | eFiling Communication | Hello Case Manager:<br><br>Please note that I started uploading last night and noted for some strange reason that there was an extra blank page in the appendices that changed my page numbers and made my citations incorrect.<br><br>I also developed technical difficulties with my leased printer which affected my ability to scan.<br><br>I am focused on revising everything right now since the correct citations also need to be placed in the brief.<br><br>After sending you that communication several days ago, I had recalculated and figured that I had the customary 15 days to make corrections which required that I refile yesterday. | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | | | | I will upload in a little while with a motion to file as within time. Thank you. Cecile D. Portilla, Esquire | |
| 1/31/2025 11:06:32 AM | 01/31/2025 | EDWARD CARUSO - COUNTY OF HUDSON ALBERICO GIANLUCA DE PIERRO | Add Document | APPELLATE DIVISION BRIEF, CERTIFICATION OF SERVICE | E1052290-01312025 |
| 1/31/2025 10:52:37 AM | 01/31/2025 | Court | eFiling Communication | CHASAN LAMPARELLO MALLON & CAPPUZZO, PC: The respondent brief has been filed. Please submit two (2) paper copies of the Supreme Court "FILED" stamped version of your respondent brief and Appellate Division brief to the Clerk's Office within fourteen (14) days. All papers, including the Appellate Division documents, must bear the Supreme Court's "FILED" stamp and the filed version of the documents cannot be edited or altered in any way. | N/A |
| 1/30/2025 11:56:18 PM | 01/30/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | SUPREME COURT APPENDIX(Amended), SUPREME COURT APPENDIX(Amended), CERTIFICATION OF SERVICE | E1052283-01302025 |
| 1/30/2025 8:10:40 PM | 01/30/2025 | EDWARD CARUSO - COUNTY OF HUDSON ALBERICO GIANLUCA DE PIERRO | Substitution of Attorney | SUBSTITUTION OF ATTORNEY, CERTIFICATION OF SERVICE | E1052282-01302025 |
| 1/30/2025 4:54:45 PM | 01/30/2025 | COUNTY OF HUDSON - CHASAN LAMPARELLO MALLON & CAPPUZZO, PC CINDY N VOGELMAN | Add Document | APPELLATE DIVISION BRIEF WITH APPENDIX WITH APPENDIX, CERTIFICATION OF CONFIDENTIAL IDENTIFIERS, RESPONDENT BRIEF (LETTER), CERTIFICATION OF SERVICE | E1052276-01302025 |
| 1/27/2025 6:01:59 AM | 01/27/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | LETTER OF COMMUNICATION, CERTIFICATION OF SERVICE | E1052081-01272025 |
| 1/17/2025 12:41:56 PM | 01/17/2025 | Court | eFiling Communication | CECILLE PORTILLA: The notice of petition for certification (NPC) and petition for certification were received. An acknowledgment letter was synced to e-filing. The transcript dated September 23, 2021, which was filed in the Appellate Division, was automatically transferred to our system and was also synced. Please be advised that the petition for certification is marked "deficient." For further information, please access the acknowledgment letter in eCourts. | N/A |
| 1/17/2025 12:39:00 PM | | Court | Court Issued Document Sync Back | TRANSCRIPTS - 09/23/21 | N/A |
| 1/17/2025 12:39:00 PM | | Court | Court Issued Document Sync Back | NPC ACKNOWLEDGEMENT WITH PC DEFICIENCIES | N/A |
| 1/16/2025 11:36:32 PM | 01/16/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE | Add Document | CERTIFICATION OF CONFIDENTIAL IDENTIFIERS, CERTIFICATION OF SERVICE | E1051912-01162025 |

| | | | | | |
|---|---|---|---|---|---|
| | | PORTILLA | | | |
| 1/16/2025 11:33:29 PM | 01/16/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | AFFIDAVIT/CERTIFICATION, CERTIFICATION OF SERVICE | E1051911-01162025 |
| 1/16/2025 12:00:18 AM | 01/16/2025 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | PETITION FOR CERTIFICATION, SUPREME COURT APPENDIX(Obsolete), CERTIFICATION OF SERVICE | E1051880-01152025 |
| 12/28/2024 4:33:40 PM | 12/28/2024 | MAVIS FAULKNOR - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Case initiation. | NOTICE OF PETITION FOR CERTIFICATION, NOTICE OF PETITION FOR CERTIFICATION (UPLOAD), CERTIFICATION OF SERVICE | E1051426-12282024 |

Return to Case List

eFiling Communication

© Copyright NJ Judiciary 2012.

FILED, Clerk of the Appellate Division, November 11, 2021, A-000000-21
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

**ELDRIDGE HAWKINS LLC**
**Attorney At Law**
**Attorney ID No. 214731967**
60 Evergreen Place Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070
Fax: (973) 676-7356
Attorney for: **DR. MAVIS FAULKNOR**

| | |
|---|---|
| **DR. MAVIS FAULKNOR**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**COUNTY OF HUDSON, MEADOWVIEW PSYCHIATRIC HOSPITAL, JOANNE D. REILLY, DR. EDWARD CARUSO, PAT SHIELDS, HEAD DOE, JOHN DOE AND HARRY (identities unknown),**<br><br>**Defendants.** | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY DOCKET NO.: HUD-L-003792-18**<br><br>**CIVIL ACTION**<br><br>**ORDER ~~RECUSING JUDGE D'ELIA PURSAUNT R.1:12-2~~** DENYING RECUSAL |

This matter having been brought before this Court by Eldridge Hawkins, attorney for Plaintiff, on a motion to recuse Judge Delia for further handling of this case, and so an impartial judge should hear the motion to reconsider under R. 4:49-2 and R. 1:12-2 it is hereby on this 6 day of August 2021

**ORDERED** th~~at Judge D'Elia is hereby recused form adjudicating this matter.~~
Motion is denied for the reasons placed on the record.

XX OPPOSED

______ UNOPPOSED

Anthony V. D'Elia

Hon. Anthony V. D'Elia J.S.C

FILED, Clerk of the Appellate Division, November 11, 2021, A-...
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

**ELDRIDGE HAWKINS LLC**
**Attorney At Law**
**Attorney ID No. 214731967**
60 Evergreen Place Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070
Fax: (973) 676-7356
Attorney for: **DR. MAVIS FAULKNOR**

| | |
|---|---|
| **DR. MAVIS FAULKNOR**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**COUNTY OF HUDSON, MEADOWVIEW PSYCHIATRIC HOSPITAL, JOANNE D. REILLY, DR. EDWARD CARUSO, PAT SHIELDS, HEAD DOE, JOHN DOE AND HARRY (identities unknown),**<br><br>**Defendants.** | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY DOCKET NO.: HUD-L-003792-18**<br><br>**CIVIL ACTION**<br><br>**ORDER**<br>~~**RECONSIDERING VACATING AND REVERSING THIS COURT'S ORDER OF JUNE 3, 2021 AND ENTERING SUMMARY JUDGMENT IN FAVOR OF THE PLAINTIFF AND AGAINST DEFENDANTS**~~ |

DENYING RECONSIDERATION

This matter having been through it before this Court on notice of motion by Plaintiff's counsel for reconsideration of this June 3, 2021 order and for a reconsideration and amendment

and the Court having considered the matter and for good cause shown, it is

on this 6 day of August 2021 Ordered that the Motion is DENIED.

~~**ORDERED** that this court's order of June 3, 2021 is hereby reconsidered and vacated and reversed and it is further~~

~~**ORDERED** That summary judgment is hereby entered in favor of plaintive Dr. Mavis Faulkner and against Defendants County of Hudson, Meadowview psychiatric hospital, and doctor Caruso on the following claims:~~

FILED, Clerk of the Appellate Division, November 11, 2021
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

~~a) NJLAD hostile work environment~~

~~b) NJLAD retaliation~~

c) ~~NJLAD Wrongful discharge~~

d) ~~Breach of implied covenant of good faith and Fair dealing~~

~~e) Invasion of privacy~~

~~f) Misuse and abuse of process~~

~~g) Defamation, liable, slander~~

h) ~~malicious prosecution under NJSA 2A ___:47A-1 Defacto Employee Entitlement~~

i) ~~constructive termination~~

j) ~~Interference with Plaintiff's Beneficial Economic Position~~

~~And it is further~~

~~**ORDERED** that any remaining issues including damages shall be determined by the jury at the trial of this matter pursuant to a date set by this Court.~~

X ____ OPPOSED

_______ UNOPPOSED

Anthony V. D'Elia

Hon. Anthony V. D'Elia J.S.C

Motion is denied for the reasons placed on the record.

| | | | | |
|---|---|---|---|---|
| | | PORTILLA | GENERATED | |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| APPELLATE DIVISION BRIEF | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| EXHIBITS | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| EXHIBITS | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| EXHIBITS | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | UPLOAD | SUBMITTED |
| CERTIFICATION OF SERVICE | MAVIS FAULKNOR | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA | SYSTEM GENERATED | SUBMITTED |

## Fees and Payments

| Fee Type | Fee Amount | Fee Status | Fee Paid | Date Paid | Amount Due |
|---|---|---|---|---|---|
| | | No record found. | | | |

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

SUPREME COURT OF NEW JERSEY
C-264 September Term 2024
089878

Angel Lopez,

Plaintiff-Petitioner,

v.

The Palisades LLC, Mr. Handyman, Inc., RSP Enterprises NJ, L.L.C., ABC Corporation 1-10 (Fictitious Corporation(s)),

Defendants.

ORDER

A petition for certification of the judgment in A-001267-23 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 28th day of January, 2025.

CLERK OF THE SUPREME COURT

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

File New Case | My Case List | Logout | Help |

You are currently logged in as **CECILE DELROSE PORTILLA** (021212005)

Home
My Profile
Update Email/Address
Update Password/Security Question Section
Search
Case Search
Quick Reference
Schedule of Fees
FAQs
Common Filing Deficiencies
Court Rules
Support
609-815-2955
Option 3
or
SupremeCteFiling.mailbox@njcourts.gov

QUICK TIPS

This page lists all submissions and communications related to the case.

**Docket Information for 089878 ANGEL LOPEZ V. THE PALISADES LLC, MR. HANDYMAN, INC., RSP ENTERPRISES NJ, L.L.C., ET AL.**
**File Manager: ANGEL MARTINEZ JIMENEZ (609-815-2955)**

| DATE POSTED | DATE SUBMITTED | FILING PARTY | SUBMISSION TYPE | DOCUMENTS | TRANSACTION ID |
|---|---|---|---|---|---|
| 1/31/2025 3:03:56 PM | | Court | Court Issued Document Sync Back | ORDER- (DENIED) | N/A |
| 12/10/2024 1:00:51 PM | 12/10/2024 | THE PALISADES LLC - BRANDON J. BRODERICK, ESQ. LLC CHRISTOPHER THEODORE KAROUNOS | Add Document | LETTER COMMUNICATION - NON PARTICIPATION, CERTIFICATION OF SERVICE | E1051050-12102024 |
| 12/10/2024 11:59:25 AM | 12/10/2024 | RSP ENTERPRISES NJ, L.L.C. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE | Add Document | LETTER COMMUNICATION - NON PARTICIPATION, CERTIFICATION OF SERVICE | E1051041-12102024 |
| 12/9/2024 9:56:50 AM | | Court | Court Issued Document Sync Back | DELINQUENCY LETTER | N/A |
| 12/9/2024 9:55:18 AM | | Court | Court Issued Document Sync Back | DELINQUENCY LETTER | N/A |
| 11/27/2024 11:21:38 AM | 11/27/2024 | Court | eFiling Communication | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE D. PORTILLA, ESQ.: On November 4,2024, this office was in receipt of two (2) paper copies of the PC and Appellate Division documents. The Appellate Division appendix volume 11 was omitted. Please submit two (2) paper copies of the Supreme Court "FILED" stamped version of the Appellate Division appendix volume 11 to the Clerk's Office within fourteen (14) days. Appellate Division documents must include both the Supreme Court and Appellate Division filed stamp. Please be advised that the filed version documents cannot be edited or altered in any way. Thank you. | N/A |
| 10/31/2024 1:56:06 PM | 10/31/2024 | ANGEL LOPEZ - ELDRIDGE HAWKINS ELDRIDGE T HAWKINS (PLAINTIFF) | eFiling Communication | DEAR NJ SUPREME COURT STAFF , PLEASE BE ADVISED THAT THE OFFICE PRINTER HAS BEEN OUT OF ORDER FOR THE LAST TWO DAYS AND WE WERE UNABLE TO MAKE ARRANGEMENTS FOR THE COMPANY TO FIX THE ,MACHINE IN A TIMELY FASHION. . THUS WE WERE REQUIRED TO HAVE THE PACKAGE DELIVERED TO STAPLES FOR COMPLETION OF THE JOB AND HOPEFULLY WILL BE ABLE TO OBTAIN THE COMPLETED PACKAGE IN TIME FOR HAND DELIVERY TO THE COURT TOMORROW KINDLY FORGIVE AND ALLOW FOR THE UNEXPECTED INTERRUPTION IN DELIVERY /s/ELDRIDGE HAWKINS ELDRIDGER HAWKINS | N/A |
| 10/17/2024 12:02:37 PM | 10/17/2024 | Court | eFiling Communication | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE D. PORTILLA, | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ESQ.: The petition for certification (PC) has been filed. Please submit two (2) paper copies of the Supreme Court "FILED" stamped version of the PC, the Appellate Division brief and Appellate Division appendices to the Clerk's Office within fourteen (14) days. Please be advised that the filed version documents cannot be edited or altered in any way. Thank you. | |
| 10/17/2024 12:52:23 AM | 10/17/2024 | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | APPELLATE DIVISION APPENDIX, LETTER OF COMMUNICATION, CERTIFICATION OF SERVICE | E1050056-10172024 |
| 10/17/2024 12:15:18 AM | 10/17/2024 | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (PLAINTIFF) | eFiling Communication | I uploaded my brief as a letter brief as that was the only option available that would allow me to upload as the Appellate Brief Option was blocked. The Appendices were uploaded as Miscellaneous/other as the regular option was blocked.<br><br>Cecile D. Portilla, Esquire | N/A |
| 10/17/2024 12:09:56 AM | 10/17/2024 | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | APPELLATE DIVISION BRIEF, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX(Obsolete), APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, APPELLATE DIVISION APPENDIX, CERTIFICATION OF SERVICE | E1050055-10172024 |
| 10/16/2024 11:35:46 PM | 10/16/2024 | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (PLAINTIFF) | eFiling Communication | Mr. Martizez:<br><br>The option to Add Appellate Division Documents is blocked. I am not sure how to proceed. I have downloaded my Brief and Appendices but I do not know how to get them uploaded.<br><br>I have a witness who has verified that I am being blocked.<br><br>I was having another unexplainable fight with Appellate Division documents which is the reason that I am in the Supreme Court.<br><br>Please advise.<br><br>Cecile D. Portilla, Esquire | N/A |
| 10/15/2024 9:15:50 AM | 10/15/2024 | Court | eFiling Communication | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE D. PORTILLA, ESQ.: The notice of petition for certification (NPC) and petition for certification (PC) were received. The NPC has been filed. An acknowledgment letter was synced to e-filing. | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Transcripts filed in the Appellate Division were automatically transferred from the Appellate Division to the Supreme Court and have been synced to eCourts Supreme for the parties to view and access. Please be advised that the PC is marked "deficient." For further information, please access the acknowledgment letter in eCourts. Questions regarding this case should be directed to Angel Martinez at (609) 815-2955. Thank you. | |
| 10/15/2024 9:15:16 AM | | Court | Court Issued Document Sync Back | TRANSCRIPTS - 12/01/23 | N/A |
| 10/15/2024 9:15:16 AM | | Court | Court Issued Document Sync Back | TRANSCRIPTS - 11/03/23 | N/A |
| 10/15/2024 9:15:16 AM | | Court | Court Issued Document Sync Back | NPC ACKNOWLEDGEMENT WITH PC DEFICIENCY | N/A |
| 9/30/2024 10:26:25 PM | 09/30/2024 | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Add Document | PETITION FOR CERTIFICATION WITH APPENDIX WITH APPENDIX, CERTIFICATION OF SERVICE | E1049876-09302024 |
| 9/19/2024 11:30:15 PM | 09/19/2024 | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA | Case initiation. | NOTICE OF PETITION FOR CERTIFICATION, NOTICE OF PETITION FOR CERTIFICATION (UPLOAD), CERTIFICATION OF SERVICE | E1049765-09192024 |

Return to Case List

eFiling Communication

© Copyright NJ Judiciary 2012.

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-001267-23 TEAM 02

ANGEL LOPEZ
V
THE PALISADES LLC, MR. HANDYMAN, INC.,
RSP ENTERPRISES NJ, L.L.C., ABC CORPORATION 1-10
(FICTITIOUS CORPORATION(S)

ORDER DISMISSING APPEAL

This matter being opened to the Court on its own motion and it appearing that the appellant has failed to file a timely, conforming brief;

It is HEREBY ORDERED that the above appeal is dismissed.

WITNESS, the Honorable Thomas W. Sumners, Jr., Chief Judge of the Appellate Division, at Trenton, this 17th day of September, 2024.

s/JOSEPH H. ORLANDO
JOSEPH H. ORLANDO
CLERK OF THE APPELLATE DIVISION

PM

BER-L-5926
BER-L-5926-20 BERGEN

T-44

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072 Fax (862) 520 3433
Attorney Id :021212005
Email: Portillalaw@comcast.net

| | |
|---|---|
| ANGEL LOPEZ<br><br>Plaintiff<br><br>v<br><br>THE PALISADES LLC, MR HANDYMAN, INC, RSP ENTERPRISES NJ, LLC., AND ABC CORPORATION 1-10 (FICTITIOUS CORPORATIONS)<br><br>Defendants | **SUPERIOR COURT OF NEW JERSEY APPELLATE DIVISION-A-001267-23**<br><br>Sat Below: Hon Peter G. Geiger, JSC<br>Superior Court Of New Jersey<br>Law Division: Bergen County<br>Docket NO: BER-L-5925-20 |

| | |
|---|---|
| ANGEL LOPEZ, KAZUE KOIZUMI<br><br>Plaintiff<br><br>EDWARD PEC, THE PALISADES LLC, MR. HANDYMAN, INC., RSP ENTERPRISES NJ, L.L.C., and ABC CORPORATION 1-10 (FICTITIOUS CORPORATION(S).<br><br>Defendants | Sat Below: Hon Peter G. Geiger, JSC<br>Superior Court Of New Jersey<br>Law Division: Bergen County<br>Docket NO: BER-L-35[illegible]5-22<br><br>**CERTIFICATION OF CECILE D. PORTILLA, ESQUIRE IN SUPPORT OF MOTION TO ATTACH BRIEFS WRITTEN BY ATTORNEY CHRISTOPHER KAROUNOS TO THE APPENDICES AND TO UPLOAD SEVERAL COURT NOTIFICATIONS SEPARATELY** |

Cecile D. Portilla of full age with knowledge of the penalties of false swearing certify as follows:

1. I am an attorney at law of the State of New Jersey and the attorney for Angel Lopez.
2. I am the co-Attorney for Plaintiff Angel Lopez.
3. I am familiar with the facts of this case and as such able to make this certification.
4. The briefs written by Attorney Karounos are attached in the Appendices as shown by the Appendix index to show numerous statements that were made that affected the outcome of this case.
5. The briefs written by Attorney Karounos are important to help the Court understand the abusive name calling and mischaracterization to which Angel Lopez was subjected which we believe were apparently internalized by two Bergen County Judges who denied this disabled plaintiff of his due process right to meaningfully participate in his matter.
6. The Appellate Court is entitled to read the words in Attorney Karounos' brief to fully appreciate our case.
7. Additionally, the court notifications **(Pa953, Pa1727, Pa1731, Pa1735)** uploaded earlier, are helpful to the plaintiff's case, but they somehow turn sideways after uploaded to eCourts causing us to remove them from the Appendices to prevent the volumes from being rejected.

8. All other pages that have previously rotated were checked many times before reuploading.

9. While we had no choice but to place the regular documents that had previously rotated back in the appendices in their proper positions, we removed the notifications because they seem to be the pages that almost always rotate.

10. While the Court notifications are easier to read in the position to which they have rotated, the fact that they are bate stamped at the shorter end of the page scanned together with other documents, show that they were not scanned sideways but placed in alignment with all other 8 ½ by 11 plain paper documents that we use and scanned as one unit, and bate stamped at the bottom right corner.

11. We replaced the notifications with *intentionally left blank pages* to prevent the volumes from being rejected.

12. The Notification uploaded at Pa953 shows that Judge Thurber had granted plaintiff an adjournment for the July 2022 depositions despite the defendants contending that he refused to be present for his July deposition

13. The Court notification at Pa1731 shows that an Oral argument on a motion was scheduled via zoom as was requested by Eldridge Hawkins (Pa1729).

14. Pa1733 which is inside the Appendix shows that Attorney Cecile Person was named in person in Mr. Karounos' brief and summoned to appear in person at a motion despite her arrangement with co-counsel Eldrige Hawkins, Esquire to appear via zoom on behalf of the Plaintiff.

15. The Court Notification at Pa1735 shows that Cecile Portilla, Esquire was named in the Court Notification to specifically appear, while no other counsel was named because Attorney karounos desired her to do so.

16. The Court notification at Pa1727 shows that upon attorney Karounos demanding her presence *in person* the Court *obeyed him* and demanded that all parties appear in court room 335 on June 1, 2023.

17. The Court Notification attached at Pa953 is the only proof that we have that shows that Judge Thurber granted an adjournment to Angel Lopez in June 2022, despite the defendants' contention that he refused to comply with their request to depose him.

18. There is good cause to allow the briefs filed by Attorney Karounos in this case to be reviewed by the Appellate division for a just resolution of this matter.

19. There is good cause to allow the Court Notifications to be uploaded outside of the Appendices in the interest of justice.

20. There is good cause to grant this motion.

I certify that the above statements made by me are true. I am aware that if the above statements made by me are willfully false that I am subject to punishment.

/s/ Cecile D. Portilla
CECILE D. PORTILL, ESQUIRE

Dated: August 14, 2024

ORDER ON MOTION

---------------

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.: A-001267-23
MOTION NO.: M-006834-23
BEFORE: PART L
JUDGE(S): THOMAS W. SUMNERS JR.

ANGEL LOPEZ
V
THE PALISADES LLC, MR. HANDYMAN, INC.,
RSP ENTERPRISES NJ, L.L.C., ABC CORPORATION 1-10
(FICTITIOUS CORPORATION(S)

MOTION FILED: 08/15/2024 BY: ANGEL LOPEZ
ANSWER(S) FILED: BY:

SUBMITTED TO COURT: August 29, 2024

ORDER

-----

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS, ON THIS 3rd day of September, 2024, HEREBY ORDERED AS FOLLOWS:

MOTION BY APPELLANT

MOTION TO FILE AS WITHIN TIME CERTIFICATION TO ADD TRIAL BRIEF AND NOTIFICATIONS — DENIED AND OTHER

SUPPLEMENTAL:
Movant shall file a brief conforming to our court rules by September 16, 2024, or the appeal shall be dismissed on the court's motion and without further notice.

FOR THE COURT:

Thomas W. Sumners Jr.

THOMAS W. SUMNERS JR., C.J.A.D.

BER-L-5926
BER-L-5926-20 BERGEN
ORDER - REGULAR MOTION
PM

FILED, Clerk of the Appellate Division, June 25, 2024, A-001267-23
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

Superior Court of New Jersey - Appellate Division

MARIE C. HANLEY, ESQ.
DEPUTY CLERK – CASE PROCESSING

SAUL E. HERNANDEZ
DEPUTY CLERK – ADMINISTRATIVE SERVICES

JOSEPH H. ORLANDO, ESQ.
CLERK OF THE APPELLATE DIVISION

STACY A. FOLS, ESQ.
DIRECTOR, CENTRAL RESEARCH

LISA D. BIGONY, ESQ.
CHIEF COUNSEL

Richard J. Hughes Justice Complex • P.O. Box 006 • Trenton, NJ 08625-0006 njcourts.gov • Tel: 609-815-2950 • Fax: 609-815-2949

Date: June 25, 2024

**SECOND NOTICE**

CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA
7 GLENWOOD AVE STE 400
EAST ORANGE, NJ 07017

Re: ANGEL LOPEZ V THE PALISADES LLC, MR. HANDYMAN, INC., RSP ENTERPRISES NJ, L.L.C., ABC CORPORATION 1-10 (FICTITIOUS CORPORATION(S)
Docket No. A-001267-23T2

Dear CECILE DELROSE PORTILLA :

Your brief/appendix which was received on 06/14/2024, has been reviewed and is deficient in several aspects. For the brief/appendix to be filed, the following noted deficiencies must be corrected within 15 days, or the appeal may be subject to dismissal. If you are the respondent, you may be suppressed.

☒ A Table of Contents for the appendix that lists the title of the document and the initial page for each document. Attachments to any document shall be listed separately in the table of contents. **Each volume of the appendix shall contain a full table of contents and specify on its cover the appendix pages included therein**. R. 2:6-1(c)

**Note**: The Table of Contents in each volume of the appendix should be the same and should list every item in both the appendix AND Confidential appendix.

☒ A procedural history, which is the history of the case in the trial court or agency, that includes a statement of the nature of the proceedings and a reference to the decision being appealed. **It should briefly describe the various trial court or administrative agency proceedings that preceded the filing of the notice of appeal. Next to each document referred to must be the page of the appendix where that document is located**. R. 2:6-2(a)(4)

☒ An appendix containing all relevant documents essential for the proper consideration of the issues. It should contain copies of the complaint, application or petition that initiated the matter in the trial court, any answering papers, and the judgment or order being appealed. All documents must be part of the record below and in their original form. Each page of the appendix should be numbered separately and consecutively followed by the letter "a" (e.g., 1a, 2a, etc.). R. 2:6-1(a)(1)

**Note**:

i. All documents in the appendix must be scanned correctly. For example, see page Pa101.
ii. The documents on pages Pa25, Pa80, Pa94 and Pa2447 have been scanned upside down. **These are only examples**.
iii. All pages of the appendix must be numbered. For **example**, see page Pa53.

☒ **Other**: Active hyperlinks are not permitted and must be removed from the appendix. For example, see pages Pa94 and Pa97. **These are only an examples**.

☒ Respondent's brief is due 30 days from the receipt of the brief corrections. Reply briefs are optional and are due 14 days after respondent's brief is received. R. 2:6-11(a)

For eCourts Appellate appeals, you must upload an amended brief/appendix within 15 days. Then, you will be advised through an edata communication, that your brief has been approved and when to send the copies. If you have any questions, please contact PAMELA MARSH, Case Manager, at (609-815-2950 x 52670)

JOSEPH H. ORLANDO
CLERK

BRANDON J. BRODERICK, ESQ. LLC - CHRISTOPHER THEODORE KAROUNOS
ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS
HOAGLAND LONGO MORAN DUNST & DOUKAS - AMELIA ROSE LYTE
HOAGLAND LONGO MORAN DUNST & DOUKAS - JOSEPH VINCENT LEONE
METHFESSEL & WERBEL - JAMES H FOXEN

FILED, Clerk of the Appellate Division, July 31, 2024, A-001267-23
FILED, Clerk of the Supreme Court, 30 May 2025, 089878

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

Superior Court of New Jersey - Appellate Division

MARIE C. HANLEY, ESQ.
DEPUTY CLERK – CASE PROCESSING

SAUL E. HERNANDEZ
DEPUTY CLERK – ADMINISTRATIVE SERVICES

JOSEPH H. ORLANDO, ESQ.
CLERK OF THE APPELLATE DIVISION

STACY A. FOLS, ESQ.
DIRECTOR, CENTRAL RESEARCH

LISA D. BIGONY, ESQ.
CHIEF COUNSEL

Richard J. Hughes Justice Complex • P.O. Box 006 • Trenton, NJ 08625-0006 njcourts.gov • Tel: 609-815-2950 • Fax: 609-815-2949

Date: July 30, 2024

CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA
7 GLENWOOD AVE STE 400
EAST ORANGE, NJ 07017

Re: ANGEL LOPEZ V THE PALISADES LLC, MR. HANDYMAN, INC., RSP ENTERPRISES NJ, L.L.C., ABC CORPORATION 1-10 (FICTITIOUS CORPORATION(S)
Docket No. A-001267-23T2

Dear CECILE DELROSE PORTILLA :

Your brief/appendix which was received on 07/10/2024, has been reviewed and is deficient in several aspects. For the brief/appendix to be filed, the following noted deficiencies must be corrected by 08/14/2024 or the appeal may be subject to dismissal.

☒ A Table of Judgments, Orders and Rulings being appealed must be included in the brief. The table must list the places in the record where the following items may be located: a) the trial court judgment(s), order(s), and rulings(s) being appealed, or the administrative agency's final decision(s); b) the trial judge's written or oral opinion; and c) intermediate decisions, if any, pertinent to the appeal. These decisions include planning board resolutions, initial decisions of the administrative law judge, and appeal tribunal decisions. R. 2:6-2(a)(2)

**Note**: All pages referenced in the Table of Judgments, Orders and Rulings must be accurate.

☒ An appendix containing all relevant documents essential for the proper consideration of the issues. It should contain copies of the complaint, application or petition that initiated the matter in the trial court, any answering papers, and the judgment or order being appealed. All documents must be part of the record below and in their original form. Each page of the appendix should be numbered separately and consecutively followed by the letter "a" (e.g., 1a, 2a, etc.). R. 2:6-1(a)(1)

**Note**:

i. Numerous documents in the appendix have been scanned upside down. For example, see volumes 7 and 15. **These are only examples**; all pages of the appendix must be scanned correctly.
ii. All documents in the appendix must be legible. For **example**, see pages Pa240, Pa243 and Pa245. These are only examples. If the quality of these documents (or any other illegible documents in the appendix) are the same quality as you received them and no better-quality documents are available, please include a footnote in the table of appendix or upload a letter of communication stating same.

☒ Briefs submitted to the trial court shall not be included in the appendix. (**Trial court briefs are allowed under limited circumstances only and the reason shall be noted**.) R. 2:6-1(a)(2)

☒ The appendix contains documents with confidential personal identifiers that have not been removed. Please resubmit the appendix with the personal identifiers redacted. R. 1:38-7

**Note**: Redact Driver's License number from page Pa2150.

☒ **Other**: Active hyperlinks are not permitted and must be removed from all pages of the appendix.

☒ Respondent's brief is due 30 days from the receipt of the brief corrections. Reply briefs are optional and are due 14 days after respondent's brief is received. R. 2:6-11(a)

For eCourts Appellate appeals, you must upload an amended brief/appendix by 08/14/2024. Then, you will be advised through an edata communication, that your brief has been approved and when to send the copies. If you have any questions, please contact PAMELA MARSH, Case Manager, at (609-815-2950 x 52670)

JOSEPH H. ORLANDO
CLERK

BRANDON J. BRODERICK, ESQ. LLC - CHRISTOPHER THEODORE KAROUNOS
ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS
HOAGLAND LONGO MORAN DUNST & DOUKAS - AMELIA ROSE LYTE
HOAGLAND LONGO MORAN DUNST & DOUKAS - JOSEPH VINCENT LEONE
METHFESSEL & WERBEL - JAMES H FOXEN

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

Superior Court of New Jersey - Appellate Division

MARIE C. HANLEY, ESQ.
DEPUTY CLERK - CASE PROCESSING

SAUL E. HERNANDEZ
DEPUTY CLERK - ADMINISTRATIVE SERVICES

JOSEPH H. ORLANDO, ESQ.
CLERK OF THE APPELLATE DIVISION

STACY A. FOLS, ESQ.
DIRECTOR, CENTRAL RESEARCH

LISA D. BIGONY, ESQ.
CHIEF COUNSEL

Richard J. Hughes Justice Complex • P.O. Box 006 • Trenton, NJ 08625-0006
njcourts.gov • Tel: 609-815-2950 • Fax: 609-815-2949

Date: September 4, 2024

CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA
7 GLENWOOD AVE STE 400
EAST ORANGE, NJ 07017

Re: ANGEL LOPEZ V THE PALISADES LLC, MR. HANDYMAN, INC., RSP ENTERPRISES NJ, L.L.C., ABC CORPORATION 1-10 (FICTITIOUS CORPORATION(S)
Docket No. A-001267-23T2

Dear CECILE DELROSE PORTILLA :

Your brief/appendix which was received on 08/14/2024, has been reviewed and is deficient in several aspects. For the brief/appendix to be filed, the following noted deficiencies must be corrected within 15 days, or the appeal may be subject to dismissal. If you are the respondent, you may be suppressed.

☒ A Table of Contents for the appendix that lists the title of the document and the initial page for each document. Attachments to any document shall be listed separately in the table of contents. Each volume of the appendix shall contain a full table of contents **and specify on its cover the appendix pages included therein**. R. 2:6-1(c)

**Note**: All appendix pages referenced on the front cover of each volume of the appendix must be legible.

FILED, Clerk of the Appellate Division, September 04, 2024, A-001867-23
**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

☒ An appendix containing all relevant documents essential for the proper consideration of the issues. It should contain copies of the complaint, application or petition that initiated the matter in the trial court, any answering papers, and the judgment or order being appealed. All documents must be part of the record below and **in their original form**. Each page of the appendix should be numbered separately and consecutively followed by the letter "a" (e.g., 1a, 2a, etc.). R. 2:6-1(a)(1)

**Note**:

i. Numerous documents in the appendix have been scanned upside down. For example, see pages Pa25, Pa80, Pa116. (these are only examples).

ii. All pages in the appendix must be scanned with the correct page orientation. For example, see pages Pa 637 and Pa2362 (these are only examples).

iii. Pages Pa1736 and Pa2142 are missing from the appendix. These are only examples. Ensure that each page of the appendix is numbered separately and consecutively.

iv. All documents in the appendix must be legible. For example, see pages Pa222, Pa225, Pa227 and Pa230 (these are only examples). If the quality of these documents (or any other illegible documents in the appendix) are the same quality as you received them and no better-quality documents are available, please upload a letter of communication or include a footnote in the appendix stating same.

v. All pages in the appendix should be free of underlining, comments and any other markings, such as a highlights. For example, see page Pa2434. This is only an example. If these documents are the same as you received them and no other documents without the highlights are available, please upload a letter of communication or include a footnote in the appendix stating same.

vi. Documents removed from the appendix because they 'rotate sideways' must be included in the appendix. For **example**, see footnotes regarding pages Pa953 and Pa2293. These are only examples.

vii. Several footnotes in the table of contents for the appendix states, 'multiple documents in this exhibit.' If the documents

that you are referring to have not been included in the appendix, then remove 'multiple documents in this exhibit' from the footnote and state 'Omitted' next to the document in question.

☒ **Other**: Active hyperlinks are not permitted and must be removed from the appendix. Active URLS/hyperlinks (clickable when hovered over) are not permitted in Appellate filings. This includes any webpage links in blue or starting with http://www; email addresses are ok to remain as-is. In the brief, hyperlinks must have the http://www portion removed to prevent the link from being activated. If you are referring the court to a webpage, you must print out a copy of the webpage, place it in the appendix, and provide an appendix page number as reference. If you are unable to remove the hyperlinks from the appendix, please upload a letter of communication or include a footnote in the appendix stating same.

☒ Respondent's brief is due 30 days from the receipt of the brief corrections. Reply briefs are optional and are due 14 days after respondent's brief is received. R. 2:6-11(a)

For eCourts Appellate appeals, you must upload an amended brief/appendix within 15 days. Then, you will be advised through an edata communication, that your brief has been approved and when to send the copies. If you have any questions, please contact PAMELA MARSH, Case Manager, at (609-815-2950 x 52670)

JOSEPH H. ORLANDO
CLERK

BRANDON J. BRODERICK, ESQ. LLC - CHRISTOPHER THEODORE KAROUNOS
ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS
HOAGLAND LONGO MORAN DUNST & DOUKAS - AMELIA ROSE LYTE
HOAGLAND LONGO MORAN DUNST & DOUKAS - JOSEPH VINCENT LEONE
METHFESSEL & WERBEL - JAMES H FOXEN

FILED, Clerk of the Appellate Division, May 15, 2024, A-001267-23


New Jersey Courts
Independence • Integrity • Fairness • Quality Service

Superior Court of New Jersey - Appellate Division

MARIE C. HANLEY, ESQ.
DEPUTY CLERK – CASE PROCESSING

SAUL E. HERNANDEZ
DEPUTY CLERK – ADMINISTRATIVE SERVICES

JOSEPH H. ORLANDO, ESQ.
CLERK OF THE APPELLATE DIVISION

STACY A. FOLS, ESQ.
DIRECTOR, CENTRAL RESEARCH

LISA D. BIGONY, ESQ.
CHIEF COUNSEL

Richard J. Hughes Justice Complex • P.O. Box 006 • Trenton, NJ 08625-0006
njcourts.gov • Tel: 609-815-2950 • Fax: 609-815-2949

Date: May 15, 2024

CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA
7 GLENWOOD AVE STE 400
EAST ORANGE, NJ 07017

Re: ANGEL LOPEZ V THE PALISADES LLC, MR. HANDYMAN, INC., RSP ENTERPRISES NJ, L.L.C., ABC CORPORATION 1-10 (FICTITIOUS CORPORATION(S)
Docket No. A-001267-23T2

Dear CECILE DELROSE PORTILLA :

Your brief/appendix which was received on 04/29/2024, has been reviewed and is deficient in several aspects. For the brief/appendix to be filed, the following noted deficiencies must be corrected within 15 days, or the appeal may be subject to dismissal. If you are the respondent, you may be suppressed.

☒ The brief cover must contain the **full caption**, trial court/agency information including **name of court** or agency or office below, judge, the appellate docket number, and complete attorney information (address, email, and attorney ID number). R. 2:6-6(a)

**Note**:

i. The caption is incorrect. Please list the captions from both consolidated cases below and their respective trial court docket numbers.
ii. Add name of trial court to brief cover.

☒ A Table of Contents for the brief that includes the point headings to be argued. **The appellant shall include in parentheses next to the point heading the place in the record where the opinion or ruling in question is located or if the issue was not raised below a statement indicating that the issue was not raised below**. R. 2:6-2(a)(1)

☒ A Table of Contents for the appendix that lists the title of the document and the initial page for each document. Attachments to any document shall be listed separately in the table of contents. **Each volume of the appendix shall contain a full table of contents and specify on its cover the appendix pages included therein**. R. 2:6-1(c)

**Note**:

i. The Table of Contents in each volume of the appendix should be the same and should list every item in the appendix and Confidential appendix.

ii. The title and the initial page for each document in the appendix should be listed in the table of contents for the appendix, including documents located in the confidential appendix.

☒ A procedural history, which is the history of the case in the trial court or agency, that includes a statement of the nature of the proceedings and a reference to the decision being appealed. i) **It should briefly describe the various trial court or administrative agency proceedings that preceded the filing of the notice of appeal**. ii) **Next to each document referred to must be the page of the appendix where that document is located**. R. 2:6-2(a)(4)

☒ Multiple volumes of transcripts shall be numbered sequentially by chronology, e.g., 1T, 2T etc. Appellant's **procedural history** should include a list in a footnote with the date of each volume and its numbered designation. R. 2:6-8

**Note**: Only 1 of the 2 transcripts has been referenced in the footnote of the procedural history.

☒ Separate legal argument(s) divided under appropriate point headings into separate parts for each point to be argued. The argument(s) should be supported by citing cases, statutes, rules, and other authorities. **Following each point heading, the place in the record where the opinion or ruling in question is located, or a statement that the issue was not raised below, must be included in parentheses**. R. 2:6-2(a)(6)

☒ An appendix containing all relevant documents essential for the proper consideration of the issues. It should contain copies of the complaint, application or petition that initiated the matter in the trial court, any answering papers, and the judgment or order being appealed. **All documents must be part of the record below and in their original form**. Each page of the appendix should be numbered separately and consecutively followed by the letter "a" (e.g., 1a, 2a, etc.). R. 2:6-1(a)(1)

**Note**:

i. All documents in the appendix must be legible.
ii. All page numbers in the appendix must be legible.
iii. All pages in the appendix should be free of underlining, comments and any other markings, such as a highlights.

☒ The **brief/appendix** that you have submitted is not OCR recognizable (optical character recognition or text searchable), which is a requirement of using efiling. (See the July 6, 2015, Notice to the Bar.) You must refile your brief/appendix in the correct format, which is OCR recognition (on your scanner), or create as a word document and save as a PDF. In order to meet the requirement, we suggest the following: contact your technical support department, refer to your scanner's user manual or contact the manufacturer to see if your scanner is equipped with the OCR functionality, research downloadable OCR software on the internet, use Adobe to convert the document, or visit an office supply store to see if they provide service that can assist you. Once you have converted the document to OCR and prior to submission, you should view the document in Adobe Reader to ensure the formatting meets the Court's requirements.

☒ **Other**: Active hyperlinks are not permitted and must be removed from the appendix. For **example**, see pages Pa25, Pa80, Pa706, Pa1009, Pa 1202 and Pa1401. (these are only examples).

☒ Respondent's brief is due 30 days from the receipt of the brief corrections. Reply briefs are optional and are due 14 days after respondent's brief is received. R. 2:6-11(a)

For eCourts Appellate appeals, you must upload an amended brief/appendix within 15 days. Then, you will be advised through an edata communication, that your brief has been approved and when to send the copies. If you have any questions, please contact PAMELA MARSH, Case Manager, at (609-815-2950 x 52670)

JOSEPH H. ORLANDO
CLERK

BRANDON J. BRODERICK, ESQ. LLC - CHRISTOPHER THEODORE KAROUNOS
ELDRIDGE HAWKINS - ELDRIDGE T HAWKINS
HOAGLAND LONGO MORAN DUNST & DOUKAS - AMELIA ROSE LYTE
HOAGLAND LONGO MORAN DUNST & DOUKAS - JOSEPH VINCENT LEONE
METHFESSEL & WERBEL - JAMES H FOXEN

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

File **NEW** Case | My Case List | Logout | Help |

You are currently logged in as **CECILE DELROSE PORTILLA** (021212005)

**Home**
**My Profile**
Update Email
**Search**
Case Search
(For Substitutions & New Movants)
My Case List
**Quick Reference**
Appellate Division Rules
Emergent Application Information
Notices to the Bar
**Customer Support**
**eCourts Appellate**
Help Line:
609-815-2950 x 52590
Email:
AppellateT7.mailbox@njcourts.gov

**Pre-trial Detention Appeals (PDA)**
Help Line:
609-815-2950 x 52580
Email:
AppellatePDA.mailbox@njcourts.gov

**Docket Information for A-001267-23 Case Team: TEAM 02 File Manager: PAMELA MARSH(609-815-2950 x 52670)**

| DATE SUBMITTED | FILING PARTY | SUBMISSION TYPE | DOCUMENTS/ACTIONS | TRANSACTION ID | DATE REVIEWED |
|---|---|---|---|---|---|
| 9/17/2024 9:10:53 AM | Court | Court Issued Document Sync Back | ORDER (DISMISSED COURT INITIATED ORDER) | N/A | 9/17/2024 9:08:31 AM |
| 9/4/2024 4:05:52 PM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 8/21/2024 8:26:30 AM |
| 9/4/2024 12:37:11 PM | Court | Court Issued Document Sync Back | ORDER (DENIED AND OTHER) | N/A | 9/4/2024 12:36:56 PM |
| 9/3/2024 7:54:02 AM | Court | eCourts Appellate Communication | Title of document amended for ease of court. | N/A | 9/3/2024 7:54:02 AM |
| 9/3/2024 7:54:00 AM | ANGEL LOPEZ (APPELLANT) | Clerk Office Changes | | E1649534-09032024 | 9/3/2024 7:54:00 AM |
| 8/26/2024 5:32:15 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, LETTER OF COMMUNICATION WITHDRAWING MOTION | E1648541-08262024 | 8/27/2024 11:58:13 AM |
| 8/26/2024 4:15:43 PM | Court | eCourts Appellate Communication | Title of document amended for ease of court. | N/A | 8/26/2024 4:15:43 PM |
| 8/26/2024 4:14:48 PM | ANGEL LOPEZ (APPELLANT) | Clerk Office Changes | | E1648521-08262024 | 8/26/2024 4:14:48 PM |
| 8/23/2024 3:36:48 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1648214-08232024 | 8/23/2024 4:42:44 PM |
| 8/22/2024 2:04:38 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | eCourts Appellate Communication | Dear Case Manager: The first motion should be marked deficient. However, the four notifications that are attached to the first motion are to be added to second motion that was approved. Please note that the Trial Court Notification identified as "Other" that is bate stamped Pa0953-showing that a request for adjournment was granted and the three notifications identified as "Motion Supporting document" bate stamped Pa1727, Pa1731, Pa1735 that were filed on 8/14/24, are part of the motion filed on 8/15/2024 that was approved to be heard by the Court. Do you want me to reupload those four pages so that they can be properly added to the last motion that was filed? Cecile D. Portilla, Esquire | N/A | 8/22/2024 2:04:38 PM |
| 8/22/2024 11:57:41 AM | Court | eCourts Appellate Communication | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA - The motion captioned "MOTION TO FILE BRIEFS, AND COURT NOTIFICATIONS" has been marked deficient because there is no motion supporting certification. However, the motion captioned "MOTION TO FILE AS WITHIN TIME CERTIFICATION TO ADD TRIAL BRIEF AND NOTIFICATIONS" has been accepted for filing. It is not clear whether the deficient motion is duplicative of the latter. Please advise your case manager, Pam Marsh, whether you intend to withdraw the deficient motion. Thank you, Johanna G. Hendrix, Staff Attorney | N/A | 8/22/2024 11:57:41 AM |
| 8/15/2024 2:35:48 AM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | MOTION TO FILE AS WITHIN TIME, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1646203-08152024 | 8/22/2024 11:46:49 AM |
| 8/14/2024 11:58:26 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS | E1646197-08142024 | 8/22/2024 11:55:41 AM |

| | | | | | |
|---|---|---|---|---|---|
| | | | APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), APPELLANTS APPENDIX (Vol. 10), APPELLANTS APPENDIX (Vol. 11), APPELLANTS APPENDIX (Vol. 12), APPELLANTS APPENDIX (Vol. 13), APPELLANTS APPENDIX (Vol. 14), APPELLANTS APPENDIX (Vol. 15), APPELLANTS APPENDIX (Vol. 1), MOTION, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT, MOTION SUPPORTING DOCUMENTS | | |
| 7/31/2024 1:30:17 PM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 7/12/2024 7:44:48 AM |
| 7/31/2024 1:23:25 PM | Court | Court Issued Document Sync Back | ORDER (DENIED) | N/A | 7/31/2024 1:23:07 PM |
| 7/11/2024 1:45:27 AM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 12), APPELLANTS APPENDIX (Vol. 13), APPELLANTS APPENDIX (Vol. 14), APPELLANTS APPENDIX (Vol. 15), APPELLANTS APPENDIX (Vol. 1), OTHER, MOTION TO FILE AS WITHIN TIME, PROOF OF SERVICE, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1639678-07112024 | 8/1/2024 12:27:48 PM |
| 7/10/2024 11:57:15 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | APPELLANTS APPENDIX (Vol. 10), APPELLANTS APPENDIX (Vol. 11), PROOF OF SERVICE | E1639677-07102024 | 7/12/2024 8:55:13 AM |
| 7/10/2024 11:40:28 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), PROOF OF SERVICE | E1639676-07102024 | 7/12/2024 10:30:06 AM |
| 7/3/2024 1:23:57 PM | Court | eCourts Appellate Communication | CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA: The table of contents in each volume of the appendix AND confidential appendix should be EXACTLY the same. For example, volume 1 of your appendix only lists the contents for each of the 15 volumes of the appendix; it does not refer to the contents of the confidential appendix and the table of contents in the confidential appendix does not refer to the contents of volumes 1-15 of the appendix. A correct table of contents should include the contents of volumes 1-15 of the appendix AND the confidential appendix. If you need further clarification, please contact your case manager at 609 815 2950 ext. 52670. Thank you. | N/A | 7/3/2024 1:23:57 PM |
| 7/1/2024 9:50:36 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | eCourts Appellate Communication | Dear Case Manager:<br><br>Regarding:<br><br>" The Table of Contents in each volume of the appendix should be the same and should list every item in both the appendix AND Confidential appendix."<br><br>Can you clarify the above?<br><br>We included in each of the regular appendix an appendix index that contained items that were in the regular appendix as well as the confidential appendix. | N/A | 7/1/2024 9:50:36 PM |
| 6/25/2024 3:17:42 PM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 6/19/2024 7:24:46 AM |
| 6/14/2024 11:09:46 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), APPELLANTS APPENDIX (Vol. 10), APPELLANTS APPENDIX (Vol. 11), APPELLANTS APPENDIX (Vol. 12), APPELLANTS APPENDIX (Vol. 13), APPELLANTS APPENDIX (Vol. 14), APPELLANTS APPENDIX (Vol. 15), APPELLANTS APPENDIX (Vol. 1), PROOF OF SERVICE | E1635536-06142024 | 6/19/2024 10:13:20 AM |

| | | | | | |
|---|---|---|---|---|---|
| 7:04:58 AM | Court | Briefing Due Dates: | BRIEF-APPELLANTS BRIEF AND APPENDIX: Due Date 06/14/24 (CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 07/15/24 (BRANDON J. BRODERICK, ESQ. LLC - CHRISTOPHER THEODORE KAROUNOS ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 07/15/24 (HOAGLAND LONGO MORAN DUNST & DOUKAS - AMELIA ROSE LYTE ) BRIEF-RESPONDENTS BRIEF AND APPENDIX: Due Date 07/15/24 (HOAGLAND LONGO MORAN DUNST & DOUKAS - AMELIA ROSE LYTE ) BRIEF-REPLY BRIEF: Due Date 07/29/24 (CECILE D PORTILLA, ATTORNEY AT LAW - CECILE DELROSE PORTILLA ) | N/A | 5/30/2024 7:04:58 AM |
| 5/29/2024 10:35:17 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, LETTER REQUEST FOR EXTENSION OF TIME TO FILE BRIEF | E1632531-05292024 | 5/30/2024 7:03:03 AM |
| 5/16/2024 7:29:33 AM | Court | eCourts Appellate Communication | Title of document amended for ease of court. | N/A | 5/16/2024 7:29:33 AM |
| 5/16/2024 7:29:06 AM | ANGEL LOPEZ (APPELLANT) | Clerk Office Changes | | E1630085-05162024 | 5/16/2024 7:29:06 AM |
| 5/15/2024 4:12:34 PM | Court | Court Issued Document Sync Back | BRIEF DEFICIENCY LETTER | N/A | 4/30/2024 11:22:29 AM |
| 4/29/2024 11:18:20 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | APPELLANTS BRIEF, APPELLANTS APPENDIX (Vol. 1), APPELLANTS APPENDIX (Vol. 2), APPELLANTS APPENDIX (Vol. 3), APPELLANTS APPENDIX (Vol. 4), APPELLANTS APPENDIX (Vol. 5), APPELLANTS APPENDIX (Vol. 6), APPELLANTS APPENDIX (Vol. 7), APPELLANTS APPENDIX (Vol. 8), APPELLANTS APPENDIX (Vol. 9), APPELLANTS APPENDIX (Vol. 10), APPELLANTS APPENDIX (Vol. 11), APPELLANTS APPENDIX (Vol. 12), APPELLANTS APPENDIX (Vol. 13), APPELLANTS APPENDIX (Vol. 14), APPELLANTS APPENDIX (Vol. 15), APPELLANTS APPENDIX (Vol. 1), PROOF OF SERVICE | E1626647-04292024 | 4/30/2024 4:22:31 PM |
| 4/4/2024 8:49:33 AM | THE PALISADES LLC - BRANDON J. BRODERICK, ESQ. LLC CHRISTOPHER THEODORE KAROUNOS (RESPONDENT) | Add document. | PROOF OF SERVICE, ORAL ARGUMENT REQUEST | E1622393-04042024 | 4/4/2024 8:56:11 AM |
| 4/2/2024 11:12:58 AM | THE PALISADES LLC - METHFESSEL & WERBEL JAMES H FOXEN (RESPONDENT) | Add document. | PROOF OF SERVICE, ORAL ARGUMENT REQUEST | E1621948-04022024 | 4/2/2024 11:58:10 AM |
| 3/20/2024 11:22:57 AM | MR. HANDYMAN, INC. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE (RESPONDENT) | Add document. | PROOF OF SERVICE, ORAL ARGUMENT REQUEST | E1619756-03202024 | 3/20/2024 2:01:29 PM |
| 3/15/2024 11:03:30 AM | Court | Court Issued Document Sync Back | SCHEDULING ORDER E FILED APPEAL | N/A | 3/15/2024 10:59:00 AM |
| 3/15/2024 11:03:30 AM | Court | Court Issued Document Sync Back | SO SAMPLES AND DIRECTIONS | N/A | 3/15/2024 11:00:45 AM |
| 3/11/2024 4:06:48 PM | Court | Court Issued Document Sync Back | ORDER (GRANTED) | N/A | 3/11/2024 4:06:36 PM |
| 2/28/2024 7:03:44 PM | THE PALISADES LLC - BRANDON J. BRODERICK, ESQ. LLC CHRISTOPHER THEODORE KAROUNOS (RESPONDENT) | Add document. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1615151-02282024 | 2/29/2024 7:18:27 AM |
| 2/26/2024 1:46:10 PM | THE PALISADES LLC - METHFESSEL & WERBEL JAMES H FOXEN (RESPONDENT) | Add document. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1614482-02262024 | 2/26/2024 2:03:33 PM |
| 2/23/2024 4:43:51 PM | MR. HANDYMAN, INC. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE (RESPONDENT) | Add document. | MOTION ANSWER/OPPOSITION, PROOF OF SERVICE | E1614209-02232024 | 2/26/2024 8:49:10 AM |
| 2/17/2024 12:06:32 AM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW | Add document by designated filer. | MOTION APPENDIX (Vol. 1), PROOF OF SERVICE | E1613102-02172024 | 2/2[illegible]/2024 [illegible] AM |

| | | | | | |
|---|---|---|---|---|---|
| | PORTILLA (APPELLANT) | | | | |
| 2/16/2024 11:57:53 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | MOTION TO FILE AS WITHIN TIME, MOTION APPENDIX (Vol. 1), MOTION APPENDIX (Vol. 2), MOTION APPENDIX (Vol. 3), MOTION APPENDIX (Vol. 4), MOTION APPENDIX (Vol. 5), MOTION APPENDIX (Vol. 6), MOTION APPENDIX (Vol. 7), MOTION APPENDIX (Vol. 8), MOTION APPENDIX (Vol. 9), MOTION APPENDIX (Vol. 10), MOTION APPENDIX (Vol. 11), MOTION APPENDIX (Vol. 12), MOTION APPENDIX (Vol. 13), MOTION APPENDIX (Vol. 14), MOTION APPENDIX (Vol. 15), PROOF OF SERVICE, FINALITY RESPONSE, FINALITY RESPONSE, MOTION- BRIEF, MOTION CERTIFICATION/SUPPORTING DOCUMENT | E1613100-02162024 | 2/22/2024 9:21:06 AM |
| 2/16/2024 11:29:42 AM | RSP ENTERPRISES NJ, L.L.C. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE (RESPONDENT) | Add document. | PROOF OF SERVICE, LETTER OF COMMUNICATION | E1612923-02162024 | 2/23/2024 11:27:09 AM |
| 2/16/2024 11:28:27 AM | MR. HANDYMAN, INC. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE (RESPONDENT) | Add document. | PROOF OF SERVICE, FINALITY RESPONSE | E1612922-02162024 | 2/22/2024 9:17:38 AM |
| 2/9/2024 2:20:49 PM | Court | Court Issued Document Sync Back | CERTIFICATION OF TRANSCRIPT COMPLETION AND DELIVERY | N/A | 2/9/2024 2:20:02 PM |
| 2/9/2024 2:20:49 PM | Court | Court Issued Document Sync Back | MOTION (Vol. 001) (11/03/2023) | N/A | 2/9/2024 2:20:46 PM |
| 2/9/2024 2:20:49 PM | Court | Court Issued Document Sync Back | MOTION (Vol. 001) (12/01/2023) | N/A | 2/9/2024 2:20:46 PM |
| 2/7/2024 10:41:59 AM | Court | eCourts Appellate Communication | ALL COUNSEL: A review of the respondents' case information statements and the trial court docket has revealed that the pending appeal may be interlocutory. A party may file a notice of appeal as of right if the determination being appealed is final. R. 2:2-3 and 2:5-1. A determination is final when all claims as to all parties below, either in this or a consolidated action, have been disposed. R. 2:2-3(a); Florio v. Galanakis, 107 N.J. Super. 1 (App. Div. 1969). Otherwise, the determination is interlocutory and requires a motion for leave to appeal. R. 2:2-4 and 2:5-6.<br><br>Here, eCourts indicates that the consolidated matter remains pending in the trial court, making this appeal interlocutory. Since the determination is interlocutory and appellant is past the 20 days within which to file a motion for leave to appeal, appellant may file a motion for leave to appeal as within time. Appellant may also withdraw the pending appeal and file a Notice of Appeal as of right when a final judgment or decision is entered in the consolidated matter.<br><br>If you feel that the determination being appealed is final, please send a detailed letter of explanation, citing to applicable rules, regulations, statutes and/or case law. All parties are encouraged to submit a response.<br><br>ALL RESPONSES MUST BE SUBMITTED ON/BEFORE FRIDAY, FEBRUARY 16, 2024.<br><br>Thank you -<br>Caroline Stahl, Staff Attorney | N/A | 2/7/2024 10:41:59 AM |
| 1/11/2024 7:10:46 PM | THE PALISADES LLC - BRANDON J. BRODERICK, ESQ. LLC CHRISTOPHER THEODORE KAROUNOS (RESPONDENT) | Add document. | CASE INFORMATION STATEMENT RESPONDENT UPLOAD, PROOF OF SERVICE | E1607104-01112024 | 1/12/2024 11:26:40 AM |
| 1/11/2024 2:58:23 PM | THE PALISADES LLC - METHFESSEL & WERBEL JAMES H FOXEN (RESPONDENT) | Add document. | CASE INFORMATION STATEMENT RESPONDENT UPLOAD, PROOF OF SERVICE | E1607028-01112024 | 1/11/2024 3:51:52 PM |

| | | | | | |
|---|---|---|---|---|---|
| 1/11/2024 9:53:14 AM | MR. HANDYMAN, INC. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE (RESPONDENT) | Add document. | PROOF OF SERVICE, CASE INFORMATION STATEMENT | E1606865-01112024 | 1/11/2024 10:39:58 AM |
| 1/6/2024 9:09:50 AM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Amend appeal. | PROOF OF SERVICE, TRIAL COURT ORDER/JUDGMENT/DECISION (11/06/2023), TRIAL COURT ORDER/JUDGMENT/DECISION (11/06/2023), TRIAL COURT ORDER/JUDGMENT/DECISION (11/06/2023), MISC-AMENDED NOTICE OF APPEAL | E1605957-01062024 | 1/8/2024 1:51:17 PM |
| 1/2/2024 2:33:00 PM | RSP ENTERPRISES NJ, L.L.C. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE (RESPONDENT) | Add or Delete Designated Attorney. | New Attorney: JOSEPH VINCENT LEONE | E1605025-01022024 | 1/2/2024 2:33:00 PM |
| 1/2/2024 2:31:43 PM | MR. HANDYMAN, INC. - HOAGLAND LONGO MORAN DUNST & DOUKAS AMELIA ROSE LYTE (RESPONDENT) | Add or Delete Designated Attorney. | New Attorney: JOSEPH VINCENT LEONE | E1605022-01022024 | 1/2/2024 2:31:43 PM |
| 1/2/2024 11:36:52 AM | Court | eCourts Appellate Communication | If you are also appealing the 11/6/23 order(s), as indicated on the Case Information Statement, you must submit an Amended Notice of Appeal adding the order(s). You must also uploaded the 11/6/23 order. ALSO, the Notice of Appeal must be amended to reflect the correct order date of 12/8/23, NOT 12/1/23. Select the option to file an amended NOTICE OF APPEAL from the edit case popup; make the required changes on the pages that follow. You will enter the information on the Additional Case Details page under additional trial court information. Click on the link and system will drive you. If the noted deficiencies are not corrected within 10 days, the appeal will be subject to dismissal without further notice. Please call the efiling Help Desk at 609-815-2950, ext. 52590 for assistance. Thank you. | N/A | 1/2/2024 11:36:52 AM |
| 1/2/2024 11:06:05 AM | Court | Court Issued Document Sync Back | NOTICE OF DOCKETING | N/A | 1/2/2024 11:06:03 AM |
| 1/2/2024 10:41:30 AM | Court | Court reviews and ACCEPTS submission with deficiency. Updated eCourts Appellate case status to Accepted with Deficiency. | Case docketed. | N/A | 1/2/2024 10:41:30 AM |
| 12/28/2023 11:34:15 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, CASE INFORMATION STATEMENT | E1604549-12282023 | 1/2/2024 10:56:49 AM |
| 12/28/2023 9:27:25 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Add document by designated filer. | PROOF OF SERVICE, TRIAL COURT ORDER/JUDGMENT/DECISION, TRIAL COURT ORDER/JUDGMENT/DECISION | E1604546-12282023 | 1/2/2024 10:54:27 AM |
| 12/28/2023 9:00:07 PM | ANGEL LOPEZ - CECILE D PORTILLA, ATTORNEY AT LAW CECILE DELROSE PORTILLA (APPELLANT) | Case initiation. | NOTICE OF APPEAL, PROOF OF SERVICE, TRIAL COURT ORDER/JUDGMENT/DECISION (12/01/2023), CASE INFORMATION STATEMENT, TRANSCRIPT REQUEST FORM (TO ORDER OR AMEND PRIOR REQUEST) | E1604533-12282023 | 1/2/2024 10:41:30 AM |

Return to Case List    eCourts Appellate Communication

© Copyright NJ Judiciary 2012.

Client Copy

Geek

EAST HANOVER NJ 00473
410 State Route 10
East Hanover, NJ 07936
(973) 515-4994

**Service Order: 00473-350233907**
01/28/2025

If you have any questions about the work performed on your product, please contact your local Precinct.

## Client Information

**Service Owner:**
**Name:** CECILE PORTILLA
**Address:** 3 ARDMORE RD WEST ORANGE, NJ 07052-4718
**Primary Phone:** (973) 419-2325
[Anytime]
**Ship To:**
00473 EAST HANOVER NJ (973) 515-4994

## Product Information

**MFG:** GEEK SQUAD
**Description:** GEEK SQUAD CONSULTATION
**Model:** GS-CONSULT **SKU:** 5628289 **Serial:** na
**Purchased:** 01/28/2025
**Physical Appearance:** N/A
**Accessories:** None **Plan Type:** Tech Support
**Plan ID:** MBRTOT2412985127546 **Expires:** 12/21/2025
**Labor Coverage:** Tech Support **Parts Coverage:** COD

## Service Information

**Confirmation Number:** N551071D
**Repair Comments:**
was unable to remove links beacuse they where not seen as links within the program. client needs to edit the text to remove this links.||-wk
**Agent Notes at Check-In:** client came in with an issue with her pdf. client was trying to get rid of links within her documents.

## Fees and Payments

| Qty | Part Number / SKU | Description | | Price Each | Adjustment | Total |
|---|---|---|---|---|---|---|
| | 4740131 | | Total Parts: | | | |
| | | | Total Labor: | $0.00 | $0.00 | $0.00 |
| | | | Sales Tax: | | | $0.00 |
| | | | **Total Repair Cost:** | | | $0.00 |
| | | | Deposit: | | | **$0.00** |
| | | | Total Service Fee: | | | $0.00 |
| | | | Service Fee Paid: | | | $0.00 |
| | | | Adjusted Service Fee Paid: | | | $0.00 |
| | | | Additional Payments: | | | $0.00 |
| | | | **Balance Due:** | | | $0.00 |
| | | | **Actual Tax will be calculated at the time of Payments** | | | **$0.00** |

## Disclaimer

***It is Geek Squad policy to recommend changing your current password after we have completed our repairs.***

## Terms and Conditions

I, CECILE PORTILLA, Recognize that repairs have been performed in a manner that is satisfactory to me.

**Client Signature** **Date** [signature] **Agent Signature** 1/28/25 **Date**

An estimate as required (Section 9844 of California Business and Professions Code) for repairs shall be given to the client by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior consent of the client. Where provided in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate or repair. For more information, contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento, CA 94814. California Master Registration Number: E 81713. Geek Squad, 7601 Penn Avenue South, Richfield, MN 55423-3645. Contact Geek Squad at 1-800-GEEK SQUAD (433-5778).

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

Volume 1 Carol Appendix (com... Volume 2 Carol Appendix (com... Volume 3 Carol Appendix

ll tools Edit Convert E-Sign

ELDRIDGE HAWKINS
Attorney At Law
Attorney ID No. 2147319
60 Evergreen Place, Suite
East Orange, New Jersey 0
Tel: (973) 676-5070 Fax: (
hwklaw@aol.com

CECILE D. PORTILLA, AT
7 Glenwood Avenue, Suite 4
East Orange, NJ 07017
Phone (973) 676-5072 Fax (
Attorney Id: 021212005
Portillalaw@comcast.net
Portillalaw@Gmail.com

*On the Brief:*
*Cecile D. Portilla, Esquire*

Ask Copilot

| | |
|---|---|
| **CAROL JACKSON**<br><br>**PLAINTIFF-APPELLANT**<br><br>**v.**<br><br>**RUTGERS UNIVERSITY, KENNETH COP, MICHAEL REIN**<br><br>**DEFENDANTS-RESPONDENTS** | **SUPERIOR COURT APPELLATE DIVIS**<br><br>Sat Below<br>HON. THO<br>SUPERIOR CO<br>LAW DIVISIO<br>DOCKET NO.<br><br>Submitted: |

**CONFIDENTIAL APPENDIX OF**

**VOLUME 1 of 1**

---

ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070
hawklaw@aol.com

CECILE D.
7 Glenwood
East Orange
Phone (973)
Attorney ID
Portillalaw
Portillalaw

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

SECTION MENU ≡

The Supreme Court Committee on Access and Fairness works to ensure the courts provide equal justice for all.

On This Page


- **About the Committee**
- **Why is this important?**
- **Access and Fairness Timeline**
- **Did you know?**


## Supreme Court Advisory Committee on Access and Fairness


**Supreme Court Advisory Committee on Access and Fairness**
**Richard J. Hughes Justice Complex**
P.O. Box 037
Trenton, New Jersey 08625-0037

*Judge Glenn A. Grant, Chair*
*Janie Rodriguez, staff*


## About the Committee

To ensure that the Judiciary, as an institution, embraces access and fairness as an integral part of its core values, Chief Justice Stuart Rabner created the Supreme Court Advisory Committee on Access and Fairness. The work of the committee will help to set the tone for the operation of the Judiciary for the next quarter century and beyond.

The committee is comprised of judges, judiciary staff and members of various public organizations. Membership is diverse, with talent from the bench, vicinage management, central office leadership, and others such as bar associations, Legal Services of New Jersey and Sheriffs' Association of New Jersey.

The committee focuses on how to administer justice in the face of such challenges as the continued increase in the number of self-represented litigants, the economic pressures applied to litigants and

Feedback

Chat

... the need to treat each case and each litigant with dignity and respect.

## Why is this important?

The millions of litigants who come to the courts each year for a just resolution of their cases must believe they are being treated fairly, with or without counsel. They must have full access to the courts, regardless of income, language barriers, disability, cultural diversity, or educational level.

The Judiciary is guided by its four core values: independence, integrity, fairness and quality service. Access and fairness are the foundation of those values and shape the experience of every litigant. Fairness cannot be attained without access to the courts, the most important component of quality service.

### 2020: Supreme Court Action Plan

The New Jersey Judiciary is committed to ensuring access and fairness for everyone, and to seeking out and eliminating barriers to equality wherever they exist. Through the leadership of Chief Justice Stuart Rabner and the New Jersey Supreme Court, the Judiciary continues to work diligently to uncover and address institutional obstacles to justice for all people, especially those who have been disadvantaged by the court system and denied true justice... **Read more**.

## Access and Fairness Timeline

Feedback

Without question, the New Jersey Judiciary has accomplished a great deal to incorporate its core values into its everyday work. The Judiciary has created a coordinated and integrated approach to problem solving through conferences, committees, expanded training, and communication with staff and the public. But as the Judiciary moves forward, it must place new and greater emphasis on access to the courts and fairness in its procedures.

Some of the Judiciary's successes include:

### 2017: Criminal Justice Reform

Through the leadership of New Jersey Chief Justice Stuart Rabner, all three branches of state government worked together to reform the criminal justice system, which required a constitutional amendment,

... bail, speedy trial reform law, and revisions to the rules of court. New Jersey has now moved from a system that relied principally on setting monetary bail as a condition of release to a risk-based system that is more objective, and thus fairer to defendants because it is unrelated to their ability to pay monetary bail. A risk-based system promotes the safety of the community, and also considers whether the defendant will appear for future court appearances and whether the defendant is likely to obstruct the criminal justice process.

### 2017: Self-Help Mobile App

The NJ Courts Help app allows users, especially self-represented litigants, to find helpful information quickly and easily. Users can quickly locate a specific courthouse, get driving directions, find forms and brochures, and contact a court ombudsman for procedural help in navigating the court system.

### 2015: Municipal Court Mobile App

The NJMC app allows users to pay traffic tickets online through NJMCdirect, search for information about the state's municipal courts, and access the publication "Your Day in Municipal Court," which answers the most-asked questions about how a typical municipal court case proceeds.

### 2014: Mobile App for Attorneys

The NJAttorney app links to information attorneys use most frequently, including Notices to the Bar, directions and contact information for courthouses, court rules and rules of evidence.

Feedback

### 2013: Mobile App for Jurors

The NJJuror app offers jurors convenient access to information about their jury service, including directions, parking information, call-off messages and announcements, and contact information for local jury managers. A list of frequently asked questions and a link to the "You, the Juror" introductory video that all jurors watch at the beginning of their jury service also are available.

### 2011: Supreme Court Advisory Committee on Access and Fairness

... Justice Stuart Rabner established the Supreme Court Advisory Committee on Access and Fairness ("the Committee") to guide the judiciary in adapting to current and future demands on the courts. The committee focus is on how to best administer justice in the face of challenges such as the continued increase in the number of self-represented litigants, the growing multicultural population in New Jersey, the need for expanded language services, the economic pressures on litigants and the courts, and the need to ensure quality service and to treat each case and each litigant with dignity and respect.

### 2009: Advisory Group on Self-Representation in the New Jersey Courts

The Advisory Group on Self-Representation in the New Jersey Courts (Advisory Group) was established to assess successful programs, policies, and procedures of courts nationwide, including those in New Jersey, and to explore systemic causes for dissatisfaction or ineffectiveness among those in the pro se community as well as opportunities for innovative progress. The Advisory Group developed a set of recommendations that represent long-term strategies designed to enhance the public's experience using the New Jersey Court system while maintaining the Judiciary's integrity in the delivery of fair, impartial justice.

### 2005: Judiciary Ombudsman Program

Each vicinage offers a dedicated customer service manager to help the public navigate the courts. The ombudsman assists litigants and other members of the public by explaining court procedures, programs and services; helping self-represented litigants; directing the public to appropriate offices and court staff; working with the various divisions to resolve customer complaints; referring customers to relevant social service or legal agencies; distributing brochures and informational material; and developing court tours and community education and outreach programs.

### 2004: Supreme Court Webcasts

Webcasting of Supreme Court arguments began in January 2005 in order to provide the public, students, attorneys, reporters, and other interested viewers with the opportunity to watch the oral arguments live on the New Jersey Judiciary's web site njcourts.gov. A collaboration between Rutgers Law School and the New Jersey Judiciary made webcasts of New Jersey Supreme Court oral arguments permanently

Feedback

... on the Rutgers web site. At the end of 30 days the webcasts are transferred to the Rutgers Law School archives.

### 2002: New Jersey Municipal Court NJMCDirect

NJMCDirect allows drivers to view tickets online and pay penalties by credit card.

### 2000: Judiciary Electronic Filing and Imaging System (JEFIS)

The Judiciary Electronic Filing and Imaging System (JEFIS) allows attorneys to file documents in special civil part cases and in foreclosure actions online.

### 1998: Ad Hoc Working Group on Pro Se Materials

The Ad Hoc Working Group on Pro Se Materials was formed in 1998 to address the demands placed upon the courts by the growing number of self-represented litigants. The work of the group focused on the creation of forms and brochures, and significant progress was made in the development of self-help forms frequently used in the civil, family, criminal, tax and appellate courts.

### 1997: Task Force on Gay and Lesbian Issues

Composed of judges, lawyers, non-profit leaders and academics, the 27-member task force was appointed by the Supreme Court in June 1997. In focus groups and in its survey of judges, lawyers, litigants and witnesses, the task force found that most respondents do not believe discrimination based on sexual orientation is a pervasive problem in the New Jersey court system. The survey did indicate, however, that those who identified themselves as gay or lesbian reported problems to a greater degree than the overall population of respondents. It its final report, the task force made recommendations for ongoing education for judges and court employees, and communication to staff, litigants and their attorneys about how to report incidents of bias or discrimination.

Feedback

### 1995: Judiciary InfoNet and Internet Websites

The websites were developed to ensure Judiciary information and resources were made available to the public and court employees. The external site, njcourts.gov, has since gained national recognition for its comprehensiveness and social media usage

### Judiciary Advisory Committee on ADA Compliance

The Supreme Court constituted this committee to recommend to the chief justice goals, policies, practices and procedures to be followed by the Judiciary to comply with the requirements of the Americans with Disabilities Act (ADA) and related laws. Attention is given to training, communication, compliance, enforcement and review of procedures relating to the ADA and the needs of the elderly.

### 1983: Supreme Court Committee on Diversity, Inclusion, and Community Engagement

Since the early 1980s the Judiciary determined that "the same bias that has affected all of society for so long exists in all of its institutions, including the Judiciary." To ensure that fair and equitable access to the courts for racial and ethnic minority court users, judges and employees, the court designed and implemented a comprehensive action plan to "rid the court of all vestiges of bias and discrimination in the state court system." The Supreme Court Committee on Diversity, Inclusion, and Community Engagement, with the collaboration of its local vicinages advisory committee on minority concerns monitors and reports on the progress made in implementing the system-wide recommendations and institutional enhancements.

### 1983: Equal Employment Opportunity Reaffirmation Statement

"The New Jersey Judiciary is committed to the principles and goals of fairness, equality, courtesy and respect for all individuals." These principles are embodied in the Policy Statement on Equal Employment Opportunity, Affirmative Action and Anti-Discrimination and are reflected in the principles and policies that guide the activities and operations of the court system as an employer and as an arbiter of justice. The EEO/AA Master Plan spells out in detail these operational principles and guidelines; outcome measures are routinely reported to the court and the public.

### 1983: Law Clerk Diversity Initiative

In an effort to increase minority participation in the Law Clerk Program, the Judiciary, as a result of data collection by the Minority Concerns Committee, implemented this initiative to increase awareness in the program and actively recruit minorities into Law Clerk positions.

### 1982: Supreme Court Task Force on Interpreter and Translation Services

Feedback

Supreme Court adopted the principle of "equal access to courts for linguistic minorities" in 1985, acting on the recommendations of the Supreme Court Task Force on Interpreter and Translation Services. The Court reiterated its support for that principle in 1993 when it stated in its Action Plan on Minority Concerns that, "the courts and their support services shall be equally accessible for all persons regardless of the degree to which they are able to communicate effectively in the English language." Chief Justice Deborah T. Poritz

### 1982: Supreme Court Committee on Women in the Courts

Since 1982, the Judiciary has monitored its progress in achieving gender fairness in the New Jersey Courts. Periodic surveys and focus groups guide the current Supreme Court Committee on Women in the Courts in its efforts to address ongoing issues through training and educational programs for judges, attorneys, courts staff and others.

## Did you know?

- There are a lot of interesting facts about the New Jersey Judiciary relating to access and fairness. This section includes a sample of data and factual highlights.
- The New Jersey Judiciary's website, **njcourts.gov**, has won national and international awards. New Jersey was praised for "a great one-stop-shop for most court services in the state." The website, redesigned in 2017, is a critical resource for the public to find court decisions, pay motor vehicle fines, learn about jobs and volunteer opportunities, download forms and instructions for litigants representing themselves in court, get information to request a court interpreter or an ADA accommodation and more. The site is "mobile friendly" and can be viewed on any pc, phone or tablet.
- In 1995 the New Jersey Supreme Court constituted the Judiciary Advisory Committee on the Americans with Disabilities Act (ADA) Compliance. The committee recommends to the Chief Justice goals, policies, practices and procedures to be followed by the Judiciary to comply with the requirements of the ADA and related laws. There is an ADA Coordinator in every vicinage to assist the public with accommodations.
  **Court Access for Persons with Disabilities**
- In 2020 the New Jersey Judiciary recorded 900 Americans with Disabilities Act Title II accommodations. This includes the municipal courts.
- More than 70,000 interpreting events occur in New Jersey Superior Courts every year; court interpreters are needed in more than 100

Feedback

languages and New Jersey courts provide court interpreting services free of charge.
New Jersey Judiciary Language Access Plan
Court Interpreting Statistics

- There is a Judiciary Ombudsman in every vicinage. These dedicated customer service managers provide one-on-one specialized services to court users, work with the community to promote public trust and confidence in the courts and make recommendations to improve court services. Many ombudsmen regularly hold public workshops/seminars on topics such as foreclosure, landlord/tenant, child support and custody, divorce, and expungements. Each year, ombudsman assist over 75,000 court users statewide.
  Ombudsman Program
  Calendar of Court Seminars and Public Events
- The New Jersey Judiciary is committed to the principles and goals of fairness, equality, courtesy and respect for all individuals. These principles are embodied in the Policy Statement on Equal Employment Opportunity, Affirmative Action and Anti-Discrimination and are reflected in the principles and policies that guide the activities and operations of the court system as an employer and as an arbiter of justice. The EEO/AA Master Plan spells out in detail these operational principles and guidelines; outcome measures are routinely reported to the court and the public.
  Judiciary Policy Statement on EEO/AA and Anti-Discrimination
  EEO Judiciary Master Plan
- The Supreme Court Committee on Diversity, Inclusion, and Community Engagement is tasked with assisting and advising the Supreme Court with the implementation of court-approved recommendations designed to "rid the court of all vestiges of bias and discrimination." The program's name change and updated charge (August 13, 2019) reflect the expansion of the Committee's focus beyond issues relating to race and ethnicity exclusively to also include issues relating to religious, social, cultural and economic non-majority groups and to sexual orientation and gender identity. The New Jersey Judiciary has realized numerous advances through the efforts of the Diversity, Inclusion, and Community Engagement Program. One example of such change is seen in the increased diversity, inclusion, and representation on the bench and in senior management.

Feedback

**JUDGES* (Supreme Court and Superior Court-Appellate and Trial Divisions)**

| | **MID-1980s** | **CURRENT *(as of December 2020)*** |
|---|---|---|
| Minority Judges | 4.3% | 18.0% |
| Women Judges | 7.1% | 36.2% |

**SENIOR MANAGEMENT POSITIONS *(includes Court Executives 3a, 3b, and 4 combined statewide)***

| | **MID-1980s** | **CURRENT *(as of January 2021)*** |
|---|---|---|
| Racial/Ethnic Minorities in Senior Management Positions | 8.3% | 27.3% |

Feedback

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

**ELDRIDGE HAWKINS LLC, ATTORNEY AT LAW**
**60 Evergreen Place, Suite 510**
**East Orange, New Jersey 07018**
**Phone (973) 676-5070 Fax (973) 676-7356**
**Attorney Id: 214731967**
**Email: Hwklaw@aol.com**

**CECILE D. PORTILLA, ATTORNEY AT LAW LLC**
**7 Glenwood Avenue, Suite 400**
**East Orange, NJ 07017**
**Phone (973) 676 5072 Fax (862) 520 3433**
**Attorney Id: 021212005**
**Portillalaw@comcast.net**
**Portillalaw@gmail.com**

December 20, 2024

Via Courier and Certified Mail RRR
State of New Jersey
c/o Office of the Attorney General
P.O. Box 080
(20 West State Street, Trenton, NJ 08603)
Trenton, NJ 08625

**NOTICE OF CLAIM AGAINST THE STATE OF NEW JERSEY ON BEHALF OF:**

Stephen Belcher
Rupert Bell
Traci Dillingham
Gloria Flores
Ethel Gilbert
Carol Jackson
Kazue Koizumi
Angel Lopez
Jamar Mayers
Ronald Morrison
Zumar Muhammed
Erica Nazario
Kerri Payne
Artulde Point Du Jour
Delia Rosario
Ahmed Screven
Sandy Yanley

Dear Attorney General:

Kindly accept this notice of claim against all three of your State clients, New Jersey Judiciary, Legislature, and Executive Branch by the above-named plaintiffs. These plaintiffs and other similarly situated plaintiffs have been wrongly accused of failure to prosecute cases and required to pay fees to reinstate a case (or incurred costs/placed at risk for attorney costs hours for defending against invalid failures to prosecute) because of Clerical Error dismissals by the Superior Court.

*First, be advised that there is Article III of the New Jersey Constitution that requires Separation of Powers which is being violated by your representing all three in this matter.*

Nonetheless, it is being asked of you as attorney for the State Legislature to advise the New Jersey State Legislature of the unconstitutional actions of the New Jersey Judiciary by their following acts, so that the New Jersey Legislature may engage in the necessary investigation and corrections to their check and balance duties.

1. The New Jersy Constitution has specific limits on the authority of the New Jersey Legislature (not judiciary) to engage in taxation on the public.
2. The New Jersey Judiciary has created its own system of monetary collection from the Citizenry (mostly judicial plaintiff litigants) in a disparate fashion wherein litigant plaintiffs are required to **pay** into the New Jersey Treasury, hard earned money to attempt to have negligently, recklessly, and hopefully not intentionally dismissed cases for lack of prosecution which the facts would not substantiate.

Said procedures under the New Jersey judicial rules indicate that a dismissal predicated upon Clerical Errors are still required to be motioned by the harmed party to have same reinstated to do so itself.

Thus, the following are claimant's claims:

a. Negligent, reckless, supervision, training of staff to prevent violations disproportionately borne by plaintiffs in violation of the Federal and State Equal Protection clauses.
b. Violation of the Legislature's sole given authority to tax the public.
c. Misuse and abuse of the judicial process to collect unauthorized taxation for the judiciary coffers.
d. The consequent loss of Substantive and Equal due process of mostly plaintiff's favoring the defense in an inequitable fashion.
e. Violations of all of New Jersey's Constitutional protections against the above.

f. Violations of NJSA 10:1-2 which the New Jersey Judiciary is violating because of their being a place of public accommodation and allowing disparate and hostile issuance of services as stated above.

g. Interference with the parties' beneficial economic position without constitutional authority.

THE CLAIM IS IN THE AMOUNT OF $25 BILLION FOR THE PLAINTIFFS AND THEIR CLASS.

Please kindly forward to the undersigned within 30 days the policies and procedures by which the New Jersey Supreme Court as a place of public accommodation has given Notice to the public of:

a. The policies and procedures by which complaints may be made regarding hostile or disparate issuance of services.

b. The training given to the judicial staff regarding the above issues to make sure that a particular class is not disparately impacted.

c. The review procedures instituted by the New Jersey Supreme Court to ensure that their policies are effective.

The undersigned requests that an investigation be made by each of the houses represented by the Attorney General against the other houses to ensure that Article III is not being violated.

Kindly report back to the undersigned at your earliest convenience any conclusions and findings and proposed corrections of any found failures in New Jersey's great justice system.

Enclosed please find an example of why said practices are unconstitutional. (**EXHIBIT A-Order of a Superior Court Judge denying a plaintiff's request for the return of the $50.00 costs of filing a motion to correct a clerical error. EXHIBIT B-Sample of cases with invalid Failure to Prosecute notifications)**

Please see the following New Jersey Constitutional provisions:

Article 1 para 1, 5, 6, 7, 18, 20, 22,

Article 4 Section VI sub para 1

Article 4 Section VII sub para 3, sub para 7, 8, 9

Article VI section VII, VIII in its entirety.

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

Article VIII section I para 7 a., Section II in its entirety

Article XI, Section I para 1-4, Section VI

Respectfully Submitted,

/s/ Eldridge Hawkins
ELDRIDGE HAWKINS, ESQUIRE

Enclosures

Home Help Logout

CASE JACKET |

## Docket Number: UNN L 002902 - 23

User:CECILE PORTILLA

Back

Create Summary Report

**Case Caption:** Dillingham Traci Vs City Of Plainfield
**Court:** Civil Part
**Case Type:** Law Against Discrimination (Lad) Cases
**Case Track:** 3
**# of Discovery Days:** 450
**Original Discovery End Date:** 05/03/2025
**Original Arbitration Date:**
**Original Trial Date:**
**Disposition Date:** 07/19/2024

**Venue:** Union
**Case Status:** Reinstated
**Judge:** John G Hudak
**Age of Case:** 01 YR 03 MO
**Current Discovery End Date:** 05/03/2025
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Reinstated

**Case Initiation Date:** 08/31/2023
**Jury Demand:** 6 Jurors
**Team:** 1
**Consolidated Case:** N
**# of DED Extensions:** 0
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

Plaintiffs (1) | Defendants (16) | Case Proceedings (7) | ACMS Documents (39) | Fees (32)

Traci Dillingham (Party No. 1)

**Case Actions**

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 08/31/2023 | | Complaint with Jury Demand for UNN-L-002902-23 submitted by PORTILLA, CECILE DELROSE, CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against CITY OF PLAINFIELD, RONALD WEST, ADRIAN O MAPP, IDALIS PAREJA, MARILYN NIEVES ET AL | LCV20232501493 | 09/01/2023 |
| 09/01/2023 | | DEFICIENCY NOTICE: re: Complaint [LCV20232501493] -Missing defendant "Abby Levinson" in ECourts and defendant "Idalis Pineda Pareja" is missing the name "Pineda" in ECourts. To fix, file a motion to correct data. | LCV20232505121 | 09/01/2023 |
| 09/02/2023 | | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20232511433 | 09/02/2023 |
| 09/12/2023 | | Notice Of Dismissal submitted by Court | LCV20232666809 | 09/12/2023 |
| 10/11/2023 | | MOTION TO CORRECT DATA submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against JANE DOE 1-5, CITY OF PLAINFIELD, RONALD WEST, ADRIAN O MAPP, IDALIS PAREJA ET AL. | LCV20233094725 | 10/11/2023 |
| 10/11/2023 | | AMENDED COMPLAINT submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against JANE DOE 1-5, CITY OF PLAINFIELD, RONALD WEST, ILLONA WADE, VIVIANA LAMM ET AL. | LCV20233094845 | 10/11/2023 |
| 10/11/2023 | | MOTION TO FILE OR AMEND COMPLAINT submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against JANE DOE 1-5, RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA ET AL. | LCV20233095041 | 10/11/2023 |
| 10/12/2023 | | The motion filed on 10/11/2023 will be decided on 11/03/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO CORRECT DATA [LCV20233094725] | LCV20233100921 | 10/12/2023 |
| 10/12/2023 | | The motion filed on 10/11/2023 will be decided on 11/03/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20233095041] | LCV20233101058 | 10/12/2023 |
| 11/06/2023 | | ORDER TO CORRECT DATA-Granted by Judge HUDAK, JOHN, G re: MOTION TO CORRECT DATA [LCV20233094725] | LCV20233304254 | 11/06/2023 |
| 11/06/2023 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge HUDAK, JOHN, G re: MOTION TO FILE OR AMEND COMPLAINT [LCV20233095041] | LCV20233304338 | 11/06/2023 |
| 11/06/2023 | | CLERK NOTICE: re: AMENDED COMPLAINT [LCV20233094845] -1st amnd cmplt added parties Ronald R. West, O. MAPP, MAYOR, ADRIAN, LEVENSON, ABBY, PINEDA PAREJA, IDALIS, LEATTY-NIEVES, MARILYN, and AJ JALLOH, ABUBAKAR. -J.L | LCV20233309553 | 11/06/2023 |
| 11/16/2023 | | AMENDED COMPLAINT submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against JANE DOE 1-5, RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA ET AL. | LCV20233397504 | 11/16/2023 |
| 11/17/2023 | | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against RONALD RON WEST | LCV20233412756 | 11/17/2023 |

| Filed Date | Filing | | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|---|
| 11/17/2023 | 📎 | ✉ | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against ADRIAN O. MAPP, MAYOR | LCV20233412836 | 11/17/2023 |
| 11/17/2023 | 📎 | ✉ | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against ABBY LEVENSON | LCV20233412873 | 11/17/2023 |
| 11/17/2023 | 📎 | ✉ | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against IDALIS PINEDA PAREJA | LCV20233412894 | 11/17/2023 |
| 11/17/2023 | 📎 | ✉ | PROOF OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against VIVIANA LAMM | LCV20233413467 | 11/17/2023 |
| 11/20/2023 | 📎 | ✉ | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against MARILYN LEATTY-NIEVES | LCV20233426258 | 11/20/2023 |
| 11/20/2023 | 📎 | ✉ | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against ABUBAKAR AJ JALLOH | LCV20233426329 | 11/20/2023 |
| 11/20/2023 | 📎 | ✉ | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against CITY OF PLAINFIELD | LCV20233426356 | 11/20/2023 |
| 12/06/2023 | 📎 | ✉ | VOLUNTARY DISMISSAL submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against VIVIANA LAMM | LCV20233549054 | 12/06/2023 |
| 01/06/2024 | 📎 | ✉ | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV202453137 | 01/06/2024 |
| 01/09/2024 | 📎 | ✉ | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against ILLONA WADE | LCV202476096 | 01/09/2024 |
| 02/08/2024 | 📎 | ✉ | Answer W/CounterClaim W/Jury Demand submitted by TAVARES, MATTHEW, R of RAINONE COUGHLIN MINCHELLO, LLC on behalf of RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA, MARILYN LEATTY-NIEVES ET AL. against TRACI DILLINGHAM | LCV2024361097 | 02/08/2024 |
| 02/21/2024 | 📎 | ✉ | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of TRACI DILLINGHAM against JANE DOE 1-5, RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA ET AL. | LCV2024453364 | 02/21/2024 |
| 02/27/2024 | 📎 | ✉ | MOTION DISMISSING COMPLAINT submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of TRACI DILLINGHAM against JANE DOE 1-5, RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA ET AL. *LINKED FILING* | LCV2024520483 | 02/27/2024 |
| 02/28/2024 | | ✉ | The motion filed on 02/27/2024 will be decided on 03/15/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV2024520483] | LCV2024534219 | 02/28/2024 |
| 03/07/2024 | | ✉ | The motion filed on 02/27/2024 was rescheduled to 03/28/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV2024520483] | LCV2024602899 | 03/07/2024 |
| 03/07/2024 | | ✉ | CLERK NOTICE: re: MOTION DISMISSING COMPLAINT [LCV2024520483] -The Motion will not be heard 3/15. It will be heard the following cycle. Thank you. | LCV2024602905 | 03/07/2024 |
| 03/09/2024 | 📎 | ✉ | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV2024619320 | 03/09/2024 |
| 03/11/2024 | 📎 | ✉ | MOTION CORRECTING CLERICAL ERROR submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against JANE DOE 1-5, RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA ET AL. | LCV2024621612 | 03/11/2024 |
| 03/11/2024 | | ✉ | The motion filed on 03/11/2024 will be decided on 03/28/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION CORRECTING CLERICAL ERROR [LCV2024621612] | LCV2024626171 | 03/11/2024 |
| 03/18/2024 | 📎 | ✉ | OPPOSITION TO MOTION submitted by TAVARES, MATTHEW, R of RAINONE COUGHLIN MINCHELLO, LLC on behalf of RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA, MARILYN LEATTY-NIEVES ET AL. against TRACI DILLINGHAM *LINKED FILING* | LCV2024706230 | 03/18/2024 |
| 03/21/2024 | | ✉ | CLERK NOTICE: re: MOTION DISMISSING COMPLAINT [LCV2024520483] -Please be advised that the above-referenced matter is scheduled for Oral Argument on March 28, 2024 at 9:40 AM IN PERSON at Courtroom 202-Rotunda. | LCV2024733022 | 03/21/2024 |
| 03/25/2024 | 📎 | ✉ | REPLY BRIEF submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against RONALD RON WEST, ADRIAN O. MAPP, MAYOR, ABBY LEVENSON, IDALIS PINEDA PAREJA, MARILYN LEATTY-NIEVES ET AL. *LINKED FILING* | LCV2024769280 | 03/25/2024 |
| 03/28/2024 | 📎 | ✉ | ORDER DISMISSING COMPLAINT-Granted by Judge HUDAK, JOHN, G re: MOTION DISMISSING COMPLAINT [LCV2024520483] | LCV2024817205 | 03/28/2024 |
| 03/28/2024 | 📎 | ✉ | ORDER CORRECTING CLERICAL ERROR-Partial by Judge HUDAK, JOHN, G re: MOTION CORRECTING CLERICAL ERROR [LCV2024621612] | LCV2024818145 | 03/28/2024 |

clerical error

clerical error

| Filed Date | Filing | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 04/20/2024 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20241014740 | 04/20/2024 |
| 04/27/2024 | | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against ABBY LEVENSON | LCV20241076903 | 04/27/2024 |
| 04/27/2024 | | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against IDALIS PINEDA PAREJA | LCV20241076905 | 04/27/2024 |
| 05/14/2024 | | MEDIATION Notice submitted by Case Management | LCV20241221339 | 05/14/2024 |
| 06/22/2024 | | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV20241573154 | 06/22/2024 |
| 06/24/2024 | | MOTION TO REINSTATE CASE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against IDALIS PINEDA PAREJA | LCV20241579872 | 06/24/2024 |
| 06/24/2024 | | The motion filed on 06/24/2024 will be decided on 07/19/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO REINSTATE CASE [LCV20241579872] | LCV20241581003 | 06/24/2024 |
| 07/19/2024 | | ORDER TO REINSTATE CASE-Granted by Judge HUDAK, JOHN, G re: MOTION TO REINSTATE CASE [LCV20241579872] | LCV20241801595 | 07/19/2024 |
| 09/21/2024 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20242451531 | 09/21/2024 |
| 10/05/2024 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20242569485 | 10/05/2024 |
| 10/09/2024 | | AFFIDAVIT OF SERVICE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against IDALIS PINEDA PAREJA | LCV20242607857 | 10/09/2024 |
| 11/20/2024 | | Mediation Not Held-Case Returned To Court submitted by Court | LCV20243021749 | 11/20/2024 |
| 11/23/2024 | | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV20243055422 | 11/23/2024 |
| 12/05/2024 | | MOTION TO REINSTATE CASE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of TRACI DILLINGHAM against IDALIS PINEDA PAREJA | LCV20243139631 | 12/05/2024 |
| 12/06/2024 | | The motion filed on 12/05/2024 will be decided on 01/03/2025. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO REINSTATE CASE [LCV20243139631] | LCV20243145306 | 12/06/2024 |
| 12/07/2024 | | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV20243152513 | 12/07/2024 |

Showing 1 to 54 of 54 entries

Screen ID : ECCV3000 © Copyright NJ Judiciary 2016

BUILD: CIVILCaseJacket_2024.12.01.05

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070
Fax: (973) 676-7356
Email: hwklaw@aol.com

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072 Fax (862) 520 3433
Attorney Id: 021212005
Portillalaw@comcast.net

Attorneys for: TRACI DILLINGHAM

| | |
|---|---|
| TRACI DILLINGHAM -<br><br>Plaintiff<br><br>v<br><br>CITY OF PLAINFIELD, RON WALSH, ABBY LEVINSON, MAYOR ADRIAN O. MAPP, IDALIS PINEDA PAREJA, MARILYN NIEVES, ILLONA WADE, ABUBAKAR "AJ" JALLOH, VIVIANA LAMM<br><br>JOHN DOE 1-5, JANE DOE 1-5 (fictitious parties' identities unknown)<br><br>Defendants | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br><br>DOCKET NO: UNN-L-2902-23<br><br>**ORDER REINSTATING DEFENDANT IDALIS PINEDA PAREJA TO THE COMPLAINT**<br><br>**AND**<br><br>**ORDER CORRECTING SECOND CLERICAL ERROR ALLEGING FAILURE TO PROSECUTE ANOTHER DEFENDANT WHO HAS FILED AN ANSWER TO THE COMPLAINT** |

**THIS MATTER** having been brought before this court by way of Plaintiff's counsel filing a second motion to correct yet another clerical error on Notice to Matthew Tavares, Esquire attorney for Idalis Pineda Pareja whereby the Clerk has once again dismissed another defendant (Idalis Pineda Pareja) who has filed an answer to the complaint and the court having reviewed the submissions and having considered the matter and for good cause shown, it is hereby

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

**IT IS** on this 19th day of July 2024

**ORDERED** that the Clerical Error is corrected and defendant Idalis Pineda Pareja is hereby reinstated to the Complaint.

~~**FURTHER ORDERED** that plaintiff will be reimbursed the $50.00 filing fee for this motion for correcting yet another clerical error~~

*The Hon. John G. Hudak, J.S.C.*

The Hon. John G. Hudak, JSC

[ ]Contested
[x ] Uncontested

**COSTELLO, MAINS & SILVERMAN, LLC**
By: Jacquelyn R. Matchett
Attorney I.D. No. 107622014
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
jmatchett@costellomains.com
Attorneys for Plaintiff

FILED
JAN 31 2025
J.S.C.

| | |
|---|---|
| DELON THOMPSON,<br><br>Plaintiff(s),<br><br>vs.<br><br>SANDWICHES UNLIMITED OF ORANGE, INC.; and JOHN DOES 1-5 AND 6-10,<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY – LAW DIVISION<br><br>CIVIL ACTION<br><br>DOCKET NO: ESX-L-1066-24<br><br>**ORDER DISMISSING DEFENDANT'S ANSWER WITHOUT PREJUDICE PURSUANT TO *RULE* 4:23-5(a)(1)** |

**THIS MATTER** having been opened to the Court by Jacquelyn R. Matchett, Esquire, of Costello, Mains & Silverman, LLC, attorneys for Plaintiff, Delon Thompson, seeking an Order striking the Answer and Affirmative Defenses of Defendant, without prejudice, pursuant to *Rule* 4:23-5(a)(1), and the Court having considered the moving papers, any opposition thereto, and heard the arguments, if any, of counsel and for other good cause shown:

IT IS on this 31st day of Jan. 2025, hereby **ORDERED** as follows:

1. Plaintiff's Motion to Strike the Defendant's Answer and Affirmative Defenses without prejudice pursuant to *Rule* 4:23-5(a)(1) is hereby **GRANTED.**

2. The Answer and Affirmative Defenses of Defendant Sandwiches Unlimited of Orange, Inc., is hereby stricken without prejudice pursuant to *Rule* 4:23-5(a)(1).

FILED, Clerk of the Supreme Court, 30 May 2025, 089878
ESX-L-001066-24 01/31/2025 Pg 2 of 2 Trans ID: LCV2025258...
ESX-L-001066-24 01/15/2025 10:13:10 AM ... Trans ID: LCV2025105394

3. It is further ordered that service of this Order shall be deemed effectuated upon all parties upon its upload to eCourts. Pursuant to R. 1:5-1(a), Movant shall serve a copy of this Order on all parties not served electronically within seven (7) days of the date of this Order.

Unopposed

M. Tarantino

Hon. Mayra V. Tarantino, J.S.C.

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

CASE JACKET | Home Help Logout

# Docket Number: ESX L 001066 - 24

Back

User:CECILE PORTILLA

Create Summary Report

**Case Caption:** Thompson Delon Vs Sandwiches Unlimited
**Court:** Civil Part
**Case Type:** Law Against Discrimination (Lad) Cases
**Case Track:** 3
**# of Discovery Days:** 450
**Original Discovery End Date:** 08/14/2025
**Original Arbitration Date:**
**Original Trial Date:**
**Disposition Date:**

**Venue:** Essex
**Case Status:** Active
**Judge:** Mayra V Tarantino
**Age of Case:** 00 YR 11 MO
**Current Discovery End Date:** 08/14/2025
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Open

**Case Initiation Date:** 02/14/2024
**Jury Demand:** 6 Jurors
**Team:** 2
**Consolidated Case:** N
**# of DED Extensions:** 0
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

Plaintiffs (1) | Defendants (3) | Case Proceedings (4) | ACMS Documents (17) | Fees (17)

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 02/14/2024 | 001 | COMP JRY DEMAND | THOMPSON | | | | | | |
| 02/22/2024 | 002 | PRF SERVC | THOMPSON | | | | | | |
| 03/19/2024 | 003 | MOTN DSM F STCL | SANDWICHES UNLIMITED | DN | | | | | |
| 04/25/2024 | 004 | OBJECT MOTION | THOMPSON | | | | | | |
| 05/06/2024 | 005 | MISC BRIEF | SANDWICHES UNLIMITED | | | | | | |
| 09/12/2024 | 006 | MISC SUB ATTY | THOMPSON | | | | | | |
| 09/24/2024 | 007 | ORDR DSM F STCL | SANDWICHES UNLIMITED | DN | | | | | |
| 10/04/2024 | 008 | ANS JRY DEMAND | SANDWICHES UNLIMITED | | | | | | |
| 12/18/2024 | 009 | MOTN DISCOVERY | THOMPSON | PH | | | | | |
| 01/06/2025 | 010 | REF MED NO STAY | COURT INIT | GR | | | | | |
| 01/10/2025 | 011 | MISC BRIEF | SANDWICHES UNLIMITED | | | | | | |
| 01/13/2025 | 012 | MISC BRIEF | THOMPSON | | | | | | |
| 01/15/2025 | 013 | MOTN STR AN PAI | THOMPSON | GR | | | | | |
| 01/23/2025 | 014 | OBJECT MOTION | SANDWICHES UNLIMITED | | | | | | |
| 01/27/2025 | 015 | MISC OTHER | THOMPSON | | | | | | |
| 01/31/2025 | 016 | MISC BRIEF | THOMPSON | | | | | | |
| 01/31/2025 | 017 | ORDR STR / PAI | THOMPSON | GR | | | | | |

Showing 1 to 17 of 17 entries

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 02/14/2024 | | Complaint with Jury Demand for ESX-L-001066-24 submitted by THOMAS, ELIZABETH S, COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED, JOHN DOES 1-5, JOHN DOES 6-10 | LCV2024396302 | 02/14/2024 |
| 02/15/2024 | | TRACK ASSIGNMENT Notice submitted by Case Management | LCV2024408654 | 02/15/2024 |

eCourts Civil Case Jacket

| Filed Date | Filings | | Transaction ID | Entry Date |
|---|---|---|---|---|
| [illegible] | | AFFIDAVIT OF SERVICE submitted by THOMAS, ELIZABETH, S of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 | LCV2024465341 | 02/22/2024 |
| 03/19/2024 | | MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON *LINKED FILING* | LCV2024716179 | 03/20/2024 |
| 03/20/2024 | | The motion filed on 03/19/2024 will be decided on 04/26/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV2024716179] | LCV2024719790 | 03/20/2024 |
| 03/21/2024 | | CORRESPONDENCE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON *LINKED FILING* | LCV2024743651 | 03/21/2024 |
| 03/26/2024 | | CORRESPONDENCE submitted by THOMAS, ELIZABETH, S of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 *LINKED FILING* | LCV2024785850 | 03/26/2024 |
| 03/27/2024 | | The motion filed on 03/19/2024 was rescheduled to 05/10/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV2024716179] | LCV2024796975 | 03/27/2024 |
| 04/25/2024 | | OPPOSITION TO MOTION submitted by BRENNAN, ELIZABETH, SARA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 *LINKED FILING* | LCV20241054788 | 04/25/2024 |
| 05/06/2024 | | REPLY BRIEF submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON *LINKED FILING* | LCV20241155772 | 05/06/2024 |
| 06/05/2024 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV2024716179] -Other - Oral argument is scheduled for July 16, 2024 at 3:00 p.m. before Hon. Mayra V. Tarantino and will take place via zoom. An email containing the zoom link will be provided prior to the hearing. | LCV20241413936 | 06/05/2024 |
| 09/11/2024 | | SUBSTITUTE ATTORNEY submitted by MATCHETT, JACQUELYN, ROSETTA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 | LCV20242351342 | 09/11/2024 |
| 09/12/2024 | | DEFICIENCY NOTICE: re: SUBSTITUTE ATTORNEY [LCV20242351342] -Your account is low. Please replenish and resubmit document | LCV20242381858 | 09/12/2024 |
| 09/12/2024 | | SUBSTITUTE ATTORNEY submitted by MATCHETT, JACQUELYN, ROSETTA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 | LCV20242387342 | 09/12/2024 |
| 09/19/2024 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV2024716179] -Other - Oral argument is rescheduled for September 24, 2024 at 3:00 p.m. before Hon. Mayra V. Tarantino and will take place via zoom. An email containing the zoom link will be provided prior to the hearing. | LCV20242432580 | 09/19/2024 |
| 09/24/2024 | | ORDER TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM-Denied by Judge TARANTINO, MAYRA, V re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV2024716179] | LCV20242471890 | 09/24/2024 |
| 09/28/2024 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20242511570 | 09/28/2024 |
| 10/04/2024 | | Answer W/Jury Demand submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON | LCV20242568049 | 10/04/2024 |
| 12/09/2024 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 against DELON THOMPSON | LCV20243160986 | 12/09/2024 |
| 12/15/2024 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON | LCV20243208536 | 12/15/2024 |
| 12/18/2024 | | MOTION FOR DISCOVERY submitted by MATCHETT, JACQUELYN, ROSETTA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 *LINKED FILING* | LCV20243237919 | 12/18/2024 |
| 12/20/2024 | | The motion filed on 12/18/2024 will be decided on 01/17/2025. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISCOVERY [LCV20243237919] | LCV20243255335 | 12/20/2024 |
| 01/07/2025 | | MEDIATION Notice submitted by Case Management | LCV202536168 | 01/07/2025 |
| 01/10/2025 | | OPPOSITION TO MOTION submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON *LINKED FILING* | LCV202568923 | 01/10/2025 |

Ra526



Psa090

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| | | ...MATCHETT, JACQUELYN, ROSETTA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 ***LINKED FILING*** | LCV202589640 | 01/13/2025 |
| 01/15/2025 | | MOTION TO STRIKE ANSWER FOR FAILURE TO MAKE DISCOVERY submitted by MATCHETT, JACQUELYN, ROSETTA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC. ***LINKED FILING*** | LCV2025105394 | 01/15/2025 |
| 01/15/2025 | | The motion filed on 01/15/2025 will be decided on 01/31/2025. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO STRIKE ANSWER FOR FAILURE TO MAKE DISCOVERY [LCV2025105394] | LCV2025109615 | 01/15/2025 |
| 01/23/2025 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON ***LINKED FILING*** | LCV2025177912 | 01/23/2025 |
| 01/27/2025 | | REPLY BRIEF submitted by MATCHETT, JACQUELYN, ROSETTA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 ***LINKED FILING*** | LCV2025194192 | 01/27/2025 |
| 01/30/2025 | | CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON ***LINKED FILING*** | LCV2025239626 | 01/30/2025 |
| 01/30/2025 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of SANDWICHES UNLIMITED OF ORANGE, INC. against DELON THOMPSON ***LINKED FILING*** | LCV2025239653 | 01/30/2025 |
| 01/31/2025 | | REPLY BRIEF submitted by MATCHETT, JACQUELYN, ROSETTA of COSTELLO MAINS & SILVERMAN, LLC on behalf of DELON THOMPSON against SANDWICHES UNLIMITED OF ORANGE, INC., JOHN DOES 1-5, JOHN DOES 6-10 ***LINKED FILING*** | LCV2025244893 | 01/31/2025 |
| 01/31/2025 | | ORDER TO STRIKE ANSWER FOR FAILURE TO MAKE DISCOVERY-Granted by Judge TARANTINO, MAYRA, V re: MOTION TO STRIKE ANSWER FOR FAILURE TO MAKE DISCOVERY [LCV2025105394] | LCV2025258829 | 02/03/2025 |

Showing 1 to 33 of 33 entries

Screen ID : ECCV3000 © Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2025.02.01.01

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072 Fax (862) 520 3433
Attorney Id: 021212005
Portillalaw@comcast.net

August 17, 2023

Attn: Assignment Judge
Attn: Presiding Judge
Union County Superior Court
2 Broad Street
Elizabeth, NJ 07207

**REQUEST FOR INVESTIGATION INTO CRIMINAL ACTIVITY ON ECOURTS**

Dear Assignment Judge and Presiding Judge:

I am an attorney who has assisted another attorney in filing many of his documents.

I feel compelled to write this letter to inform you that eCourts is being hacked by criminals. This simply means that criminals are being allowed to determine the outcome of litigation in Courts.

The attorney who I have assisted with his filings is a former legislator. He has filed suits against multiple government agencies throughout New Jersey and apparently has a target on his back.

He is also a well-known Civil Rights attorney.

He has had many of his cases thrown out because hackers are in control of eCourts who are able to block what documents Clerks and Judges are able to see as well as remove and substitute documents.

ECourts simply cannot continue and should be dismantled unless the IT department can secure the system.

I have seen the contents under multiple exhibits disappear and substituted for other documents.

The new trick is for an alert to be given that "*the case management system is currently unavailable. An Email will be forwarded to the address when the system is currently available*"

During this time, frame the documents filed on eCourts cannot be viewed. Thus, the hackers take the opportunity to tamper, remove and substitute filings. When the filing is eventually visible, the documents that were originally filed **ARE NOT THE SAME**. This is an outrage!

I have seen this multiple times. I have told this to Court clerks in different counties who swear that the system is safe! It is not!!!

I have attached a copy of a case jacket for UNN-L-45-21 that has been mercilessly hacked since the case began.

On August 16, 2023, I assisted the attorney to file two motions. As customary for him, I received multiple "**system exceptions errors**" with eCourts becoming one big red line across my computer screen, and was kicked out of eCourts repeatedly. Thus, I was forced to submit the Motion for Reconsideration in parts.

On August 16, 2023, after filing the Motion for Discovery, I received an alert that the case management system was unavailable. Thus, I was not able to see any of the documents that were filed under that motion until the next day. I also received a notification that the case management system was not available to process the Motion for Reconsideration. Thus, I could not see any documents filed under that motion.

However, due to the multiple "system exceptions errors" and being kicked out of Ecourts multiple times during the filing, I was forced to file parts of the motion for reconsideration (just to get something on file) before I was kicked out, then the remaining parts as correspondences.

As you can appreciate, if the system was truly unavailable, it would not have accepted the correspondences to the motion for reconsideration filed on August 16, 2023 first, before it accepted the first part of motion itself (that had most of the documents) that was hidden until the next day.

The only filings that could be viewed on August 16, 2023, were the correspondences that were filed last, despite the system allegedly not being available.

As you can see by the enclosed case jacket and the attached emails, the **same system that "is unavailable"** to accept documents at 11:20 PM and 11:43 PM (that disappeared until the next day) was available to receive different documents at 11:52Pm and 11:56:PM that were visible as filed at that time.

If you look at the case jacket, you will see that the two correspondences are noted filed in the system, BEFORE the two notices of motion, despite the two motions being filed first. What is also of import, is that the two correspondences filed on AUGUST 16, 2023, do not show up under the ACMS documents.

As you can also see, under the heading marked ACMS documents, on February 26, 2021, the hackers blocked the proofs of services from being registered under ACMS. Upon the attorney requesting default on 4/19/2021, he was given a deficiency notice and was advised that he is not entitled to default because *he failed to file proof of services.*

He has received many failure to prosecute warnings despite filing his proofs of services on Ecourts. If this was a glitch in the system, documents that disappear after being filed would not reappear tampered.

Judges routinely accuse this attorney of not filing documents that are posted on ecourts. On one occasion, a judge in another County could not see **five notices** of claim that the attorney filed, and dismissed the complaint on Summary Judgment mainly on that basis, causing him to file an Appeal. Another Judge could not see a Counter statement of facts that he filed.

I have heard another attorney unrelated to this matter, state that he cannot see documents filed on eCourts by another attorney (not the attorney in this case) which clearly means that the system is vulnerable to manipulation by these hackers.

I have heard chatter by other attorneys who also believe that eCourts is being hacked. This is unacceptable!

Please investigate this matter because this type of crime amounts to a violation of the due process rights of the citizens of the State of New Jersey.

Respectfully,

/s/ Cecile D. Portilla
CECILE D. PORTILLA, ESQUIRE

Enclosures

P.S. Attorney Hawkins did not ask this attorney to write this letter. He does not understand these outrageous cybercrime issues, but I certainly do!

Search your mail or the web

Home

Compose

← Back   Move   Delete   Spam   ••• More

Today on AOL

**Inbox** 43
Unread
Starred
Drafts 716
Sent
Spam
Trash
^ Less

Views Show

Folders Hide
+ New Folder
Saved Mail
ABA
acsll folder
ANDREW SHERRILL
Archive
ARTULDE POINT DU ...
[redacted]
clients mail
[redacted]
Construction
Correspondence Notes
Court Notifications 5
[redacted]
Dictations for Jamella
Drafts
ecf-cand reports
EFiling Confirmations
[redacted]
Francois Sibblies
inbox
Indeed Applications
Infected Items
[redacted]
Junk E-mail
[redacted]

NJ eCourts Filing Confirmation - Civil Case UNN-L-000045-21    Aol/Inbox ☆

**eCtsCivDNR.Mbx@judiciary.state.nj.us** <ectscivdnr.mbx@judiciary.st
To: hwklaw@aol.com, eldridgehawkins.sr@gmail.com

**ectscivdnr.mbx@judiciary.state.nj.us**
ectscivdnr.mbx@judiciary.state.nj.us
+ Add to contacts

**SUPERIOR COURT OF NEW JERSEY - eCOURTS**

The following was filed by HAWKINS, ELDRIDGE, T on 08/16/2023 at 11:43 PM:

| | |
|---|---|
| Plaintiff Name: | ARTULDE POINT DU JOUR |
| Defendant Name: | JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. |
| Docket Text: | Your filing has been successfully submitted. However, the case management system is currently unavailable. An email will be forwarded to this address when the system processes the filing. |
| Transaction ID: | LCV20232358811 |
| Law Firm Case ID: | |

Documents Attached:

| Document Type | File Name | Document Description |
|---|---|---|
| MOTION TO RECONSIDER | NOTICE OF MOTION.pdf | MOTION TO RECONSIDER |
| Proposed Order | ORDER TO RECONSIDER AND GRANT DISCOVERY RELIEF.docx | Proposed Order |
| Affidavit/Certification in Support of Motion | CERTIFICATION OF HAWKINS.pdf | Affidavit/Certification in Support of Motion |
| Brief/Letter Brief | LETTER BRIEF WITH ATTACHMENTS 8 16 2023.pdf | Brief/Letter Brief |
| Brief | LETTER BRIEF PART 2.pdf | LETTER BRIEF PART 2 |
| Exhibit | EXHIBIT 1.pdf | EXHIBIT 1 |
| Exhibit | EXHIBIT 2.pdf | EXHIBIT 2 |
| Exhibit | EXHIBIT 3.pdf | EXHIBIT 3 |
| Exhibit | EXHIBIT 4.pdf | EXHIBIT 4 |
| Exhibit | EXHIBIT 5.pdf | EXHIBIT 5 |
| Exhibit | EXHIBIT 6 PART 1.pdf | EXHIBIT 6 PART 1 |
| Exhibit | EXHIBIT 6 PART 2.pdf | EXHIBIT 6 PART 2 |
| Exhibit | EXHIBIT 7.pdf | EXHIBIT 7 |

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**Reply, Reply All or Forward**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

miller dist ct decision

Miscellaneous

Mrs. Hawkins

muni mail

Notes

Reminders

Research

Savedacsll folder

SavedIMs

Spam

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

Search your mail or the web

Home

Compose

← Back | Move | Delete | Spam | ••• More

Today on AOL

**Inbox** 39
Unread
Starred
Drafts 716
Sent
Spam
Trash
^ Less

Views Show

Folders Hide
\+ New Folder
Saved Mail
ABA
acsll folder
[redacted]
Archive
[redacted]
clients mail
[redacted]
Construction
Correspondence Notes
Court Notifications 5
[redacted]
Dictations for Jamella
Drafts
ecf-cand reports
EFiling Confirmations
[redacted]
inbox
Indeed Applications
Infected Items
[redacted]
Junk E-mail
[redacted]

NJ eCourts CORRESPONDENCE Confirmation - Civil Case UNN-L-000045-21

Aol/Inbox ☆

**ectscivdnr.mbx@judiciary.state.nj.us**
ectscivdnr.mbx@judiciary.state.nj.us
\+ Add to contacts

**eCtsCivDNR.Mbx@judiciary.state.nj.us** <ectscivdnr.mbx@judiciary.state
To: hwklaw@aol.com, eldridgehawkins.sr@gmail.com

**SUPERIOR COURT OF NEW JERSEY - eCOURTS**

The following was filed by HAWKINS, ELDRIDGE, T on 08/16/2023 at 11:52 PM:

Plaintiff Name: ARTULDE POINT DU JOUR

Defendant Name: JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL.

Case Caption: POINT DU JOUR ARTULDE VS STATE OF NEW JERSEY

Case Number: UNN-L-000045-21

Docket Text: CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL.

Transaction ID: LCV20232358813

Documents Attached:

| Document Type | File Name | Document Description |
|---|---|---|
| CORRESPONDENCE | CORRESPONDENCE.pdf | CORRESPONDENCE |
| Exhibit | EXHIBIT 7 PART A.pdf | EXHIBIT 7 A PART 1 |
| Exhibit | EXHIBIT 7 PART A -2.pdf | EXHIBIT 7 A PART 2 |
| Exhibit | EXHIBIT 7 PART C.pdf | EXHIBIT 7 C |
| Exhibit | EXHIBIT 7 PART D.pdf | EXHIBIT 7 D |
| Exhibit | EXHIBIT 7 PART E.pdf | EXHIBIT 7 E |

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**Reply, Reply All or Forward**

Ra533

Psa097

miller dist ct decision

Miscellaneous

Mrs. Hawkins

muni mail

Notes

Reminders

Research

Savedacsll folder

SavedIMs

Spam

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

Search your mail or the web

Home

Compose

← Back Move Delete Spam ••• More

Today on AOL

**Inbox** 39

Unread

Starred

Drafts 716

Sent

Spam

Trash

^ Less

Views Show

Folders Hide

+ New Folder

Saved Mail

ABA

acsll folder

[redacted]

Archive

[redacted] DU ...

[redacted]

clients mail

[redacted] City of ...

Construction

Correspondence Notes

Court Notifications 5

[redacted]

Dictations for Jamella

Drafts

ecf-cand reports

EFiling Confirmations

[redacted]

inbox

Indeed Applications

Infected Items

[redacted] MIR...

[redacted]

Junk E-mail

[redacted]

NJ eCourts CORRESPONDENCE Confirmation - Civil Case UNN-L-000045-21

Aol/Inbox

**ectscivdnr.mbx@judiciary.state.nj.us**

ectscivdnr.mbx@judiciary.state.nj.us

+ Add to contacts

**eCtsCivDNR.Mbx@judiciary.state.nj.us** <ectscivdnr.mbx@judiciary.state

To: hwklaw@aol.com, eldridgehawkins.sr@gmail.com

**SUPERIOR COURT OF NEW JERSEY - eCOURTS**

The following was filed by HAWKINS, ELDRIDGE, T on 08/16/2023 at 11:56 PM:

| | |
|---|---|
| Plaintiff Name: | ARTULDE POINT DU JOUR |
| Defendant Name: | JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. |
| Case Caption: | POINT DU JOUR ARTULDE VS STATE OF NEW JERSEY |
| Case Number: | UNN-L-000045-21 |
| Docket Text: | CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. |
| Transaction ID: | LCV20232358817 |

Documents Attached:

| Document Type | File Name | Document Description |
|---|---|---|
| CORRESPONDENCE | CORRESPONDENCE.pdf | CORRESPONDENCE |
| Exhibit | EXHIBIT 7 PART G.pdf | EXHIBIT 7 G |
| Exhibit | EXHIBIT 7 PART H.pdf | EXHIBIT 7 H |
| Exhibit | EXHIBIT 7 PART I.pdf | EXHIBIT 7 I |
| Exhibit | EXHIBIT 7 PART K.pdf | EXHIBIT K |
| Exhibit | EXHIBIT 7 PART L.pdf | EXHIBIT L |
| Exhibit | EXHIBIT 8.pdf | EXHIBIT 8 |

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**Reply, Reply All or Forward**

**Ra535**

**Psa099**

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**
Judiciary Courts System - Civil Part

Home Help Logout

CASE JACKET

User:CECILE PORTILLA

## Docket Number: UNN L 000045 - 21

Back

Create Summary Report

**Case Caption:** Point Du Jour Artulde Vs State Of New Jersey
**Court:** Civil Part
**Case Type:** Civil Rights
**Case Track:** 3
**# of Discovery Days:** 773
**Original Discovery End Date:** 10/12/2022
**Original Arbitration Date:**
**Original Trial Date:** 01/17/2023
**Disposition Date:** 10/23/2023

**Venue:** Union
**Case Status:** Closed
**Judge:** Daniel R Lindemann
**Age of Case:** 00 YR 00 MO
**Current Discovery End Date:** 08/31/2023
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Dismissed By Court With Prejudice

**Case Initiation Date:** 01/06/2021
**Jury Demand:** 6 Jurors
**Team:** 2
**Consolidated Case:** N
**# of DED Extensions:** 4
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

Plaintiffs (1) Defendants (11) Case Proceedings (40) ACMS Documents (111) Fees (103)

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 01/06/2021 | 001 | COMP JRY DEMAND | POINT DU JOUR | | | | | | |
| 04/15/2021 | 002 | MOTN DISMISSAL | DELVALLE | GR | | | | | |
| 04/19/2021 | 008 | REQ DEFLT | POINT DU JOUR | | | | | | |
| 04/19/2021 | 009 | CERTIFICTN | POINT DU JOUR | | | | | | |
| 04/19/2021 | 010 | PRF MAIL | POINT DU JOUR | | | | | | |
| 04/23/2021 | 003 | PRF SERVC | POINT DU JOUR | | | | | | |
| 04/23/2021 | 004 | PRF SERVC | POINT DU JOUR | | | | | | |
| 05/06/2021 | 005 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 05/10/2021 | 006 | MISC BRIEF | TOWNSHIP OF UNION | | | | | | |
| 05/18/2021 | 007 | CERTIFICTN | TOWNSHIP OF UNION | | | | | | |
| 06/10/2021 | 011 | ORDR DISMISSAL | DELVALLE | GR | | | | | |
| 06/14/2021 | 012 | REQ DEFLT | POINT DU JOUR | | | | | | |
| 06/14/2021 | 013 | CERTIFICTN | POINT DU JOUR | | | | | | |
| 07/28/2021 | 014 | ORD VC DF EX TM | TRINITAS HOSPITAL | GR | | | | | |
| 08/03/2021 | 015 | ANS CROSS&JRYD | TRINITAS HOSPITAL | | | | | | |
| 08/11/2021 | 016 | MOTN RECONSIDER | POINT DU JOUR | PR | | | | | |
| 08/19/2021 | 017 | OBJECT MOTION | STATE OF NEW JERSEY | | | | | | |
| 09/08/2021 | 018 | ORDR RECONSIDER | POINT DU JOUR | PR | | | | | |
| 09/22/2021 | 019 | MOTN DSM F STCL | DELVALLE | DN | | | | | |
| 09/30/2021 | 020 | OBJECT MOTION | TRINITAS HOSPITAL | | | | | | |
| 10/04/2021 | 021 | MOT COR DTA | POINT DU JOUR | GR | | | | | |
| 10/04/2021 | 022 | MOT COR DTA | POINT DU JOUR | GR | | | | | |
| 10/12/2021 | 023 | OBJECT MOTION | TRINITAS HOSPITAL | | | | | | |
| 10/18/2021 | 024 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 10/21/2021 | 025 | MOTN SUMM JDGMT | TRINITAS HOSPITAL | WD | | | | | |
| 10/22/2021 | 026 | ORDR DSM F STCL | DELVALLE | DN | | | | | |

| Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/2021 | 027 | ORD COR DTA | POINT DU JOUR | GR | | | | | |
| 10/22/2021 | 028 | ORD COR DTA | POINT DU JOUR | GR | | | | | |
| 11/06/2021 | 029 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 11/16/2021 | 030 | MOTN SUMM JDGMT | TRINITAS HOSPITAL | DN | | | | | |
| 11/16/2021 | 031 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 12/07/2021 | 032 | MISC OTHER | POINT DU JOUR | | | | | | |
| 12/13/2021 | 033 | ADJOURN REQ | TRINITAS HOSPITAL | | | | | | |
| 01/17/2022 | 034 | MISC OTHER | TRINITAS HOSPITAL | | | | | | |
| 01/19/2022 | 043 | COMP AMENDED | POINT DU JOUR | | | | | | |
| 02/01/2022 | 035 | MISC OTHER | TRINITAS HOSPITAL | | | | | | |
| 02/01/2022 | 036 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 02/08/2022 | 037 | ORDR SUMM JDGMT | TRINITAS HOSPITAL | DN | | | | | |
| 02/09/2022 | 038 | REF MED NO STAY | COURT INIT | GR | | | | | |
| 02/09/2022 | 054 | ANS CROSS&JRYD | TOWNSHIP OF UNION | | | | | | |
| 02/11/2022 | 039 | ORDR REINSTATE | COURT INIT | GR | | | | | |
| 02/11/2022 | 040 | ORDR REINSTATE | COURT INIT | GR | | | | | |
| 02/11/2022 | 041 | ORDR REINSTATE | COURT INIT | GR | | | | | |
| 02/11/2022 | 042 | ORDR REINSTATE | COURT INIT | GR | | | | | |
| 02/22/2022 | 044 | ANS CROSS&JRYD | TRINITAS HOSPITAL | | | | | | |
| 03/29/2022 | 045 | MOTN COMP DISCR | TRINITAS HOSPITAL | GR | | | | | |
| 03/29/2022 | 046 | MOTN DSM F STCL | TRINITAS HOSPITAL | GR | | | | | |
| 04/06/2022 | 047 | MISC OTHER | COOK | | | | | | |
| 04/06/2022 | 048 | MISC OTHER | COOK | | | | | | |
| 04/25/2022 | 049 | ORDR COMP DISCR | TRINITAS HOSPITAL | GR | | | | | |
| 04/27/2022 | 050 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 04/27/2022 | 051 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 04/28/2022 | 052 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 05/13/2022 | 053 | ORDR DSM F STCL | TRINITAS HOSPITAL | GR | | | | | |
| 05/25/2022 | 055 | MOTN D CMP F IN | WILSON | GR | | | | | |
| 05/25/2022 | 056 | ORD VC DF EX TM | STATE OF NEW JERSEY | GR | | | | | |
| 05/31/2022 | 057 | MOTN RECONSIDER | POINT DU JOUR | DN | | | | | |
| 06/14/2022 | 059 | ORD D CMP F IN | WILSON | GR | | | | | |
| 06/15/2022 | 058 | MOTN DSM F STCL | STATE OF NEW JERSEY | GR | | | | | |
| 06/16/2022 | 060 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 06/16/2022 | 061 | OBJECT MOTION | TRINITAS HOSPITAL | | | | | | |
| 06/29/2022 | 062 | ORDR RECONSIDER | POINT DU JOUR | DN | | | | | |
| 07/01/2022 | 063 | CRT INIT TO DSM | COURT INIT | GR | | | | | |
| 07/01/2022 | 064 | CRT INIT TO DSM | COURT INIT | GR | | | | | |
| 07/01/2022 | 065 | CRT INIT TO DSM | COURT INIT | GR | | | | | |

| Filed | Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/2022 | 066 | CRT INIT TO DSM | COURT INIT | GR | | | | | |
| 07/25/2022 | 067 | ORDR DSM F STCL | STATE OF NEW JERSEY | GR | | | | | |
| 08/24/2022 | 068 | MOTN D CMP F IN | TOWNSHIP OF UNION | DN | | | | | |
| 09/01/2022 | 069 | MOTN VCT ORDR | POINT DU JOUR | PR | | | | | |
| 09/15/2022 | 070 | OBJECT MOTION | TOWNSHIP OF UNION | | | | | | |
| 09/16/2022 | 071 | MISC OTHER | POINT DU JOUR | | | | | | |
| 09/28/2022 | 082 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 10/03/2022 | 072 | CERTIFICTN | POINT DU JOUR | | | | | | |
| 10/06/2022 | 073 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 10/07/2022 | 074 | ORDR VCT ORDR | POINT DU JOUR | PR | | | | | |
| 10/07/2022 | 075 | ORD D CMP F IN | TOWNSHIP OF UNION | DN | | | | | |
| 10/12/2022 | 077 | DISC EXT STIP | TOWNSHIP OF UNION | | | | | | |
| 10/20/2022 | 076 | MEDIAT NOT HELD | COURT INIT | | | | | | |
| 11/02/2022 | 078 | APPEARANCE | TOWNSHIP OF UNION | | | | | | |
| 11/16/2022 | 079 | MOTN EXTND DISC | TOWNSHIP OF UNION | PR | | | | | |
| 11/28/2022 | 080 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 12/02/2022 | 081 | ORDR EXTND DISC | TOWNSHIP OF UNION | PR | | | | | |
| 04/07/2023 | 083 | MOTN EXTND DISC | POINT DU JOUR | GR | | | | | |
| 04/20/2023 | 084 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 04/26/2023 | 085 | MOTN D CMP F IN | TOWNSHIP OF UNION | WD | | | | | |
| 04/28/2023 | 086 | ORDR EXTND DISC | POINT DU JOUR | GR | | | | | |
| 05/03/2023 | 087 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 05/24/2023 | 088 | MOTN D CMP F IN | TOWNSHIP OF UNION | DN | | | | | |
| 05/31/2023 | 089 | MOTN DISCOVERY | POINT DU JOUR | PR | | | | | |
| 05/31/2023 | 090 | PRF SERVC | POINT DU JOUR | | | | | | |
| 06/05/2023 | 091 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 06/08/2023 | 092 | OBJECT MOTION | TRINITAS HOSPITAL | | | | | | |
| 06/08/2023 | 093 | MISC OTHER | POINT DU JOUR | | | | | | |
| 06/09/2023 | 094 | ORD D CMP F IN | TOWNSHIP OF UNION | DN | | | | | |
| 06/29/2023 | 095 | ORDR DISCOVERY | POINT DU JOUR | PR | | | | | |
| 08/16/2023 | 096 | MOTN DISCOVERY | POINT DU JOUR | DN | | | | | |
| 08/16/2023 | 097 | MOTN RECONSIDER | POINT DU JOUR | DN | | | | | |
| 08/16/2023 | 098 | MISC OTHER | POINT DU JOUR | | | | | | |

| Date Filed | Doc Number | Document Type | Filing Party | Doc Status | CO/ID | Type | Date Served | Svc Status | Party Svd |
|---|---|---|---|---|---|---|---|---|---|
| 08/16/2023 | 099 | MISC OTHER | POINT DU JOUR | | | | | | |
| 08/31/2023 | 100 | OBJECT MOTION | TOWNSHIP OF UNION | | | | | | |
| 09/01/2023 | 101 | ADJOURN REQ | TRINITAS HOSPITAL | | | | | | |
| 09/08/2023 | 102 | MOTN SUMM JDGMT | TOWNSHIP OF UNION | GR | | | | | |
| 09/14/2023 | 103 | OBJECT MOTION | TRINITAS HOSPITAL | | | | | | |
| 09/22/2023 | 104 | ORDR RECONSIDER | POINT DU JOUR | DN | | | | | |
| 09/22/2023 | 105 | ORDR DISCOVERY | POINT DU JOUR | DN | | | | | |
| 09/26/2023 | 106 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 10/02/2023 | 107 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 10/10/2023 | 108 | MISC OTHER | STATE OF NEW JERSEY | | | | | | |
| 10/10/2023 | 109 | OBJECT MOTION | POINT DU JOUR | | | | | | |
| 10/17/2023 | 110 | MISC OTHER | TOWNSHIP OF UNION | | | | | | |
| 10/23/2023 | 111 | ORDR SUMM JDGMT | TOWNSHIP OF UNION | GR | | | | | |

Showing 1 to 111 of 111 entries

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 01/06/2021 | | Complaint with Jury Demand for UNN-L-000045-21 submitted by HAWKINS, ELDRIDGE T, ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON ET AL. | LCV202129110 | 01/06/2021 |
| 01/07/2021 | | TRACK ASSIGNMENT Notice submitted by Case Management | LCV202139413 | 01/07/2021 |
| 02/12/2021 | | PROOF OF SERVICE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2021341833 | 02/12/2021 |
| 02/26/2021 | | PROOF OF SERVICE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2021442693 | 02/26/2021 |
| 03/18/2021 | | PROOF OF SERVICE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2021589697 | 03/18/2021 |
| 04/15/2021 | | MOTION FOR DISMISSAL submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR, TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, SYLVIA ESCOBAR ET AL. ***LINKED FILING*** | LCV2021982230 | 04/15/2021 |
| 04/16/2021 | | The motion filed on 04/15/2021 will be decided on 05/14/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV2021982230] | LCV2021983577 | 04/16/2021 |
| 04/19/2021 | | REQUEST FOR DEFAULT submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20211002519 | 04/19/2021 |
| 04/19/2021 | | DEFICIENCY NOTICE: re: REQUEST FOR DEFAULT [LCV20211002519] -insufficient proof of service/no affidavit of service filed therefore we can not proceed your application | LCV20211004431 | 04/19/2021 |
| 04/23/2021 | | PROOF OF SERVICE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20211045112 | 04/23/2021 |
| 05/06/2021 | | REPLY BRIEF submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20211149530 | 05/06/2021 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 05/10/2021 | | REPLY BRIEF submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR, TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, SYLVIA ESCOBAR ET AL. *LINKED FILING* | LCV20211169834 | 05/10/2021 |
| 05/12/2021 | | DEFICIENCY NOTICE: re: REPLY BRIEF [LCV20211149530] -Attorney Required. Motion Adjourned to 5/28. Counsel to meet & confer. By 5/18 Def shall (1) file cert w the Notice of Tort Claim at issue; and (2) 2 pg supp brf re basis dismissal w prej Pl may file 2 page supp by 5/24. | LCV20211189248 | 05/12/2021 |
| 05/12/2021 | | The motion filed on 04/15/2021 was rescheduled to 05/28/2021. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: MOTION FOR DISMISSAL [LCV2021982230] | LCV20211192343 | 05/12/2021 |
| 05/18/2021 | | CERTIFICATION submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20211238909 | 05/18/2021 |
| 05/22/2021 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20211269630 | 05/22/2021 |
| 05/26/2021 | | Court Initiated Correspondence submitted by Court | LCV20211298949 | 05/26/2021 |
| 05/28/2021 | | Court Initiated Correspondence submitted by Court | LCV20211319300 | 05/28/2021 |
| 05/28/2021 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20211323209 | 05/28/2021 |
| 06/01/2021 | | Court Initiated Correspondence submitted by Court | LCV20211333667 | 06/01/2021 |
| 06/08/2021 | | Default has been entered against the following party/parties: STATE OF NEW JERSEY | LCV20211393471 | 06/08/2021 |
| 06/10/2021 | | ORDER FOR DISMISSAL-Granted by Judge LINDEMANN, DANIEL, R re: MOTION FOR DISMISSAL [LCV2021982230] | LCV20211424444 | 06/11/2021 |
| 06/14/2021 | | REQUEST FOR DEFAULT submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20211431534 | 06/14/2021 |
| 06/14/2021 | | Default has been entered against the following party/parties: TRINITAS HOSPITAL | LCV20211437486 | 06/14/2021 |
| 06/14/2021 | | Default has been entered against the following party/parties: SYLVIA ESCOBAR | LCV20211437487 | 06/14/2021 |
| 07/23/2021 | | CONSENT ORDER submitted by FLYNN, CATHERINE, JOAN of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR | LCV20211731041 | 07/23/2021 |
| 07/28/2021 | | CONSENT ORDER - Granted by Judge LINDEMANN, DANIEL, R re: CONSENT ORDER [LCV20211731041] | LCV20211771766 | 07/29/2021 |
| 08/03/2021 | | Answer W/CounterClaim ,CrossClaim W/Jury Demand submitted by FLYNN, CATHERINE, JOAN of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR | LCV20211802050 | 08/03/2021 |
| 08/11/2021 | | MOTION TO RECONSIDER submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. *LINKED FILING* | LCV20211871140 | 08/11/2021 |
| 08/12/2021 | | The motion filed on 08/11/2021 will be decided on 08/27/2021. Oral argument has been requested. You will be notified when oral argument is scheduled. Do not come to the courthouse unless you are so notified. Re: MOTION TO RECONSIDER [LCV20211871140] | LCV20211877068 | 08/12/2021 |
| 08/19/2021 | | OPPOSITION TO MOTION submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR *LINKED FILING* | LCV20211927084 | 08/19/2021 |
| 09/08/2021 | | ORDER RECONSIDER-Partial by Judge LINDEMANN, DANIEL, R re: MOTION TO RECONSIDER [LCV20211871140] | LCV20212071261 | 09/08/2021 |
| 09/11/2021 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20212107739 | 09/11/2021 |
| 09/17/2021 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20212162557 | 09/17/2021 |
| 09/22/2021 | | MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR *LINKED FILING* | LCV20212208739 | 09/22/2021 |

| | | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 09/23/2021 | | Court Initiated Correspondence submitted by Court | LCV20212212738 | 09/23/2021 |
| 09/23/2021 | | **CLERK NOTICE**: re: COURT INITIATED CORRESPONDENCE [LCV20212212738] -Please note an Order of Clarification of Order to Reconsider Dated September 8, 2021 was recently filed under "Court Initiated Correspondence." | LCV20212212954 | 09/23/2021 |
| 09/23/2021 | | The motion filed on 09/22/2021 will be decided on 10/08/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20212208739] | LCV20212216553 | 09/23/2021 |
| 09/30/2021 | | OPPOSITION TO MOTION submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20212282700 | 09/30/2021 |
| 10/02/2021 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, DONALD COOK | LCV20212297507 | 10/02/2021 |
| 10/02/2021 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE | LCV20212297510 | 10/02/2021 |
| 10/04/2021 | | CROSS MOTION TO CORRECT DATA submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20212297500 | 10/04/2021 |
| 10/04/2021 | | CROSS MOTION TO CORRECT DATA submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE ***LINKED FILING*** | LCV20212297505 | 10/04/2021 |
| 10/04/2021 | | The motion filed on 09/22/2021 was rescheduled to 10/22/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20212208739] | LCV20212301146 | 10/04/2021 |
| 10/04/2021 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20212208739] -Motion is adjourned to 10/22. Any further opposition is due by 10/12, replies due by 10/18. | LCV20212301190 | 10/04/2021 |
| 10/12/2021 | | OPPOSITION TO MOTION submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20212372440 | 10/12/2021 |
| 10/18/2021 | | REPLY BRIEF submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20212421879 | 10/18/2021 |
| 10/21/2021 | | Court Initiated Correspondence submitted by Court | LCV20212452019 | 10/21/2021 |
| 10/21/2021 | | MOTION FOR SUMMARY JUDGMENT submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20212456586 | 10/21/2021 |
| 10/22/2021 | | ORDER TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM-Denied by Judge LINDEMANN, DANIEL, R re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20212208739] | LCV20212464274 | 10/22/2021 |
| 10/22/2021 | | ORDER TO CORRECT DATA-Granted by Judge LINDEMANN, DANIEL, R re: CROSS MOTION TO CORRECT DATA [LCV20212297500] | LCV20212464287 | 10/22/2021 |
| 10/22/2021 | | ORDER TO CORRECT DATA-Granted by Judge LINDEMANN, DANIEL, R re: CROSS MOTION TO CORRECT DATA [LCV20212297505] | LCV20212464296 | 10/22/2021 |
| 10/22/2021 | | **CLERK NOTICE**: re: CROSS MOTION TO CORRECT DATA [LCV20212297505] -Plaintiff's cross motion was filed twice on eCourts. Both Orders granting Plaintiff's cross motion are identical. | LCV20212464313 | 10/22/2021 |
| 10/25/2021 | | The motion filed on 10/21/2021 will be decided on 11/19/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV20212456586] | LCV20212483691 | 10/25/2021 |
| 11/06/2021 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20212594082 | 11/06/2021 |
| 11/16/2021 | | Motion Result: Withdrawn on 11/16/2021 re: MOTION FOR SUMMARY JUDGMENT [LCV20212456586] | LCV20212665151 | 11/16/2021 |

| | | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 11/16/2021 | ✉ | **CLERK NOTICE:** re: MOTION FOR SUMMARY JUDGMENT [LCV20212456586] -Motion withdrawn by court. Def to refile with corrected documents. Oppositions to be filed by Tue Dec 7, replies due by Mon Dec 13. | LCV20212665234 | 11/16/2021 |
| 11/16/2021 | 📎 ✉ | GENERAL CORRESPONDENCE submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20212666794 | 11/16/2021 |
| 11/16/2021 | 📎 ✉ | MOTION FOR SUMMARY JUDGMENT submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK ET AL. ***LINKED FILING*** | LCV20212666821 | 11/16/2021 |
| 11/16/2021 | 📎 ✉ | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, SYLVIA ESCOBAR ***LINKED FILING*** | LCV20212671231 | 11/16/2021 |
| 11/17/2021 | ✉ | The motion filed on 11/16/2021 will be decided on 12/17/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV20212666821] | LCV20212683805 | 11/17/2021 |
| 11/18/2021 | ✉ | **CLERK NOTICE**: re: OPPOSITION TO MOTION [LCV20212594082] -MSJ filed 11/16/21 (Trans ID LCV20212666821) is returnable on 12/17/21. As per R. 4:46-1, opposition is due on 12/7/21, any reply due on 12/13/21. Oral argument on 12/17/21 at 11:30 am on Zoom (a Zoom link will be provided). | LCV20212691953 | 11/18/2021 |
| 12/07/2021 | 📎 ✉ | CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20212862095 | 12/07/2021 |
| 12/08/2021 | 📎 ✉ | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION against ARTULDE POINT DU JOUR | LCV20212871190 | 12/08/2021 |
| 12/13/2021 | 📎 ✉ | ADJOURNMENT REQUEST (MOTION) submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20212927654 | 12/13/2021 |
| 12/13/2021 | ✉ | The motion filed on 11/16/2021 was rescheduled to 01/21/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV20212666821] | LCV20212928454 | 12/13/2021 |
| 01/14/2022 | ✉ | **CLERK NOTICE**: re: MOTION FOR SUMMARY JUDGMENT [LCV20212666821] -Movant to send Plaintiff's counsel a copy of Exhibit C bodycam footage, previously submitted via CD to the Court, by hand delivery or overnight mail as soon as possible. Movant then to file proof of service of Exhibit C via eCourts. | LCV2022167394 | 01/14/2022 |
| 01/14/2022 | 📎 ✉ | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2022170692 | 01/14/2022 |
| 01/17/2022 | 📎 ✉ | CORRESPONDENCE submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV2022180727 | 01/17/2022 |
| 01/18/2022 | ✉ | **CLERK NOTICE**: re: GENERAL CORRESPONDENCE [LCV2022170692] -Court is in receipt of Plaintiff's letter and construes it as a request for adjournment of Def motion for summary judgment. Parties are to promptly meet and confer and submit joint letter as to status of motion. | LCV2022204095 | 01/18/2022 |
| 01/19/2022 | 📎 ✉ | AMENDED COMPLAINT submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2022217561 | 01/19/2022 |
| 01/20/2022 | 📎 ✉ | CORRESPONDENCE submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV2022230786 | 01/20/2022 |
| 01/20/2022 | ✉ | **CLERK NOTICE**: re: CORRESPONDENCE [LCV2022230786] -Motion adjourned. Briefing schedule set forth in joint letter is accepted and is to be followed by all parties. | LCV2022231866 | 01/20/2022 |
| 01/20/2022 | ✉ | The motion filed on 11/16/2021 was rescheduled to 02/04/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV20212666821] | LCV2022231881 | 01/20/2022 |
| 01/24/2022 | 📎 ✉ | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2022310853 | 01/24/2022 |
| 01/28/2022 | 📎 ✉ | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2022385506 | 01/28/2022 |
| 02/01/2022 | 📎 ✉ | REPLY BRIEF submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV2022435844 | 02/01/2022 |

| | | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 02/01/2022 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of TRINITAS HOSPITAL, LIMAGE WILSON, TOWNSHIP OF UNION, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV2022443584 | 02/01/2022 |
| 02/07/2022 | | Court Initiated Correspondence submitted by Court | LCV2022538119 | 02/07/2022 |
| 02/08/2022 | | ORDER FOR SUMMARY JUDGMENT-Denied by Judge LINDEMANN, DANIEL, R re: MOTION FOR SUMMARY JUDGMENT [LCV20212666821] | LCV2022563473 | 02/08/2022 |
| 02/09/2022 | | Answer W/CrossClaim W/Jury Demand submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION against ARTULDE POINT DU JOUR | LCV2022580541 | 02/09/2022 |
| 02/10/2022 | | MEDIATION Notice submitted by Case Management | LCV2022586110 | 02/10/2022 |
| 02/12/2022 | | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV2022627900 | 02/12/2022 |
| 02/17/2022 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2022710846 | 02/17/2022 |
| 02/22/2022 | | RESPONSE TO AMENDED COMPLAINT submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV2022754302 | 02/22/2022 |
| 03/03/2022 | | **CLERK NOTICE**: re: Answer w/CrossClaim [LCV2022580541] -Township of Union was dismissed on 6/10/2021. | LCV2022888115 | 03/03/2022 |
| 03/29/2022 | | MOTION TO COMPEL DISCOVERY submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20221278806 | 03/29/2022 |
| 03/29/2022 | | MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. ***LINKED FILING*** | LCV20221279648 | 03/29/2022 |
| 03/30/2022 | | The motion filed on 03/29/2022 will be decided on 04/14/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO COMPEL DISCOVERY [LCV20221278806] | LCV20221289836 | 03/30/2022 |
| 03/30/2022 | | The motion filed on 03/29/2022 will be decided on 04/29/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20221279648] | LCV20221290749 | 03/30/2022 |
| 04/06/2022 | | CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20221386024 | 04/06/2022 |
| 04/06/2022 | | CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20221386100 | 04/06/2022 |
| 04/16/2022 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20221534048 | 04/16/2022 |
| 04/25/2022 | | ORDER TO COMPEL DISCOVERY-Granted by Judge LINDEMANN, DANIEL, R re: MOTION TO COMPEL DISCOVERY [LCV20221278806] | LCV20221674210 | 04/25/2022 |
| 04/25/2022 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20221675147 | 04/25/2022 |
| 04/25/2022 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20221675156 | 04/25/2022 |
| 04/26/2022 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20221685328 | 04/26/2022 |
| 04/27/2022 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, DONALD COOK, TOWNSHIP OF UNION, SYLVIA ESCOBAR ***LINKED FILING*** | LCV20221692946 | 04/27/2022 |
| 04/27/2022 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, DONALD COOK, TOWNSHIP OF UNION, SYLVIA ESCOBAR ***LINKED FILING*** | LCV20221693427 | 04/27/2022 |
| 04/27/2022 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20221279648] -Motion adjourned one cycle until 5/13. Time for movant to file reply extended until 5/6. | LCV20221694575 | 04/27/2022 |

| | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 04/27/2022 | | Oral Argument has been granted. Remote Re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20221279648] is rescheduled on 05/13/2022 with Judge LINDEMANN, DANIEL, R. Please contact the court for details on whether the proceeding will be held by Phone or Video. | LCV20221694588 | 04/27/2022 |
| 04/28/2022 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. *LINKED FILING* | LCV20221713981 | 04/28/2022 |
| 05/11/2022 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20221279648] -ORAL ARGUMENT -- Oral argument will be heard on all pending motions in this matter at 9:30 AM on Friday, May 13, 2022. Please report to the Courthouse IN PERSON at 2 Broad St in Elizabeth, Rotunda 201. -JS, Law Clerk | LCV20221867850 | 05/11/2022 |
| 05/11/2022 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, OFFICER DELVALLE, LIMAGE WILSON, DONALD COOK ET AL. | LCV20221869540 | 05/11/2022 |
| 05/13/2022 | | ORDER TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM-Granted by Judge LINDEMANN, DANIEL, R re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20221279648] | LCV20221917312 | 05/16/2022 |
| 05/16/2022 | | DEFICIENCY NOTICE: re: Answer w/CrossClaim [LCV2022580541] -Township of Union was dismissed on 6/10/21. If reinstated, please refile your answer. | LCV20221916964 | 05/16/2022 |
| 05/18/2022 | | CONSENT ORDER submitted by MUNGER, ANDREW, C of ATTORNEY GENERAL LAW on behalf of STATE OF NEW JERSEY against ARTULDE POINT DU JOUR, TRINITAS HOSPITAL, HEAD DOE, OFFICER DELVALLE, LIMAGE WILSON ET AL. | LCV20221943313 | 05/18/2022 |
| 05/21/2022 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, STATE OF NEW JERSEY, HEAD DOE, LIMAGE WILSON, DONALD COOK ET AL. | LCV20221976959 | 05/21/2022 |
| 05/23/2022 | | **CLERK NOTICE**: re: Answer w/CrossClaim [LCV2022580541] -Township of Union was reinstated on 9/8/2021. Answer has been filed. | LCV20221983166 | 05/23/2022 |
| 05/25/2022 | | CONSENT ORDER - Granted by Judge LINDEMANN, DANIEL, R re: CONSENT ORDER [LCV20221943313] | LCV20222013934 | 05/25/2022 |
| 05/25/2022 | | MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of LIMAGE WILSON, DONALD COOK, TOWNSHIP OF UNION, JOHN DOES (1-10) against ARTULDE POINT DU JOUR | LCV20222020272 | 05/25/2022 |
| 05/26/2022 | | DEFICIENCY NOTICE: re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20222020272] -Certification of Service is missing a signature. CR | LCV20222035372 | 05/26/2022 |
| 05/27/2022 | | DEFICIENCY CORRECTION submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20222043072 | 05/27/2022 |
| 05/31/2022 | | MOTION TO RECONSIDER submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON ET AL. *LINKED FILING* | LCV20222076386 | 05/31/2022 |
| 06/02/2022 | | The motion filed on 05/31/2022 will be decided on 06/24/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV20222076386] | LCV20222108927 | 06/02/2022 |
| 06/02/2022 | | The motion filed on 05/25/2022 will be decided on 06/10/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20222020272] | LCV20222110134 | 06/02/2022 |
| 06/08/2022 | | ADJOURNMENT REQUEST submitted by MUNGER, ANDREW, C of ATTORNEY GENERAL LAW on behalf of STATE OF NEW JERSEY against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. | LCV20222171966 | 06/08/2022 |
| 06/09/2022 | | **CLERK NOTICE**: re: ADJOURNMENT REQUEST [LCV20222171966] -Relief sought must be requested in consent order or by motion if necessary. | LCV20222187456 | 06/09/2022 |
| 06/09/2022 | | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION against ARTULDE POINT DU JOUR | LCV20222200504 | 06/09/2022 |
| 06/14/2022 | | ORDER TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY-Granted by Judge LINDEMANN, DANIEL, R re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20222020272] | LCV20222281373 | 06/16/2022 |
| 06/15/2022 | | MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM submitted by MUNGER, ANDREW, C of ATTORNEY GENERAL LAW on behalf of STATE OF NEW JERSEY against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. | LCV20222276429 | 06/16/2022 |
| 06/16/2022 | | The motion filed on 06/15/2022 will be decided on 07/22/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20222276429] | LCV20222284357 | 06/16/2022 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 06/16/2022 | | CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20222285499 | 06/16/2022 |
| 06/16/2022 | | OPPOSITION TO MOTION submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TOWNSHIP OF UNION ET AL. ***LINKED FILING*** | LCV20222286393 | 06/16/2022 |
| 06/16/2022 | | GENERAL CORRESPONDENCE submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of ARTULDE POINT DU JOUR against TOWNSHIP OF UNION | LCV20222286695 | 06/16/2022 |
| 06/20/2022 | | GENERAL CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON ET AL. | LCV20222312439 | 06/20/2022 |
| 06/21/2022 | | **CLERK NOTICE**: re: MOTION TO RECONSIDER [LCV20222076386] -ORAL ARGUMENT will be held for all pending motions in this matter on 6/24/22 IN PERSON at 2:00 PM. The Courtroom is located at 2 Broad St in Elizabeth in Rotunda 201. - JS/Law Clerk | LCV20222322861 | 06/21/2022 |
| 06/23/2022 | | **CLERK NOTICE**: re: MOTION TO RECONSIDER [LCV20222076386] -Only the motion for reconsideration will be heard tomorrow for oral argument, 6/24. Thank you. | LCV20222342793 | 06/23/2022 |
| 06/29/2022 | | ORDER RECONSIDER-Denied by Judge LINDEMANN, DANIEL, R re: MOTION TO RECONSIDER [LCV20222076386] | LCV20222431065 | 06/29/2022 |
| 07/02/2022 | | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV20222461790 | 07/02/2022 |
| 07/25/2022 | | ORDER TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM-Granted by Judge LINDEMANN, DANIEL, R re: MOTION TO DISMISS COMPLAINT, FAILURE TO STATE CLAIM [LCV20222276429] | LCV20222737101 | 07/25/2022 |
| 07/30/2022 | | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20222782406 | 07/30/2022 |
| 08/08/2022 | | DISCOVERY END DATE REMINDER Notice submitted by Case Management | LCV20222858898 | 08/08/2022 |
| 08/24/2022 | | MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20223069415 | 08/24/2022 |
| 08/25/2022 | | The motion filed on 08/24/2022 will be decided on 09/09/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20223069415] | LCV20223087754 | 08/25/2022 |
| 09/01/2022 | | MOTION TO VACATE ORDER submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. ***LINKED FILING*** | LCV20223162021 | 09/01/2022 |
| 09/06/2022 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20223069415] -Motion adjourned to 9/23. | LCV20223188871 | 09/06/2022 |
| 09/06/2022 | | The motion filed on 08/24/2022 was rescheduled to 09/23/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20223069415] | LCV20223188890 | 09/06/2022 |
| 09/07/2022 | | The motion filed on 09/01/2022 will be decided on 09/23/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO VACATE ORDER [LCV20223162021] | LCV20223194913 | 09/07/2022 |
| 09/15/2022 | | OPPOSITION TO MOTION submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20223343179 | 09/15/2022 |
| 09/16/2022 | | RESPONSE TO AMENDED COMPLAINT submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. | LCV20223353866 | 09/16/2022 |
| 09/16/2022 | | CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. ***LINKED FILING*** | LCV20223354034 | 09/16/2022 |
| 09/21/2022 | | The motion filed on 08/24/2022 was rescheduled to 10/07/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20223069415] | LCV20223388226 | 09/21/2022 |
| 09/21/2022 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20223069415] -Parties are to meet and confer and submit joint status report as to all pending discovery by 9/28. Motion adj. to 10/7. | LCV20223388222 | 09/21/2022 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 09/21/2022 | | **CLERK NOTICE**: re: MOTION TO VACATE ORDER [LCV20223162021] -Parties are to meet and confer and submit joint status report as to all pending discovery by 9/28. Motion adj. to 10/7. | LCV20223388231 | 09/21/2022 |
| 09/21/2022 | | The motion filed on 09/01/2022 was rescheduled to 10/07/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO VACATE ORDER [LCV20223162021] | LCV20223388235 | 09/21/2022 |
| 09/28/2022 | | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20223489402 | 09/28/2022 |
| 09/29/2022 | | **CLERK NOTICE**: re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20223069415] -Regarding the 9/28 correspondence, parties please advise as to the status of the pending motion to dismiss for failure to make discovery. Thank you. | LCV20223492008 | 09/29/2022 |
| 10/03/2022 | | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20223518797 | 10/03/2022 |
| 10/03/2022 | | CERTIFICATION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. | LCV20223523070 | 10/03/2022 |
| 10/06/2022 | | CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20223564787 | 10/06/2022 |
| 10/07/2022 | | ORDER TO VACATE ORDER-Partial by Judge LINDEMANN, DANIEL, R re: MOTION TO VACATE ORDER [LCV20223162021] | LCV20223639612 | 10/13/2022 |
| 10/07/2022 | | ORDER TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY-Denied by Judge LINDEMANN, DANIEL, R re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20223069415] | LCV20223640504 | 10/13/2022 |
| 10/12/2022 | | CORRECTED: GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20223613805 | 10/12/2022 |
| 10/21/2022 | | COURT Notice submitted by Case Management | LCV20223715656 | 10/21/2022 |
| 11/02/2022 | | CORRECTION: re: [LCV20223613805] GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR Filing Type has been changed to DISCOVERY EXTENSION STIPULATION by Case Management Staff | LCV20223837610 | 11/02/2022 |
| 11/02/2022 | | **CLERK NOTICE**: re: DISCOVERY EXTENSION STIPULATION [LCV20223613805] -DED extended from 10/12/22 to 12/11/22 by consent. | LCV20223837697 | 11/02/2022 |
| 11/02/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by SABONY, MICHAEL, A of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20223840790 | 11/02/2022 |
| 11/03/2022 | | COURT Notice submitted by Case Management | LCV20223845575 | 11/03/2022 |
| 11/16/2022 | | MOTION TO EXTEND DISCOVERY submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20223959903 | 11/16/2022 |
| 11/16/2022 | | The motion filed on 11/16/2022 will be decided on 12/16/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO EXTEND DISCOVERY [LCV20223959903] | LCV20223969796 | 11/16/2022 |
| 11/18/2022 | | The motion filed on 11/16/2022 was rescheduled to 12/02/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO EXTEND DISCOVERY [LCV20223959903] | LCV20223993256 | 11/18/2022 |
| 11/28/2022 | | REPLY BRIEF submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20224071120 | 11/28/2022 |
| 12/01/2022 | | CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR, PC on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20224112047 | 12/01/2022 |
| 12/02/2022 | | ORDER EXTEND DISCOVERY-Partial by Judge LINDEMANN, DANIEL, R re: MOTION TO EXTEND DISCOVERY [LCV20223959903] | LCV20224142695 | 12/06/2022 |
| 12/13/2022 | | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20224196581 | 12/13/2022 |
| 03/02/2023 | | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV2023764441 | 03/02/2023 |

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 03/06/2023 | | Case Management Order-Court Initiated - PARTIAL by Judge LINDEMANN, DANIEL, R | LCV2023819595 | 03/07/2023 |
| 03/24/2023 | | COURT Notice submitted by Case Management | LCV20231023600 | 03/24/2023 |
| 04/07/2023 | | MOTION TO EXTEND DISCOVERY submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. *LINKED FILING* | LCV20231213992 | 04/10/2023 |
| 04/10/2023 | | ADJOURNMENT REQUEST submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20231219611 | 04/10/2023 |
| 04/10/2023 | | ADJOURNMENT REQUEST submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 | LCV20231229855 | 04/10/2023 |
| 04/11/2023 | | **CLERK NOTICE**: re: ADJOURNMENT REQUEST [LCV20231219611] -As per Judge Ciarrocca-ok to adjourn to Sept. note the objection but advise counsel we will not have a judge available for a trial of a case like this in July. | LCV20231238966 | 04/11/2023 |
| 04/11/2023 | | The motion filed on 04/07/2023 will be decided on 04/28/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO EXTEND DISCOVERY [LCV20231213992] | LCV20231242309 | 04/11/2023 |
| 04/12/2023 | | COURT Notice submitted by Case Management | LCV20231244045 | 04/12/2023 |
| 04/12/2023 | | **CLERK NOTICE**: re: ADJOURNMENT REQUEST [LCV20231229855] -As per the judge-per my note. | LCV20231245397 | 04/12/2023 |
| 04/13/2023 | | The motion filed on 04/07/2023 was rescheduled to 04/28/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO EXTEND DISCOVERY [LCV20231213992] | LCV20231261550 | 04/13/2023 |
| 04/20/2023 | | CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR *LINKED FILING* | LCV20231325865 | 04/20/2023 |
| 04/26/2023 | | MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR *LINKED FILING* | LCV20231380039 | 04/26/2023 |
| 04/27/2023 | | The motion filed on 04/26/2023 will be decided on 05/12/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20231380039] | LCV20231390955 | 04/27/2023 |
| 04/28/2023 | | ORDER EXTEND DISCOVERY-Granted by Judge CIARROCCA, MARK, P re: MOTION TO EXTEND DISCOVERY [LCV20231213992] | LCV20231396550 | 04/28/2023 |
| 05/03/2023 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. *LINKED FILING* | LCV20231440458 | 05/03/2023 |
| 05/03/2023 | | WITHDRAWAL OF MOTION submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR *LINKED FILING* | LCV20231446320 | 05/03/2023 |
| 05/03/2023 | | Motion Result: Withdrawn on 05/03/2023 re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20231380039] | LCV20231447209 | 05/03/2023 |
| 05/24/2023 | | MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL ET AL. *LINKED FILING* | LCV20231632958 | 05/24/2023 |
| 05/25/2023 | | The motion filed on 05/24/2023 will be decided on 06/09/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20231632958] | LCV20231636520 | 05/25/2023 |
| 05/31/2023 | | CROSS MOTION FOR DISCOVERY submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. *LINKED FILING* | LCV20231679704 | 05/31/2023 |
| 05/31/2023 | | PROOF OF SERVICE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. | LCV20231679796 | 05/31/2023 |
| 06/01/2023 | | The motion filed on 05/31/2023 will be decided on 06/09/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: CROSS MOTION FOR DISCOVERY [LCV20231679704] | LCV20231684440 | 06/01/2023 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 06/05/2023 | | REPLY BRIEF submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20231712155 | 06/05/2023 |
| 06/08/2023 | | OPPOSITION TO MOTION submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL, SYLVIA ESCOBAR against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TOWNSHIP OF UNION ET AL. ***LINKED FILING*** | LCV20231756424 | 06/08/2023 |
| 06/08/2023 | | REPLY BRIEF submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. ***LINKED FILING*** | LCV20231761467 | 06/08/2023 |
| 06/09/2023 | | PROOF OF SERVICE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. | LCV20231764604 | 06/09/2023 |
| 06/09/2023 | | PROOF OF SERVICE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. | LCV20231764697 | 06/09/2023 |
| 06/09/2023 | | ORDER TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY-Denied by Judge LINDEMANN, DANIEL, R re: MOTION TO DISMISS COMPLAINT FOR FAILURE TO MAKE DISCOVERY [LCV20231632958] | LCV20231784241 | 06/12/2023 |
| 06/14/2023 | | The motion filed on 05/31/2023 was rescheduled to 06/23/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: CROSS MOTION FOR DISCOVERY [LCV20231679704] | LCV20231804064 | 06/14/2023 |
| 06/14/2023 | | **CLERK NOTICE**: re: CROSS MOTION FOR DISCOVERY [LCV20231679704] -Motion adj. to 6/23 for late filings, counsel to meet and confer and submit a joint status report as to any outstanding discovery by 6/20. | LCV20231804102 | 06/14/2023 |
| 06/21/2023 | | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20231859475 | 06/21/2023 |
| 06/29/2023 | | ORDER FOR DISCOVERY-Partial by Judge LINDEMANN, DANIEL, R re: CROSS MOTION FOR DISCOVERY [LCV20231679704] | LCV20231980782 | 06/30/2023 |
| 06/30/2023 | | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20231982556 | 06/30/2023 |
| 07/06/2023 | | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20232010764 | 07/06/2023 |
| 07/19/2023 | | The "Trial" Proceeding for UNN-L-000045-21 scheduled for 09/11/2023 has been: "Rescheduled". | LCV20232115298 | 07/19/2023 |
| 07/19/2023 | | The "Trial" Proceeding for UNN-L-000045-21 has been re-scheduled as a "Trial" Proceeding for 11/13/2023. | LCV20232115303 | 07/19/2023 |
| 07/20/2023 | | COURT Notice submitted by Case Management | LCV20232131057 | 07/20/2023 |
| 08/16/2023 | | CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. | LCV20232358813 | 08/16/2023 |
| 08/16/2023 | | CORRESPONDENCE submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. | LCV20232358817 | 08/16/2023 |
| 08/16/2023 | | MOTION FOR DISCOVERY submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. ***LINKED FILING*** | LCV20232358799 | 08/17/2023 |
| 08/16/2023 | | MOTION TO RECONSIDER submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. ***LINKED FILING*** | LCV20232358811 | 08/17/2023 |
| 08/18/2023 | | The motion filed on 08/16/2023 will be decided on 09/08/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV20232358811] | LCV20232373557 | 08/18/2023 |
| 08/18/2023 | | The motion filed on 08/16/2023 will be decided on 09/08/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISCOVERY [LCV20232358799] | LCV20232373578 | 08/18/2023 |
| 08/31/2023 | | OPPOSITION TO MOTION submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20232500833 | 08/31/2023 |
| 09/01/2023 | | ADJOURNMENT REQUEST (MOTION) submitted by MORONEY, MICHAEL, A of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL against ARTULDE POINT DU JOUR, JOHN DOES (1- | LCV20232508867 | 09/01/2023 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| | | 10), HARRY ROES (1-10), STATE OF NEW JERSEY, TOWNSHIP OF UNION ET AL. *LINKED FILING* | | |
| 09/01/2023 | | GENERAL CORRESPONDENCE submitted by MORONEY, MICHAEL, A of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TOWNSHIP OF UNION ET AL. | LCV20232509077 | 09/01/2023 |
| 09/06/2023 | | The motion filed on 08/16/2023 was rescheduled to 09/22/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISCOVERY [LCV20232358799] | LCV20232533500 | 09/06/2023 |
| 09/06/2023 | | The motion filed on 08/16/2023 was rescheduled to 09/22/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV20232358811] | LCV20232533518 | 09/06/2023 |
| 09/08/2023 | | MOTION FOR SUMMARY JUDGMENT submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR *LINKED FILING* | LCV20232564931 | 09/08/2023 |
| 09/10/2023 | | ADJOURNMENT REQUEST submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. | LCV20232570703 | 09/10/2023 |
| 09/10/2023 | | ADJOURNMENT REQUEST submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. | LCV20232570704 | 09/10/2023 |
| 09/11/2023 | | **CLERK NOTICE**: re: ADJOURNMENT REQUEST [LCV20232570704] -As per Judge Ciarrocca-denied as he does not indicate he has attempted to get consent from adversaries. Request to adjourn proceeding has been denied. | LCV20232587537 | 09/11/2023 |
| 09/11/2023 | | ADJOURNMENT REQUEST submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 ET AL. | LCV20232588494 | 09/11/2023 |
| 09/11/2023 | | **CLERK NOTICE**: re: ADJOURNMENT REQUEST [LCV20232588494] -As per judge Ciarrocca-he needs to try to get consent of his adversaries and agreement on a new trial date. | LCV20232608305 | 09/11/2023 |
| 09/11/2023 | | ADJOURNMENT REQUEST submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TOWNSHIP OF UNION ET AL. | LCV20232612462 | 09/11/2023 |
| 09/11/2023 | | GENERAL CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR | LCV20232619570 | 09/11/2023 |
| 09/12/2023 | | The motion filed on 09/08/2023 will be decided on 09/22/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] | LCV20232679694 | 09/12/2023 |
| 09/12/2023 | | The motion filed on 09/08/2023 was rescheduled to 10/06/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] | LCV20232679776 | 09/12/2023 |
| 09/14/2023 | | OPPOSITION TO MOTION submitted by WATTS, RANDALL, SINCLAIR of FLYNN WATTS LLC on behalf of TRINITAS HOSPITAL against ARTULDE POINT DU JOUR, JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TOWNSHIP OF UNION ET AL. *LINKED FILING* | LCV20232842584 | 09/14/2023 |
| 09/15/2023 | | **CLERK NOTICE**: re: ADJOURNMENT REQUEST [LCV20232570703] -Request to adjourn proceeding has been denied | LCV20232853004 | 09/15/2023 |
| 09/22/2023 | | ORDER RECONSIDER-Denied by Judge LINDEMANN, DANIEL, R re: MOTION TO RECONSIDER [LCV20232358811] | LCV20232939476 | 09/25/2023 |
| 09/22/2023 | | ORDER FOR DISCOVERY-Denied by Judge LINDEMANN, DANIEL, R re: MOTION FOR DISCOVERY [LCV20232358799] | LCV20232941501 | 09/25/2023 |
| 09/26/2023 | | OPPOSITION TO MOTION submitted by PORTILLA, CECILE, DELROSE of CECILE D PORTILLA, ATTORNEY AT LAW on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. *LINKED FILING* | LCV20232953120 | 09/26/2023 |
| 09/26/2023 | | ADJOURNMENT REQUEST submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against TRINITAS HOSPITAL, TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE ET AL. | LCV20232953129 | 09/26/2023 |
| 09/27/2023 | | **CLERK NOTICE**: re: ADJOURNMENT REQUEST [LCV20232953129] -As per Judge Ciarrocca-denied- No attempt made to get consent, request to adjourn proceeding has been denied. | LCV20232956409 | 09/27/2023 |
| 10/02/2023 | | REPLY BRIEF submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR *LINKED FILING* | LCV20233009495 | 10/02/2023 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 10/03/2023 | | **CLERK NOTICE**: re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] -CLERK NOTICE: MOTION ORAL ARGUMENT before Hon. Daniel R. Lindemann, JSC is scheduled on 10/6/23 at 10:15 AM IN PERSON at Rotunda Courtroom 201. | LCV20233031880 | 10/03/2023 |
| 10/05/2023 | | The motion filed on 09/08/2023 was rescheduled to 10/20/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] | LCV20233054548 | 10/05/2023 |
| 10/05/2023 | | **CLERK NOTICE**: re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] -MOTION ORAL ARGUMENT before Hon. Daniel R. Lindemann JSC scheduled on 10/6/23 is adjourned until 10/20/23 at 1:30 PM IN PERSON at Rotunda Courtroom 201. | LCV20233054582 | 10/05/2023 |
| 10/09/2023 | | ADJOURNMENT REQUEST submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. | LCV20233078190 | 10/09/2023 |
| 10/10/2023 | | CORRESPONDENCE submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20233083013 | 10/10/2023 |
| 10/10/2023 | | OPPOSITION TO MOTION submitted by HAWKINS, ELDRIDGE, T of ELDRIDGE HAWKINS on behalf of ARTULDE POINT DU JOUR against JOHN DOES (1-10), HARRY ROES (1-10), STATE OF NEW JERSEY, TRINITAS HOSPITAL, TOWNSHIP OF UNION ET AL. ***LINKED FILING*** | LCV20233089079 | 10/10/2023 |
| 10/13/2023 | | **CLERK NOTICE**: re: CORRESPONDENCE [LCV20233083013] -10/9 adjournment denied. Motion was timely filed per R. 4:46 & adjd due to Plaintiff's late request for Zoom hearing. Court has accepted Plaintiff's 10/10/23 late submissions and Reply to be submitted asap. OA on 10/20 in-person @ 11am. | LCV20233117626 | 10/13/2023 |
| 10/17/2023 | | REPLY BRIEF submitted by EMOND, GREGORY, D of ANTONELLI KANTOR RIVERA on behalf of TOWNSHIP OF UNION, DONALD COOK, LIMAGE WILSON, OFFICER DELVALLE, BADGE #3259 against ARTULDE POINT DU JOUR ***LINKED FILING*** | LCV20233141356 | 10/17/2023 |
| 10/18/2023 | | **CLERK NOTICE**: re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] -MOTION ORAL ARGUMENT before Hon. Daniel R. Lindemann JSC is scheduled for 10/20/23 at 1:30 PM IN PERSON at Rotunda Courtroom 201. | LCV20233149210 | 10/18/2023 |
| 10/19/2023 | | **CLERK NOTICE**: re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] -ORAL ARGUMENT TIME CHANGE. MOTION ORAL ARGUMENT before Hon. Daniel R. Lindemann JSC is scheduled for 10/20/23 at 11:00 AM IN PERSON at Rotunda Courtroom 201. | LCV20233155743 | 10/19/2023 |
| 10/23/2023 | | ORDER FOR SUMMARY JUDGMENT-Granted by Judge LINDEMANN, DANIEL, R re: MOTION FOR SUMMARY JUDGMENT [LCV20232564931] | LCV20233187153 | 10/23/2023 |
| 10/24/2023 | | The "Trial" Proceeding for UNN-L-000045-21 scheduled for 11/13/2023 has been: "Cancel". | LCV20233197835 | 10/24/2023 |

Showing 1 to 245 of 245 entries

Screen ID : ECCV3000 © Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2025/07.01.01

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

CECILE D. PORTILLA, ATTORNEY AT LAW LLC
7 Glenwood Avenue, Suite 400
East Orange, NJ 07017
Phone (973) 676 5072 Fax (862) 520 3433
Attorney Id: 021212005
Portillalaw@comcast.net

October 19, 2023

Office of Attorney Ethics
1040 River Road
Ewing Township, NJ 08625

**Re: Misuse of the Ethics Committee by Criminals and Criminal Hacking of Ecourts by the same Criminals.**

Dear Ethics Committee:

Please be advised that the Ethics Committee and its name are being used in the most criminal and unethical of ways by a former federal agent and current friends.

I am an attorney who blew the whistle against a federal agent. Attorney Eldridge Hawkins, a former New Jersey Legislature came to my rescue. We were both quickly and decisively subjected to "RANDOM AUDITS" allegedly by the Office of Attorney Ethics.

In 2014, after being threatened in retaliation for my actions, I received a letter that purported to be from the Office of Attorney Ethics, P.O. 963, Trenton, New Jersey.

The individual who came into my Office under the guise of being the Ethics Committee Auditor, did not want me to be in the room while he went through my books. I observed him using a cell phone to talk picture of my documents. He then asked me for a private room from which he could make a phone call. I heard him telling someone that he could not find what he was looking for.

Upon Eldridge Hawkins providing me with an office in his firm in 2015, he was subjected to a "RANDOM AUDIT." He too felt that there was nothing RANDOM about the alleged RANDOM audit.

I was taught in law school that a Random Audit is TRUELY random. Anything else is fraud upon our law offices.

Over the years I have received communications from others regarding what was expressly said to me by the alleged auditor who came into my office in 2014.

Since then, and prior to the Audit, the federal agent has threatened to make me into an X Attorney and a Former attorney.

In 2022, after becoming aware that the federal agent and friends were contacting former clients with the objective of getting someone to complain about me, to justify an office invasion or some type of investigation, I drove to Ewing myself. I was told that I was in good standing.

I explained that there was a prior random audit of my office after being threatened years ago. The Ewing office had no knowledge of the ALLEGED AUDIT. The Ewing office expressed that a RANDOM audit is TRULY RANDOM.

I again reached out to that office through someone in September 2023 and was again advised that I was in GOOD STANDING.

I have heard attorneys express that they are unable to see documents that I file on eCourts which means that the COURT SITE IS BEING HACKED.

Mr. Hawkins has had Judges throw out his cases because they were unable to see documents that were filed on ecourts by him. One judge could not see his counterstatement of facts for a cross motion for summary judgment.

Court clerks are being blocked from seeing proofs of services causing multiple failure to prosecute notifications. Judge's Orders will be noted on eCourts many days after they are signed. An old Order signed by Judge Carey who retired years ago was suddenly deleted from eCourts. The Court clerk could not explain the occurrence. It then reappeared.

Another Judge accused Mr. Hawkins of not filing any Notices of Claim on behalf of his client. The judge was unable to see the five (5) Notices of Claims that were actually filed and sitting on ecourts. The judge dismissed the case mainly on that basis, causing Mr. Hakins to file an appeal.

On several occasions, after Mr. Hawkins and I file our briefs and other documents on eCourts, the criminals trigger the alert to be given by eCourts that states "*the case management system is currently unavailable. An Email will be forwarded to the address when the system is currently available.*"

During this time frame, the recently filed documents on eCourts cannot be viewed for many hours or are not viewable until the next day. When they eventually show up as filed, they are not the same documents. While the documents are not viewable by us, the criminals then engage in hacking of eCourts to delete paragraphs from our briefs, removing and switching exhibits, inserting false facts, wrong statutes, wrong dates, wrong numbers, wrong rules, grammatical

The hackers consistently block documents from being entered in the ACMS system on case Jackets. Failure to prosecute notifications are routinely generated on dockets for no logical reasons.

**System error exceptions** plague ecourts. These things should not be happening!

This person and friends are terrorizing ecourts and disrespecting our court system. I have been locked out of ecourts multiple times. Recently AFTER receiving a veiled threat that I would be prevented from efiling, I was BLOCKED from filing a brief prior to the deadline.

I believe that this same person hacked the Iolta web site in 2022 thereby interfering with my registration and causing me to register in a way that I did not intend. Evidence of this should be detectable by the IT experts for the Iolta registration site.

I am receiving continuous veiled threats that I will be locked out of the Courts.

I was advised to have my computers checked. My computers all checked clean. Thus, the crime is being committed from eCourts because the criminals clearly do not believe that anyone will check the eCourts system to detect the cyber crimes.

- The last Appellate brief filed by Eldridge Hawkins, Esquire in October 2023 is currently UPSIDE DOWN on the Appellate Court site.
- The last Appellate brief filed by the undersigned attorney in October 2023 is currently UPSIDE DOWN on the Appellate Court site.

The APPELLATE briefs were NOT UPSIDE DOWN when they left our computers.

Simply put, someone wants us to know they are in charge of the New Jersey Courts and that they are above the law!

Significantly, we have outrageous criminals using the name of the Ethics Committee to commit unethical acts and crimes against attorneys. How can this be?

We are requesting intervention from the ethics committee.

/s/ Cecile D. Portilla
CECILE D. Portilla, ESQUIRE

Judiciary eCourts System - Civil Part

Home
Help
Logout

CASE JACKET
User:ELDRIDGE HAWKINS
Docket Number: ESX L 006774 - 14

Back

Create Summary Report

Case Caption: Portilla Vs Maxim Health Care Services Inc

Court: Civil Part
Case Type: Whistleblower / Conscientious Employee Protection Act (Cepa)
Case Track: 3
# of Discovery Days: 963
Original Discovery End Date: 08/23/2016
Original Arbitration Date:
Original Trial Date: 10/31/2016
Disposition Date: 01/05/2018

Venue: Essex
Case Status: Closed
Judge: Bridget A Stecher
Age of Case: 00 YR 00 MO
Current Discovery End Date: 01/18/2018
Current Arbitration Date:
Current Trial Date:
Case Disposition: Dismissed By Court With Prejudice

Case Initiation Date: 09/23/2014
Jury Demand: 6 Jurors
Team: 3
Consolidated Case: N
# of DED Extensions: 6
# of Arb Adjournments: 0
# of Trial Date Adjournments: 4
Statewide Lien:

Plaintiffs (1) | Defendants (6) | Case Proceedings (47) | ACMS Documents (91) | Fees (93)

Cecile Portilla

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 11/09/2017 | | Motion To Reconsider uploaded by Case Management Staff submitted by CECILE PORTILLA | LCV2017470167 | 11/14/2017 |
| 11/13/2017 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by RATTAY, THOMAS, JOSEPH of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017466339 | 11/13/2017 |
| 11/13/2017 | | OBJECTION TO MOTION submitted by RATTAY, THOMAS, JOSEPH of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017466378 | 11/13/2017 |
| 11/14/2017 | | The motion filed on 11/09/2017 will be decided on 11/17/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO RECONSIDER [LCV2017470167] | LCV2017470309 | 11/14/2017 |
| 11/16/2017 | | OBJECTION TO MOTION submitted by HAWKINS, ELDRIDGE, J of ELDRIDGE HAWKINS on behalf of MAXIM HEALTH CARE SERVICES INC against CECILE PORTILLA | LCV2017491642 | 11/16/2017 |
| 11/16/2017 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by KOSHY, ROBIN of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017492337 | 11/16/2017 |
| 11/17/2017 | | Motion For Summary Judgment uploaded by Case Management Staff submitted by ROBIN KOSHY | LCV2017523200 | 11/22/2017 |
| 11/17/2017 | | Order Extend Discovery - GRANTED by Judge CAREY, DENNIS, F | LCV2017651055 | 12/15/2017 |
| 11/17/2017 | | Order Reconsider - GRANTED by Judge CAREY, DENNIS, F | LCV2017651154 | 12/15/2017 |
| 11/18/2017 | | COURT Notice submitted by Case Management | LCV2017500128 | 11/18/2017 |
| 11/22/2017 | | The motion filed on 11/17/2017 will be decided on 12/15/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV20175233[illegible] | 11/2[illegible]17 |
| 1/29/2017 | | COURT Notice submitted by Case Management | LCV2017542787 | 11/29/2017 |

Ra554

Psa118

Filed Date Filings

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 12/06/2017 | | Motion For Summary Judgment uploaded by Case Management Staff submitted by CECILE PORTILLA | LCV2017607681 | 12/08/2017 |
| 12/08/2017 | | The motion filed on 12/06/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV2017607681] | LCV2017608000 | 12/08/2017 |
| 12/08/2017 | | The motion filed on 11/17/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV2017608564 | 12/08/2017 |
| 12/15/2017 | | DELETED - ORDER RECONSIDER-Denied by Judge CAREY, DENNIS, F re: MOTION TO RECONSIDER [LCV2017470167] | LCV2017650980 | 12/15/2017 |
| 12/15/2017 | | Correspondence submitted by Court | LCV2017653105 | 12/15/2017 |
| 12/19/2017 | | CLERK NOTICE: re: MOTION TO RECONSIDER [LCV2017470167] -Motion for Reconsideration will be re-heard on January 3, 2018 at 11:30 AM. | LCV2017669559 | 12/19/2017 |
| 12/20/2017 | | Hearing is rescheduled for 11:30 AM on 01/03/2018 with Judge CAREY, DENNIS, F, Court Room 200HC. re: MOTION TO RECONSIDER [LCV2017470167] | LCV2017674179 | 12/20/2017 |
| 12/21/2017 | | COURT Notice submitted by Case Management | LCV2017683162 | 12/21/2017 |
| 12/26/2017 | | CORRESPONDENCE submitted by KOSHY, ROBIN of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017704024 | 12/26/2017 |
| 01/03/2018 | | Hearing is rescheduled for 11:30 AM on 01/05/2018 with Judge CAREY, DENNIS, F, Court Room 200HC. re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV201813814 | 01/03/2018 |
| 01/03/2018 | | Hearing is rescheduled for 11:30 AM on 01/05/2018 with Judge CAREY, DENNIS, F, Court Room 200HC. re: MOTION FOR SUMMARY JUDGMENT [LCV2017607681] | LCV201813820 | 01/03/2018 |
| 01/03/2018 | | ORDER RECONSIDER-Denied by Judge CAREY, DENNIS, F re: MOTION TO RECONSIDER [LCV2017470167] | LCV201819078 | 01/03/2018 |
| 01/04/2018 | | COURT Notice submitted by Case Management | LCV201819949 | 01/04/2018 |
| 01/05/2018 | | ORDER FOR SUMMARY JUDGMENT-Granted by Judge CAREY, DENNIS, F re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV201829007 | 01/05/2018 |
| 01/05/2018 | | ORDER FOR SUMMARY JUDGMENT-Denied by Judge CAREY, DENNIS, F re: MOTION FOR SUMMARY JUDGMENT [LCV2017607681] | LCV201829021 | 01/05/2018 |
| 03/17/2018 | | COURT submitted by Case Management | LCV2018483916 | 03/17/2018 |

Showing 1 to 28 of 28 entries

Screen ID : ECCV3000
© Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2021.2.0.3.5

Judiciary eCourts System - Civil Part

Home
Help
Logout

**CASE JACKET**
User:CECILE PORTILLA
Docket Number: ESX L 006774 - 14

Back

Create Summary Report

Case Caption: Portilla Vs Maxim Health Care Services Inc

Court: Civil Part
Case Type: Whistleblower / Conscientious Employee Protection Act (Cepa)
Case Track: 3
# of Discovery Days: 963
Original Discovery End Date: 08/23/2016
Original Arbitration Date:
Original Trial Date: 10/31/2016
Disposition Date: 01/05/2018

Venue: Essex
Case Status: Closed
Judge: Bridget A Stecher
Age of Case: 00 YR 00 MO
Current Discovery End Date: 01/18/2018
Current Arbitration Date:
Current Trial Date:
Case Disposition: Dismissed By Court With Prejudice

Case Initiation Date: 09/23/2014
Jury Demand: 6 Jurors
Team: 3
Consolidated Case: N
# of DED Extensions: 6
# of Arb Adjournments: 0
# of Trial Date Adjournments: 4
Statewide Lien:

Plaintiffs (1) | Defendants (6) | Case Proceedings (47) | ACMS Documents (91) | Fees (93)

Cecile Portilla

**Case Actions**

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 11/09/2017 | | Motion To Reconsider uploaded by Case Management Staff submitted by CECILE PORTILLA | LCV2017470167 | 11/14/2017 |
| 11/13/2017 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by RATTAY, THOMAS, JOSEPH of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017466339 | 11/13/2017 |
| 11/13/2017 | | OBJECTION TO MOTION submitted by RATTAY, THOMAS, JOSEPH of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017466378 | 11/13/2017 |
| 11/14/2017 | | The motion filed on 11/09/2017 will be decided on 11/17/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION TO RECONSIDER [LCV2017470167] | LCV2017470309 | 11/14/2017 |
| 11/16/2017 | | OBJECTION TO MOTION submitted by HAWKINS, ELDRIDGE, J of ELDRIDGE HAWKINS on behalf of MAXIM HEALTH CARE SERVICES INC against CECILE PORTILLA | LCV2017491642 | 11/16/2017 |
| 11/16/2017 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by KOSHY, ROBIN of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017492337 | 11/16/2017 |
| 11/17/2017 | | Motion For Summary Judgment uploaded by Case Management Staff submitted by ROBIN KOSHY | LCV2017523200 | 11/22/2017 |
| 11/17/2017 | | Order Extend Discovery - GRANTED by Judge CAREY, DENNIS, F | LCV2017651055 | 12/15/2017 |
| 11/17/2017 | | Order Reconsider - GRANTED by Judge CAREY, DENNIS, F | LCV2017651154 | 12/15/2017 |
| 11/18/2017 | | COURT Notice submitted by Case Management | LCV2017500128 | 11/18/2017 |
| 11/22/2017 | | The motion filed on 11/17/2017 will be decided on 12/15/2017. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV20175233[illegible] | [illegible]2017 |
| 11/29/2017 | | COURT Notice submitted by Case Management | LCV2017542787 | 11/29/2017 |

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**


| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 12/06/2017 | | Motion For Summary Judgment uploaded by Case Management Staff submitted by CECILE PORTILLA | LCV2017607681 | 12/08/2017 |
| 12/08/2017 | | The motion filed on 12/06/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV2017607681] | LCV2017608000 | 12/08/2017 |
| 12/08/2017 | | The motion filed on 11/17/2017 will be decided on 01/05/2018. Do not come to the courthouse because no oral argument has been requested. The court's decision will be sent to you. Re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV2017608564 | 12/08/2017 |
| 12/15/2017 | | ORDER RECONSIDER-Denied by Judge CAREY, DENNIS, F re: MOTION TO RECONSIDER [LCV2017470167] | LCV2017650980 | 12/15/2017 |
| 12/15/2017 | | Correspondence submitted by Court | LCV2017653105 | 12/15/2017 |
| 12/19/2017 | | **CLERK NOTICE**: re: MOTION TO RECONSIDER [LCV2017470167] -Motion for Reconsideration will be re-heard on January 3, 2018 at 11:30 AM. | LCV2017669559 | 12/19/2017 |
| 12/20/2017 | | Hearing is rescheduled for 11:30 AM on 01/03/2018 with Judge CAREY, DENNIS, F, Court Room 200HC. re: MOTION TO RECONSIDER [LCV2017470167] | LCV2017674179 | 12/20/2017 |
| 12/21/2017 | | COURT Notice submitted by Case Management | LCV2017683162 | 12/21/2017 |
| 12/26/2017 | | CORRESPONDENCE submitted by KOSHY, ROBIN of OGLETREE DEAKINS NASH ET AL PC on behalf of MAXIM HEALTH CARE SERVICES INC, DAWN KENNY, LAURA RIDDLE, BARBARA VOLTA against CECILE PORTILLA | LCV2017704024 | 12/26/2017 |
| 01/03/2018 | | Hearing is rescheduled for 11:30 AM on 01/05/2018 with Judge CAREY, DENNIS, F, Court Room 200HC. re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV201813814 | 01/03/2018 |
| 01/03/2018 | | Hearing is rescheduled for 11:30 AM on 01/05/2018 with Judge CAREY, DENNIS, F, Court Room 200HC. re: MOTION FOR SUMMARY JUDGMENT [LCV2017607681] | LCV201813820 | 01/03/2018 |
| 01/03/2018 | | ORDER RECONSIDER-Denied by Judge CAREY, DENNIS, F re: MOTION TO RECONSIDER [LCV2017470167] | LCV201819078 | 01/03/2018 |
| 01/04/2018 | | COURT Notice submitted by Case Management | LCV201819949 | 01/04/2018 |
| 01/05/2018 | | ORDER FOR SUMMARY JUDGMENT-Granted by Judge CAREY, DENNIS, F re: MOTION FOR SUMMARY JUDGMENT [LCV2017523200] | LCV201829007 | 01/05/2018 |
| 01/05/2018 | | ORDER FOR SUMMARY JUDGMENT-Denied by Judge CAREY, DENNIS, F re: MOTION FOR SUMMARY JUDGMENT [LCV2017607681] | LCV201829021 | 01/05/2018 |
| 03/17/2018 | | COURT submitted by Case Management | LCV2018483916 | 03/17/2018 |

Showing 1 to 28 of 28 entries

Screen ID : ECCV3000

© Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2022.1.0.16.3

# FACSIMILE

12/22/2013

**FROM**: Cecile D. Portilla
3 Ardmore Road
West Orange, NJ 07052

Fax: (973) 669 3268

**TO**: OIG Hotline
PHONE: 1-800-447-8477
FAX: 1 800 223 8164

**RE**: Maxim Health Care Services South ORANGE, New Jersey (Addendum to complaint of 9/23/2013)

**MESSAGE**

Dear OIG:

I have attached a copy of a letter that I recently submitted to an OIG address that I found on the internet. If that was the wrong address then please forward to the correct address. Please note that a gentleman who identified himself as [redacted] had contacted me. However, his calls appeared to be from a blocked number and the contact number that he left appears to be linked to one person without an option for redirection to an OIG operator. That concerned me. As such I was not comfortable in making disclosures as I was not sure who I was talking to. The State investigators investigating my prior reports did not call from blocked numbers. One State Investigator sent a letter with a State Department letterhead and the other met with me and showed me a valid State ID.

I just want to clarify that Maxim had been inappropriately billing for care related to all patient care concerns (including the multiple 485 care plan cases) outlined in my September 2013 letter to the OIG. If the billing aspect was not clear in my September letter please use this as the clarification.

After my September 23, 2013 letter to the OIG, Maxim told me via text and voice mail not to return to or contact the branch until after speaking to management. Please also note that Maxim has also sought to harass and retaliate against me by wrongfully threatening me with a law suit on the pretext that I have "original" records in my possession. They also held on to my bonuses based on pretextual reasons. Thank you.

**NO OF PAGES INCLUDING COVER**: 4

**CONFIDENTIALITY NOTICE**: The documents accompanying this facsimile Transmission may contain confidential and proprietary information intended only for use by the recipient named. If you are not the recipient, you are hereby notified that any disclosure, copying distribution, or taking action in reliance on this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify the person named above by telephone to arrange return of the original document.

3 Ardmore Road
West Orange, NJ 07052

December 10, 2013

Office of Counsel to Inspector General

US Department of health and Human Services

Washington, D.C 20201

COPY

Re: Maxim Health Care Services

Dear Counsel to OIG:

Please be advised that I am the former director of Clinical Services at Maxim Health Care Services in South Orange New Jersey. In late September 2013 I reported my concerns regarding fraudulent acts and improper care of patients by Maxim Health care to the OIG.

Maxim South Orange had started to actively retaliate against me in early September 2013 after I had reported multiple concerns regarding continued false billing and improper care of patients at Maxim to its compliance department. The Business Manager actively opposed me. I had also made several calls to Child Protective Services that the Business Manager had actively opposed. Two days after I requested patient discharges I was written up. I have copies of some of the many submissions that I had sent to the Compliance Department and other emails prior to being constructively discharged from Maxim that support my allegations.

After my complaint to the OIG, I was contacted by a Gentlemen who identified himself as [redacted]. Although he identified himself as an OIG investigator, the telephone number on my caller ID cannot be traced to a Federal Office as only three numbers "732" appear. Moreover, he did not send me a letter nor have I met him in person to date. On requesting a meeting with him he advised me that we could possibly meet after the Thanksgiving Break.

I just want some verification that this person is who he contends to be and that his actions are sanctioned by the OIG. I am worried about acts of retaliation from Maxim and having Maxim orchestrating events designed to hurt me.

After I walked away from Maxim, their attorney sent me a letter accusing me of having "original" company documents in my possession and ***threatening me with criminal and civil actions*** (see attached). They also held on to my bonuses for two quarters to spite me. While I know that their threatened lawsuit is an act to taint my reputation, a law suit against me will still warrant that I hire an attorney and pay to defend myself. I will also lose valuable time tied up in Court defending myself. As such Maxim has ways of hurting me to teach me a lesson for making the report to the OIG. Therefore,

the OIG should understand that individuals being contacted by investigators need ultimate reassurance as to whom they are communicating since their communications can become part of a future law suits.

Moreover, the individual who said he was [redacted] did not seem to have my entire letter. My September 2013 letter to the OIG was numbered 8 pages. He seemed to imply that parts of my letter was maybe cut off during submission and mentioned just two of my concerns.

I just want to reiterate that Maxim was in fact engaging in Fraud and improper behavior after they had agreed to the CIA and Deferred Prosecution with the Federal Government. Some of their improper acts were as follows :

1. Maxim was Documenting aspects of care that was never provided.
2. Maxim was billing for hours not worked
3. Maxim was Billing for days that Maxim was not supposed to be present in patient homes. (This was not clearly outlined in my prior letter. In late July 2013 a representative on behalf of patient JG called the South Orange Office to ask why they were they being billed for care on weekends when the child attended school Monday through Friday)
4. Scheduling staff on multiple patients in such a way that care as contracted could not be provided to all, yet still billing for the care
5. Changing dates on 485s to get enhanced billing (supervisor did not act alone)
6. HHA staying in the home of a patient while the patient was not present and billing for the Aides presence in the home.
7. I Called DYFS at last three times regarding:
   (i) Wrong amount of feeding given to child DM for months –weight loss- No QA of records
   (ii) Wrong volume of feeding given to child JG for over 7 months – child lost weight
   (iii) Maxim aware that Child lived in filthy environment and Maxim allowed this to continue because if CPS was called Maxim knew that it would lose the contract.
8. Maxim's patient Medication Administration Records had 75% medical errors.
9. Some Families though Maxim staff were not properly trained
10. Maxim recruiters would not comply with DOCS discretion regarding shadowing and readiness of nurses.

Please ensure that Maxim's actions are properly investigated and that Maxim South Orange does not continue on this course to endanger the public and defraud our healthcare system.

Thank you.

COPY

Sincerely,

Cecile Portilla, RN, BSN

Enc.

**ELDRIDGE HAWKINS LLC**
**ATTORNEY AT LAW**
55 Washington Street, Suite 309
East Orange, New Jersey 07017
Phone: (973) 676-5070
Fax: (973) 676-7356

August 29, 2014

Office of the Attorney General of New Jersey
P.O. Box 080
Trenton, New Jersey 08625

**Re: Cecile Portilla**
**Mario Portilla**

Dear Sir/Madam:

Kindly accept this, my request for an investigation into the facts as stated in the attached certifications.

Ms. Cecile Portilla came to me for advise because I am known to be a lawyer specializing in civil rights and constitutional law. When she first came to me I was very wary to accept her case until I spoke to her spouse and personally observed certain items which lead me to believe her communications are definitely being obstructed and observed.

Ms. Portilla happens to be a Nurse who has been dealing with highly sensitive and confidential matters. As an Attorney at Law, she also deals with confidential matters. The reasons why it is believed that her privacy is being invaded are related to her knowledge she had obtained as a Director of Clinical Services.

It is very important that your agency not communicate with any other governmental agency regarding this matter as it is believed that there may be an unlawful complicity with agents from a governmental agency which has jurisdiction over the circumstances known by Ms. Portilla to be in violation of law.

Please contact me directly by phone to make an appointment to talk in person face to face about this matter.

Very truly yours,

ELDRIDGE HAWKINS, ESQ.
EH/bj

**FILED,** Clerk of the Supreme Court, 30 May 2025, **089878**

CECILE DELROSE PORTILLA , Esq.
CECILE D PORTILLA, ATTORNEY AT LAW
7 GLENWOOD AVE STE 400
EAST ORANGE, NJ, 07017
973-676-5072
PORTILLALAW@COMCAST.NET
Attorney Bar ID: 021212005

SUPREME COURT OF NEW JERSEY

App. Div. # A-001267-23
Supreme Court #

CIVIL ACTION

ANGEL LOPEZ
V
THE PALISADES LLC, MR. HANDYMAN, INC.,
RSP ENTERPRISES NJ, L.L.C., ABC CORPORATION 1-10
(FICTITIOUS CORPORATION(S)

**NOTICE OF PETITION FOR CERTIFICATION**

Notice of Petition for Certification of the Final Judgment entered by the Appellate Division on September 17, 2024

Dated: 09/19/2024

S/ CECILE DELROSE PORTILLA